| | |
|---|---|
| **BURSOR & FISHER, P.A.** | **ORRICK HERRINGTON & SUTCLIFFE, LLP** |
| L. Timothy Fisher (SBN 191626) | Randall Scott Luskey (SBN 240915) |
| Annick M. Persinger (SBN 272996) | Katie Lieberg Stowe (SBN 257206) |
| Yeremey O. Krivoshey (SBN 295032) | The Orrick Building |
| 1990 North California Blvd., Suite 940 | 405 Howard Street |
| Walnut Creek, CA 94596 | San Francisco, CA 94105 |
| Telephone: (925) 300-4455 | Telephone: (415) 773-5700 |
| Facsimile: (925) 407-2700 | Facsimile: (415) 773-5759 |
| E-Mail: ltfisher@bursor.com | Email: rluskey@orrick.com |
| apersinger@bursor.com | kstowe@orrick.com |
| ykrivoshey@bursor.com | |

*Attorneys for Plaintiff*

**ORRICK HERRINGTON & SUTCLIFFE, LLP**
Elyse D. Echtman (*admitted pro hac vice*)
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: eechtman@orrick.com

**ORRICK HERRINGTON & SUTCLIFFE, LLP**
Christina Guerola Sarchio (*admitted pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: csarchio@orrick.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORRIS, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SOLARCITY CORP.,<br><br>Defendant. | Case No. 3:15-cv-05107-RS<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Richard Seeborg |

Plaintiff George Morris ("Plaintiff") and Defendant SolarCity Corp. ("Defendant"), by and through their respective counsel of record, stipulate that briefing on Defendant's motion to dismiss, filed February 22, 2016, shall proceed as follows, subject to the Court's approval:

1. Plaintiff's opposition shall be filed on March 14, 2016.

2. Defendant's reply shall be filed on March 28, 2016.

3. The noted hearing date of April 7, 2016 at 1:30 p.m. will not change.

IT IS SO STIPULATED.

Dated: February 24, 2016     **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (SBN 191626)
Annick M. Persinger (SBN 272996)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
　　　　　apersinger@bursor.com
　　　　　ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated: February 24, 2016     **ORRICK HERRINGTON & SUTCLIFFE, LLP**

By: */s/ Randall Scott Luskey*
Randall Scott Luskey

Randall Scott Luskey (SBN 240915)
Katie Lieberg Stowe (SBN 257206)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: rluskey@orrick.com
　　　　kstowe@orrick.com

**ORRICK HERRINGTON & SUTCLIFFE, LLP**
Elyse D. Echtman (*admitted pro hac vice*)
51 West 52nd Street

New York, New York 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: eechtman@orrick.com

**ORRICK HERRINGTON & SUTCLIFFE, LLP**
Christina Guerola Sarchio (*admitted pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: csarchio@orrick.com

*Attorneys for Defendant*

# ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

*/s/ L. Timothy Fisher*
L. Timothy Fisher

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2016        _____
                                           The Honorable Richard Seeborg
                                           United States District Judge