**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Annick M. Persinger (SBN 272996)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORRIS, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLARCITY CORP.,<br><br>Defendant. | Case No. 3:15-cv-05107-RS<br><br>**DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF THE STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Richard Seeborg |

1    I, L. Timothy Fisher, declare:

2        1.    I am an attorney with the law firm of Bursor & Fisher, P.A., counsel to Plaintiff

3    George Morris.  I make this declaration in support of the parties' stipulation and [proposed] order

4    setting a briefing schedule on defendant's motion to dismiss.  I have personal knowledge of the

5    facts set forth in this declaration and, if called as a witness, I could and would testify competently

6    thereto.

7        2.    On February 22, 2016, Defendant SolarCity Corp. filed a motion to dismiss

8    Plaintiff's First Amended Class Action Complaint, as well as a motion to strike.

9        3.    Currently, Plaintiff's opposition brief is due on March 7, 2016 and Defendant's

10   reply is due on March 14, 2016.  A hearing date for this motion has been noticed for April 7, 2016

11   at 1:30 p.m.

12       4.    Based upon the current case load and schedule of all counsel, the parties propose

13   that the deadline for Plaintiff's opposition brief be extended to March 14, 2016 and that the

14   deadline for Defendant's reply brief be extended to March 28, 2016.  The parties do not propose

15   changing the April 7, 2016 hearing date.

16       5.    This requested time modification will have no effect on any other part of the

17   schedule for this case.

18       6.    There have been two time modifications in this case:  (1) the parties stipulated to

19   extend Defendant's time to respond to the Complaint from December 2, 2015 to January 4, 2016

20   (ECF No. 8); and (2) the parties stipulated to extend Defendant's time to respond to the Complaint

21   from January 4, 2016 to January 25, 2016 (ECF No. 13).

22       I declare under penalty of perjury under the laws of the State of California that the

23   foregoing is true and correct to the best of my knowledge.  Executed this 24th day of February

24   2016, at Walnut Creek, California.

25

26                                          */s/ L. Timothy Fisher*
                                            L. Timothy Fisher

27

28

DECLARATION OF L. TIMOTHY FISHER
CASE NO. 3:15-CV-05107-RS