| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (SBN 191626)<br>Annick M. Persinger (SBN 272996)<br>Yeremey O. Krivoshey (SBN 295032)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail:  ltfisher@bursor.com<br>            apersinger@bursor.com<br>            ykrivoshey@bursor.com<br><br>*Attorneys for Plaintiff* | **ORRICK HERRINGTON & SUTCLIFFE, LLP**<br>Randall Scott Luskey (SBN 240915)<br>Katie Lieberg Stowe (SBN 257206)<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759<br>Email: rluskey@orrick.com<br>            kstowe@orrick.com<br><br>**ORRICK HERRINGTON & SUTCLIFFE, LLP**<br>Elyse D. Echtman (*admitted pro hac vice*)<br>51 West 52nd Street<br>New York, New York 10019-6142<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151<br>Email:  eechtman@orrick.com<br><br>**ORRICK HERRINGTON & SUTCLIFFE, LLP**<br>Christina Guerola Sarchio (*admitted pro hac vice*)<br>1152 15th Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 339-8400<br>Facsimile: (202) 339-8500<br>Email:  csarchio@orrick.com<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE MORRIS, on Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br>      v.<br><br>SOLARCITY CORP.,<br><br>                    Defendant. | Case No. 3:15-cv-05107-RS<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Richard Seeborg |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:15-CV-05107-RS

1   Plaintiff George Morris ("Plaintiff") and Defendant SolarCity Corp. ("Defendant"), by and
2 through their respective counsel of record, stipulate that briefing on Defendant's motion to dismiss,
3 filed February 22, 2016, shall proceed as follows, subject to the Court's approval:
4   1.   Plaintiff's opposition shall be filed on March 14, 2016.
5   2.   Defendant's reply shall be filed on March 28, 2016.
6   3.   The noted hearing date of April 7, 2016 at 1:30 p.m. will not change.
7   IT IS SO STIPULATED.

8 Dated: February 24, 2016          **BURSOR & FISHER, P.A.**

9                                  By:   */s/ L. Timothy Fisher*
10                                        L. Timothy Fisher

11                                  L. Timothy Fisher (SBN 191626)
                                    Annick M. Persinger (SBN 272996)
12                                  Yeremey O. Krivoshey (SBN 295032)
                                    1990 North California Blvd., Suite 940
13                                  Walnut Creek, CA 94596
                                    Telephone: (925) 300-4455
14                                  Facsimile: (925) 407-2700
                                    E-Mail:  ltfisher@bursor.com
15                                           apersinger@bursor.com
16                                           ykrivoshey@bursor.com

17                                  *Attorneys for Plaintiff*

18 Dated:  February 24, 2016        **ORRICK HERRINGTON & SUTCLIFFE, LLP**
19
                                    By:     */s/ Randall Scott Luskey*
20                                          Randall Scott Luskey

21                                  Randall Scott Luskey (SBN 240915)
                                    Katie Lieberg Stowe (SBN 257206)
22                                  The Orrick Building
                                    405 Howard Street
23                                  San Francisco, CA 94105
                                    Telephone: (415) 773-5700
24                                  Facsimile: (415) 773-5759
                                    Email: rluskey@orrick.com
25                                         kstowe@orrick.com
26
                                    **ORRICK HERRINGTON & SUTCLIFFE, LLP**
27                                  Elyse D. Echtman (*admitted pro hac vice*)
28                                  51 West 52nd Street

New York, New York 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: eechtman@orrick.com

**ORRICK HERRINGTON & SUTCLIFFE, LLP**
Christina Guerola Sarchio (*admitted pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: csarchio@orrick.com

*Attorneys for Defendant*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

                    /s/ L. Timothy Fisher
                    L. Timothy Fisher

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  2/29 , 2016

                    /s/ Richard Seeborg
                    The Honorable Richard Seeborg
                    United States District Judge