UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORRIS,<br><br>           Plaintiff,<br><br>    v.<br><br>SOLARCITY CORP.,<br><br>           Defendant. | Case No. 15-cv-05107-RS (EDL)<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER** |

On March 24, 2016, the parties filed a joint letter outlining their disputes as to the sufficiency of Defendant's responses to Plaintiff's interrogatories and requests for production. Dkt. No. 46. A corrected version of this joint letter was filed on March 28, 2016. Dkt. No. 47. On April 6, 2016, the presiding judge issued an Order denying Defendant's motion to dismiss the complaint and refusing to strike the class allegations of the complaint. Dkt. No. 51. In light of this recent ruling, the parties are ordered to further meet and confer about their discovery disputes, and to submit an updated joint letter of no more than five pages outlining any remaining disputed issues by no later than April 13, 2016.

**IT IS SO ORDERED.**

Dated: April 7, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge