UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE MORRIS,

    Plaintiff,

    v.

SOLARCITY CORP.,

    Defendant.

Case No. 15-cv-05107-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 21, 2016. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

2. CLASS CERTIFICATION.

    a. Plaintiff's motion for class certification shall be heard on March 9, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

    b. The parties will be providing a proposed briefing schedule.

3. CLASS ACTION SETTLEMENTS.

In putative class actions, prior to submitting any motion for approval of a class settlement, the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance

1  and tailor the motion appropriately.

3  **IT IS SO ORDERED**.

5  Dated: April 21, 2016

_____
RICHARD SEEBORG
United States District Judge