```
 1  RANDALL S. LUSKEY (STATE BAR NO. 240915)
    rluskey@orrick.com
 2  KATIE LIEBERG STOWE (STATE BAR NO. 257206)
    kstowe@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 4  405 Howard Street
    San Francisco, California  94105
 5  Telephone:  (415) 773-5700
    Facsimile:  (415) 773-5759
 6
    ELYSE D. ECHTMAN (admitted pro hac vice)
 7  eechtman@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 8  51 West 52nd Street
    New York, New York  10019-6142
 9  Telephone:  (212) 506-5000
    Facsimile:  (212) 506-5151
10
    CHRISTINA GUEROLA SARCHIO (admitted pro hac vice)
11  csarchio@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
12  1152 15th Street, N.W.
    Washington, D.C. 20005
13  Telephone:  (202) 339-8400
    Facsimile:  (202) 339-8500
14
    Attorneys for Defendant
15  SolarCity Corp.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORRIS, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARCITY CORP.,<br><br>Defendant. | Case No. 3:15-cv-05107<br><br>**[PROPOSED]** ORDER ON DISCOVERY DISPUTE<br>AS MODIFIED<br><br>**Hon. Elizabeth D. Laporte**<br>**Action Filed:  November 6, 2015** |

1        Plaintiff George Morris ("Plaintiff") and Defendant SolarCity Corp. ("SolarCity") have
2 submitted discovery letter briefs seeking this Court's resolution of the parties' dispute regarding
3 SolarCity's responses to Plaintiff's First Set of Requests for Production of Documents and First Set
4 of Interrogatories ("Discovery Requests").
5        Upon consideration of all papers submitted to the Court pertaining to this dispute, all
6 exhibits submitted in support thereof, and oral argument of counsel and for good cause shown,
7 IT IS HEREBY ORDERED THAT:

8    1. SolarCity shall produce all call records from its SalesForce system for sales calls made
     during the time period November 6, 2011 through November 6, 2015, regardless of which
     lead generator provided the lead to SolarCity.  SolarCity shall make reasonable efforts to
     produce those call records by May 13, 2016, subject to the entry of a protective order.  This
     call log shall be produced in a native .csv format.  To the extent such data is available, the
     call log shall include the dates and times of each call, the names of call recipients, the phone
     numbers of call recipients, the phone numbers that SolarCity called from and the names of
     the lead generators that provided each lead.

16   2. For each of Plaintiff's requests for the production of documents, SolarCity will produce
     responsive non-privileged documents created during the time period November 6, 2011
     through November 6, 2015 concerning leads that SolarCity obtained from Lead Genesis,
     where such documents are located pursuant to a reasonable search of paper or electronic
     files and subject to an appropriate ESI protocol.  SolarCity shall produce these documents
     on a rolling basis starting on May 23, 2016 and to be completed by June 13, 2016.  With
     regard to other lead generators, SolarCity will produce additional non-privileged
     documents responsive to Plaintiff's Discovery Requests, located pursuant to a reasonable
     search, based upon the parties' agreement on search terms for the search of the electronic
     files of up to eight (8) designated custodians, and subject to an appropriate ESI protocol.
     The parties shall agree to a list of search terms, custodians, an ESI protocol and a protective
     order by May 16, 2016 and SolarCity shall make reasonable efforts to produce these

documents in a rolling production beginning on June 13, 2016, to be completed by July 7, 2016.

3. Once the document discovery described in this Order is completed, the parties will revisit the need for fuller discovery related to lead generators other than Lead Genesis.

4. This order disposes of docket nos. 41, 43, 46, 47, 53, 54.

Dated:   April 26, 2016

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge