| | |
|---|---|
| BURSOR & FISHER, P.A.<br>L. Timothy Fisher (SBN 191626)<br>Annick M. Persinger (SBN 272996)<br>Yeremey O. Krivoshey (SBN 295032)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail:  ltfisher@bursor.com<br>            apersinger@bursor.com<br>            ykrivoshey@bursor.com<br><br>Joshua Arisohn (admitted *pro hac vice*)<br>888 Seventh Ave.<br>New York, NY 10019<br>Telephone: (646) 837-7103<br>Facsimile: (212) 989-9163<br>E-Mail:  jarisohn@bursor.com<br><br>*Attorneys for Plaintiff* | RANDALL S. LUSKEY (STATE BAR NO. 240915)<br>rluskey@orrick.com<br>KATIE LIEBERG STOWE (STATE BAR NO. 257206)<br>kstowe@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California  94105<br>Telephone:  (415) 773-5700<br>Facsimile:  (415) 773-5759<br><br>ELYSE D. ECHTMAN (admitted *pro hac vice*)<br>eechtman@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, New York  10019-6142<br>Telephone:  (212) 506-5000<br>Facsimile:  (212) 506-5151<br><br>CHRISTINA GUEROLA SARCHIO (admitted *pro hac vice*)<br>csarchio@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1152 15th Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 339-8400<br>Facsimile:  (202) 339-8500<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORRIS, on Behalf of Himself and all Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SOLARCITY CORP.,<br><br>　　　　　Defendant. | Case No. 3:15-cv-05107<br><br>**STIPULATION TO PERMIT PLAINTIFF TO AMEND COMPLAINT AND TO EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Hon. Richard Seeborg**<br>**Action Filed:  November 6, 2015** |

Pursuant to Fed. R. Civ. P. 15(a)(2), Defendant SolarCity Corp. ("SolarCity") hereby agrees that Plaintiff George Morris ("Plaintiff") may amend his First Amended Complaint prior to SolarCity filing its Answer to such complaint. The parties hereby stipulate, by and through their counsel, that Plaintiff may file his Second Amended Complaint by May 31, 2016.

Pursuant to Local Rule 6-1(a), it is hereby stipulated and agreed by and between the parties, by and through their counsel, that SolarCity may have additional time within which to answer or otherwise respond to Plaintiffs' First Amended Complaint. The last day for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint is now June 15, 2016.

This document is being filed through the Court's ECF System. Pursuant to Local Rule 5-1(i)(3), counsel for Defendant hereby attest that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiffs' counsel has concurred with the filing of this document; and (3) a record supporting the concurrence is available for inspection or production if so ordered.

Dated: April 26, 2016                   Orrick, Herrington & Sutcliffe LLP

                                        By:     */s/ Randall S. Luskey*
                                                RANDALL S. LUSKEY
                                                Attorneys for Defendant SolarCity Corp.


Dated: April 26, 2016                   Bursor & Fisher, P.A.

                                        By:     */s/ Joshua Arisohn*
                                                JOSHUA ARISOHN
                                                Attorneys for Plaintiffs