**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Annick M. Persinger (SBN 272996)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
            apersinger@bursor.com
            ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
 Scott A. Bursor (State Bar No. 276006)
 Joshua D. Arisohn (*Admitted Pro Hac Vice*)
 888 Seventh Avenue
 New York, NY  10019
 Telephone: (212) 989-9113
 Facsimile:  (212) 989-9163
 E-Mail: scott@bursor.com
            jarisohn@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORRIS, JOSE ALBINO LUCERO JR. and DAVID HALL on Behalf of Themselves and all Others Similarly Situated,<br><br>                    Plaintiffs,<br>     v.<br><br>SOLARCITY CORP. and LEAD GENESIS, INC.,<br><br>                    Defendant. | Case No. 3:15-cv-05107-RS<br><br>**NOTICE OF WITHDRAWAL OF JULIA A. LUSTER AS COUNSEL FOR PLAINTIFF**<br><br>**Hon. Richard Seeborg** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Julia A. Luster is no longer associated with the law firm of Bursor & Fisher, P.A., counsel for Plaintiff George Morris. As such, Ms. Luster should be removed from the e-filing service list in this matter.

Dated: June 27, 2016                                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
        L. Timothy Fisher

L. Timothy Fisher (SBN 191626)
Annick M. Persinger (SBN 272996)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
             apersinger@bursor.com
             ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
             jarisohn@bursor.com

*Attorneys for Plaintiff*