**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendant Lead Genesis, Inc.

KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**GEORGE MORRIS, JOSE ALBINO LUCERO JR.** and **DAVID HALL**, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**SOLARCITY CORP.** and **LEAD GENESIS, INC.**,

Defendants.

Case No. 3:15-cv-05107-RS

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

Plaintiffs George Morris, Jose Albino Lucero Jr., and David Hall ("Plaintiffs") and Defendant Lead Genesis, Inc. ("Defendant"), by and through their respective counsel, stipulate that briefing on Plaintiffs' Motion for Appointment of Interim Class Counsel, filed on July 12, 2016, shall proceed as follows, subject to the Court's approval:

1. Defendant's opposition shall be due on August 2, 2016.
2. Plaintiffs' reply shall be due on August 9, 2016.
3. The noticed hearing date of September 1, 2016 at 1:30 p.m. will not change.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 26, 2016

**KRONENBERGER ROSENFELD, LLP**

By: s/ Jeffery M. Rosenfeld
Jeffery M. Rosenfeld

Attorneys for Defendant Lead Genesis, Inc.

DATED: July 26, 2016

**BURSOR & FISHER, P.A.**

By: s/ Joshua D. Arisohn
Joshua D. Arisohn

Attorneys for Plaintiffs

DATED: July 26, 2016

**NATHAN & ASSOCIATES, APC**

By: s/ Reuben D. Nathan
Reuben D. Nathan

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____________, 2016

______________________________________

THE HONORABLE RICHARD SEEBORG

United States District Judge

KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

KRONENBERGER | ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108



**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

s/ Jeffery M. Rosenfeld
Jeffrey M. Rosenfeld