BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (admitted *pro hac vice*)
888 Seventh Ave.
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
        jarisohn@bursor.com

NATHAN & ASSOCIATES, APC
Reuben D. Nathan, Esq. (State Bar No. 208436)
600 W. Broadway, Suite 700
San Diego, California 92101
Tel: (619) 272-7014
Fax: (619) 330-1819
Email: rnathan@nathanlawpractice.com

*Attorneys for Plaintiffs*

RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

ELYSE D. ECHTMAN (admitted *pro hac vice*)
eechtman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

CHRISTINA GUEROLA SARCHIO (admitted *pro hac vice*)
csarchio@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Attorneys for Defendant SolarCity Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORRIS, JOSE ALBINO LUCERO JR., and DAVID HALL, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARCITY CORP. and LEAD GENESIS, INC.,<br><br>Defendants. | Case No. 3:15-cv-05107<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Hon. Richard Seeborg<br>Action Filed: November 6, 2015 |

Plaintiffs George Morris, Jose Albino Lucero Jr., and David Hall ("Plaintiffs") and Defendant SolarCity Corp. ("Defendant"), by and through their respective counsel, stipulate that briefing on Plaintiffs' Motion for Appointment of Interim Class Counsel, filed on July 12, 2016, shall proceed as follows, subject to the Court's approval:

1. Defendant's opposition shall be due on August 2, 2016.
2. Plaintiffs' reply shall be due on August 9, 2016.
3. The noticed hearing date of September 1, 2016 at 1:30 p.m. will not change.

IT IS SO STIPULATED.

Dated: July 25, 2016                    Orrick, Herrington & Sutcliffe LLP

                                        By:  _____/s/_____
                                             CHRISTINA GUEROLA SARCHIO
                                             Attorneys for Defendant SolarCity Corp.

Dated: July 25, 2016                    Bursor & Fisher, P.A.

                                        By:  _____/s/_____
                                             JOSHUA ARISOHN
                                             Attorneys for Plaintiffs

Dated: July 25, 2016                    Nathan & Associates, APC

                                        By:  _____/s/_____
                                             REUBEN D. NATHAN
                                             Attorneys for Plaintiffs

**Filer's Attestation**:  I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatories.

Dated: July 25, 2016                    Orrick, Herrington & Sutcliffe LLP

                                        By:  _____/s/_____
                                             CHRISTINA GUEROLA SARCHIO
                                             Attorneys for Defendant SolarCity Corp.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __July 26__, 2016

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge