**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
          jarisohn@bursor.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORRIS, JOSE ALBINO LUCERO JR. and DAVID HALL on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARCITY CORP. and LEAD GENESIS, INC.,<br><br>Defendants. | Case No.: 3:15-cv-05107-RS<br><br>**JOINT STATUS REPORT** |

1    The parties to the above-entitled action submit this Joint Status Report pursuant to the

2 Court's Case Management Scheduling Order (ECF No. 57) ("Scheduling Order").  In the

3 Scheduling Order, the Court scheduled March 9, 2017 for the hearing on Plaintiff's motion for

4 class certification, and noted that "[t]he parties will be providing a proposed briefing schedule."

5 Accordingly, the parties now file this Joint Status Report to apprise the Court of the following

6 stipulated briefing schedule:

| | |
|---|---|
| **December 15, 2016** | Plaintiffs to file motion for class certification and any supporting expert reports |
| **January 26, 2017** | Defendants to file opposition to class certification and any supporting expert reports |
| **February 23, 2017** | Plaintiffs to file reply brief in support of motion for class certification and any supporting expert reports |

Dated: September 19, 2016                    **BURSOR & FISHER, P.A.**

By:   */s/ Joshua D. Arisohn*
         Joshua D. Arisohn

Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
E-Mail: scott@bursor.com
              jarisohn@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan, Esq. (State Bar No. 208436)
600 W. Broadway, Suite 700
San Diego, California 92101
Tel: (619) 272-7014
Email: rnathan@nathanlawpractice.com

*Attorneys for Plaintiffs*