**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail:  scott@bursor.com
           jarisohn@bursor.com

[Additional counsel on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MORRIS, JOSE ALBINO LUCERO JR. and DAVID HALL, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARCITY CORP. and LEAD GENESIS, INC.,<br><br>Defendants. | Case No.: 3:15-cv-05107-RS<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF MORRIS'S CLAIMS AGAINST ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED among Plaintiff George Morris and Defendants SolarCity Corp. and Lead Genesis Partners, LLC, erroneously named in this action as Lead Genesis, Inc., that all of Morris's claims are hereby dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).  Each party shall bear his/its own costs, expenses, and attorney's fees related to this action.

Dated:  November 15, 2016     **BURSOR & FISHER, P.A.**

By:   _/s/ Joshua D. Arisohn_
         Joshua D. Arisohn

*Attorneys for Plaintiff George Morris*

Dated:  November 15, 2016     **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:   _/s/ Randall S. Luskey_
         Randall S. Luskey

*Attorneys for Defendant SolarCity Corp.*

Dated:  November 15, 2016     **KRONENBERGER ROSENFELD, LLP**

By:   _/s/ Jeffrey M. Rosenfeld_
         Jeffrey M. Rosenfeld

*Attorneys for Defendant Lead Genesis Partners, LLC erroneously named as Lead Genesis, Inc.*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Civil Rule 5-1(i)(3), I, Joshua D. Arisohn, hereby attest that the concurrence to the filing of this Stipulation of Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) has been obtained from Jeffrey M. Rosenfeld and Randall S. Luskey, who has provided the conformed signature above.