1  **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2  Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
3  1990 North California Blvd., Suite 940
4  Walnut Creek, CA 94596
Telephone: (925) 300-4455
5  Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
6            apersinger@bursor.com
7            ykrivoshey@bursor.com

8  **BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
9  Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
10  New York, NY 10019
Telephone: (212) 989-9113
11  Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
12          jarisohn@bursor.com

13  [Additional Counsel on Signature Page]

14  *Attorneys for Plaintiffs*

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17

18  GEORGE MORRIS, JOSE ALBINO LUCERO JR. and DAVID HALL on Behalf of Themselves and all Others Similarly Situated,

Plaintiffs,

v.

SOLARCITY CORP. and LEAD GENESIS, INC.,

Defendants.

Case No. 3:15-cv-05107-RS

**PLAINTIFF DAVID HALL'S NOTICE OF VOLUNTARY DISMISSAL**

---

NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff, David Hall and defendant SolarCity Corp., by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice only as to plaintiff, David Hall's individual claims.

IT IS FURTHER STIPULATED AND AGREED that the parties each shall bear their own respective costs and attorneys' fees.

| | |
|---|---|
| Dated: December 1, 2016 | NATHAN & ASSOCIATES, APC |
| | By: /s/ Reuben D. Nathan<br>Reuben D. Nathan<br>600 W. Broadway, Suite 700<br>San Diego, California 92101<br>Telephone: (619)272-7014<br>Facsimile: (619)330-1819<br>rnathan@nathanlawpractice.com |
| | Attorneys for Plaintiff, David Hall |
| Dated: December 1, 2016 | ORRICK HERRINGTON & SUTCLIFFE, LLP |
| | By: /s/ Randy Luskey<br>Randy Luskey<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone:(415) 773-5775<br>Facsimile: (415)773-5759<br>rluskey@orrick.com |
| | Attorneys for Defendant SolarCity, Corp. |