# EXHIBIT B

**CONFIDENTIAL-REDACTED**