RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

ELYSE D. ECHTMAN (admitted *pro hac vice*)
eechtman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone:    +1 212 506 5000
Facsimile:    +1 212 506 5151

CHRISTINA GUEROLA SARCHIO (admitted *pro hac vice*)
csarchio@orrick.com
JONATHAN A. DIRENFELD (admitted *pro hac vice*)
jdirenfeld@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
SolarCity Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBINO LUCERO JR., on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARCITY CORP. and LEAD GENESIS, INC.,<br><br>Defendants. | Case No. 3:15-cv-05107<br><br>**DECLARATION OF CHRISTINA GUEROLA SARCHIO IN SUPPORT OF DEFENDANT SOLARCITY CORP.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Richard Seeborg<br>Action Filed: November 6, 2015<br><br>Hearing Date: March 9, 2017<br>Time:          1:30 p.m. |

## DECLARATION OF CHRISTINA G. SARCHIO

I, Christina G. Sarchio, declare:

1. I am an attorney licensed to practice law in the District of Columbia and am a partner at Orrick, Herrington & Sutcliffe LLP, counsel for Defendant SolarCity Corp. ("SolarCity"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to those facts.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter sent by Elyse Echtman, counsel for Defendant SolarCity, to Yeremey Krivoshey, counsel for Plaintiff, on December 9, 2016.

3. Attached hereto as **Exhibit B** is a true and correct copy of ████████████████████████████████████████████████████████████████████████████████████████████████.

4. Attached hereto as **Exhibit C** is a true and correct ███████████████████████████████████████████████████████████████████████████████████████████████████.

5. Attached hereto as **Exhibit D** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████.

6. Attached hereto as **Exhibit E** is a true and correct recording of ███████████████████████████████████████████████████████████████.

7. Attached hereto as **Exhibit F** is a true and correct recording of ███████████████████████████████████████████████████████████████.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the deposition transcript of Ryan Van Tricht, dated November 8, 2016.

9. Attached hereto as **Exhibit H** is a true and correct copy of the deposition transcript of Randall A. Snyder, dated January 12, 2017.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the deposition transcript of Jose Albino Lucero, Jr., dated November 28, 2016.

11. Attached hereto as **Exhibit J** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12. Attached hereto as **Exhibit K** is a true and correct copy of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13. Attached hereto as **Exhibit L** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14. Attached hereto as **Exhibit M** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

15. Attached hereto as **Exhibit N** is a true and correct copy of an email exchange between Elyse Echtman, counsel for Defendant SolarCity, and Joshua Arisohn, counsel for Plaintiff, dated Wednesday, January 25, 2017, and Thursday, January 26, 2017

16. Attached hereto as **Exhibit O** are true and correct copies of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

17. Attached hereto as **Exhibit P** is a true and correct copy of the deposition transcript of Jonathan Raymond, dated November 7, 2016.

18. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts of the deposition transcript of Alexander Sebenius, dated November 22, 2016.

19. Attached hereto as **Exhibit R** is a true and correct copy of a letter sent by Elyse Echtman, counsel for Defendant SolarCity, to Joshua Arisohn, counsel for Plaintiff, on January 24, 2017.

20. Attached hereto as **Exhibit S** is a true and correct copy of a screen capture of SolarCity's Terms of Use as of July 27, 2014.

21. Attached hereto as **Exhibit T** is a true and correct copy of a screen capture of SolarCity's Current Terms of Use.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 26, 2017     By:     /s/ *Christina G. Sarchio*
                                        Christina G. Sarchio