# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBINO LUCERO JR., on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARCITY CORP.,<br><br>Defendant. | Case No. 3:15-cv-05107<br><br>**DECLARATION OF KOURI ROSENBERG IN SUPPORT OF DEFENDANT SOLARCITY CORP.'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Richard Seeborg<br>Action Filed: November 6, 2015<br><br>Hearing Date: March 9, 2017<br>Time: 1:30 p.m. |

## DECLARATION OF KOURI ROSENBERG

I, Kouri Rosenberg, declare:

1. I am a Senior Systems Support Engineer at SolarCity and I currently work in SolarCity's office ▓▓▓▓▓▓▓▓▓▓. I have worked at SolarCity since 2009, in various roles within SolarCity. In my various roles within SolarCity, I have gained an intimate understanding of SolarCity's phone systems and their technological capabilities. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to those facts.

2. From ▓▓▓▓▓▓ through ▓▓▓▓, SolarCity's sales team utilized an ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

3. Beginning in ▓▓▓▓▓ SolarCity's sales team switched to the ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓.

4. SolarCity's sales team never purchased or used an ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1

1   ▮▮▮▮▮▮▮▮▮▮. Nor did SolarCity's sales team ever purchase ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

2   5.   In ▮▮▮▮▮▮ SolarCity's sales team began using a ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ SolarCity's sales team used the ▮▮▮▮▮▮▮▮▮▮▮▮. During this period, SolarCity's sales team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

6.   At no point did SolarCity's sales team ever purchase or use ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ process. The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ offered ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

7.   From ▮▮▮▮▮▮▮▮▮▮▮▮, SolarCity's sales team has ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. To date, SolarCity's sales team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. While ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Dated: January 20, 2017

_____
KOURI ROSENBERG

2