1  RANDALL S. LUSKEY (STATE BAR NO. 240915)
   rluskey@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
5
   ELYSE D. ECHTMAN (admitted pro hac vice)
6  eechtman@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  51 West 52nd Street
   New York, New York 10019-6142
8  Telephone:   +1 212 506 5000
   Facsimile:   +1 212 506 5151
9
   CHRISTINA GUEROLA SARCHIO (admitted pro hac vice)
10 csarchio@orrick.com
   JONATHAN A. DIRENFELD (admitted pro hac vice)
11 jdirenfeld@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 1152 15th Street, N.W.
   Washington, D.C. 20005-1706
13 Telephone:   +1 202 339 8400
   Facsimile:   +1 202 339 8500
14
   Attorneys for Defendant
15 SolarCity Corp.

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

19 JOSE ALBINO LUCERO JR., on Behalf of      Case No. 3:15-cv-05107-RS
   Himself and all Others Similarly Situated,
20                                           **[PROPOSED] ORDER GRANTING**
                 Plaintiffs,                 **DEFENDANT SOLARCITY CORP.'S**
21                                           **ADMINISTRATIVE MOTION TO FILE**
         v.                                  **DOCUMENTS UNDER SEAL**
22
   SOLARCITY CORP. and LEAD GENESIS,         **Hon. Richard Seeborg**
23 INC.,                                     **Action Filed: November 6, 2015**

24                Defendants.

25

26

27

28

Before the Court is SolarCity's Administrative Motion to File Under Seal. Having considered the Motion to File Under Seal, the declaration in support thereof, the pleadings on file, and other relevant materials, the Motion is **GRANTED**.

**IT IS ORDERED** that the Motion be, and it is hereby, GRANTED. The following documents shall be filed under seal:

| DOCUMENT | PORTION TO BE FILED UNDER SEAL |
|---|---|
| Text in SolarCity's Opposition to Plaintiff's Class Certification Motion which reflects or is derived from material designated by SolarCity under the Protective Order. | Certain Confidential Portions |
| Text in SolarCity's Opposition to Plaintiff's Class Certification Motion which reflects or is derived from material designated by Plaintiff under the Protective Order. | Certain Confidential Portions |
| Text in the Declaration of Christina Sarchio in Support of SolarCity's Opposition to Plaintiff's Class Certification Motion. | Certain Confidential Portions |
| Text in the Declaration of Jonathan Raymond | Certain Confidential Portions |
| Text in the Declaration of Alexander Sebenius | Certain Confidential Portions |
| Text in the Declaration of Kouri Rosenberg | Certain Confidential Portions |
| Text in the Declaration of James Duband | Certain Confidential Portions |
| Text in the Declaration of Jason Polka | Certain Confidential Portions |
| Sarchio Decl. Exhibits B, D-Q | Entire Document |
| Sebenius Decl. Exhibits A, B, D, E, G, H | Entire Document |
| Jason Polka Decl. Exhibits A-D | Entire Document |
| Duband Decl. Exhibits A, G, I, J | Entire Document |
| Duband Decl. Exhibits C, D, E | Entire Document |
| Duband Decl. Exhibit H | Entire Document |
| Duband Decl. Exhibits B, F | Entire Document |
| Text in the Expert Report of Ray Horak in Support of SolarCity's Opposition to Plaintiff's Class Certification Motion. | Certain Confidential Portions |
| Text in SolarCity's Motion to Exclude the Expert Report and Testimony of Randall A. Snyder. | Certain Confidential Portions |
| Declaration of Paul Meyer in Support of SolarCity's Motion to Exclude the Expert Report and Testimony of Randall A. Snyder. | Certain Confidential Portions |

- 1 -

PROPOSED ORDER GRANTING DEFENDANT
SOLARCITY'S ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 3:15-CV-05107-RS

| **DOCUMENT** | **PORTION TO BE FILED UNDER SEAL** |
|---|---|
| Exhibits A-C in SolarCity's Motion to Exclude the Expert Report and Testimony of Randall A. Snyder. | Entire Document |

Dated: _____, 2017

_____
The Honorable Richard G. Seeborg
United States District Judge