**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
apersinger@bursor.com
ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
jarisohn@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGE MORRIS, JOSE ALBINO LUCERO JR.**, and **DAVID HALL**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SOLARCITY CORP.** and **LEAD GENESIS, INC.**,<br><br>Defendants. | Case No. 3:15-cv-05107-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF MORRIS'S CLAIMS AGAINST ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1    WHEREAS on November 15, 2016, Plaintiff George Morris ("Morris") and Defendants SolarCity Corp. ("SolarCity") and Lead Genesis Partners, LLC, erroneously named in this action as Lead Genesis, Inc. ("Lead Genesis"), filed a stipulation of dismissal of all of Morris's claims against SolarCity and Lead Genesis without prejudice. [D.E. No. 90.]

NOW IT IS HEREBY STIPULATED among Morris, SolarCity Corp., and Lead Genesis that all of Morris's claims against Solarcity and Lead Genesis are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). This stipulation does not affect the remaining Plaintiffs' claims. Each party shall bear his/its own costs, expenses, and attorney's fees related to this action.

**IT IS SO STIPULATED.**

DATED: February 1, 2017              **BURSOR & FISHER, P.A.**


By:   /s/ Joshua D. Arisohn
        Joshua D. Arisohn

Attorneys for Plaintiff George Morris

DATED: February 1, 2017              **ORRICK, HERRINGTON & SUTCLIFFE LLP**


By:   /s/ Randall S. Luskey
        Randall S. Luskey

Attorneys for Defendant SolarCity Corp.

DATED: February 1, 2017              **KRONENBERGER ROSENFELD, LLP**


By:   /s/ Jeffrey M. Rosenfeld
        Jeffrey M. Rosenfeld

Attorneys for Defendant Lead Genesis Partners, LLC erroneously named as Lead Genesis, Inc.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Civil Rule 5-1(i)(3), I, Joshua D. Arisohn, hereby attest that the concurrence to the filing of this Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) has been obtained from Jeffrey M. Rosenfeld and Randall S. Luskey, who has provided the conformed signature above.

/s/ *Joshua D. Arisohn*
Joshua D. Arisohn