**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Annick M. Persinger (SBN 272996)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com
        jarisohn@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBINO LUCERO JR., on Behalf of Himself and all Others Similarly Situated,<br><br>                          Plaintiff,<br><br>     v.<br><br>SOLARCITY CORP.,<br><br>                          Defendant. | Case No. 3:15-cv-05107-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR OPPOSITION AND REPLY BRIEFS REGARDING DEFENDANT'S MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF RANDALL A. SNYDER** |

1   Plaintiff Jose Albino Lucero Jr. and Defendant Solar City, by and through their respective
2   counsel, stipulate as follows:
3   WHEREAS, on January 27, 2017, Defendants filed, in conjunction with their Opposition
4   to Plaintiff's Motion for Class Certification, their Notice of Motion and Motion to Exclude the
5   Expert Report and Testimony of Randall A. Snyder (the "Motion") (Dkt. No. 100);
6   WHEREAS, Plaintiff's Opposition to the Motion is currently due February 10, 2017,
7   Defendant's Reply in support of the Motion is currently due February 17, 2017, and the hearing is
8   set for March 9, 2017 (at the same date and time as the hearing on Plaintiff's Motion for Class
9   Certification);
10  WHEREAS, in order to accommodate counsel's schedule and ensure adequate time to
11  brief the issues, both parties wish to have additional time to complete their respective briefs;
12  WHEREAS, the requested modification to the briefing schedule will have no effect on any
13  other part of the schedule for this case;
14  THE PARTIES THEREFORE STIPULATE AS FOLLOWS, subject to the Court's
15  approval:
16  1. Plaintiff's Opposition to the Motion shall be due February 17, 2017
17  2. Defendant's Reply in support of the Motion shall be due March 3, 2017
18  3. The noticed hearing date of March 9, 2017 at 1:30 p.m. will not change.

Dated:  February 6, 2017                **BURSOR & FISHER, P.A.**

By:  */s/ Joshua Arisohn*
     Joshua Arisohn

Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
        jarisohn@bursor.com

STIP. AND [PROPOSED] ORDER EXTENDING DEADLINE FOR OPPOSITION AND                      1
REPLY TO MOTION TO EXCLUDE SNYDER TESTIMONY
CASE NO. 3:15-cv-05107-RS

|   |   |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (SBN 191626) |
|   | Annick M. Persinger (SBN 272996) |
| 3 | Yeremey O. Krivoshey (SBN 295032) |
|   | 1990 North California Blvd., Suite 940 |
| 4 | Walnut Creek, CA 94596 |

BURSOR & FISHER, P.A.
L. Timothy Fisher (SBN 191626)
Annick M. Persinger (SBN 272996)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated: February 6, 2017        **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Randall S. Luskey*

Randall S. Luskey
rluskey@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Attorneys for Defendant*

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ *Joshua Arisohn*
Joshua Arisohn

STIP. AND [PROPOSED] ORDER EXTENDING DEADLINE FOR OPPOSITION AND REPLY TO MOTION TO EXCLUDE SNYDER TESTIMONY
CASE NO. 3:15-cv-05107-RS

2

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/9, 2017

_____
The Honorable Richard Seeborg
United States District Judge

STIP. AND [PROPOSED] ORDER EXTENDING DEADLINE FOR OPPOSITION AND
REPLY TO MOTION TO EXCLUDE SNYDER TESTIMONY
CASE NO. 3:15-cv-05107-RS

3