UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBINO LUCERO JR.,<br><br>Plaintiff,<br><br>v.<br><br>SOLARCITY CORP., et al.,<br><br>Defendants. | Case No. 15-cv-05107-RS<br><br>**ORDER DENYING SEALING MOTIONS** |

In conjunction with plaintiff's motion for class certification and the associated evidentiary motions, seven motions have been filed seeking leave to seal certain portions of the briefs, declarations, and exhibits (Dkt. Nos. 93, 108, 118, 120,129,131, and 133). The commentary to Local Civil Rule 79-5 explains:

> As a public forum, the Court has a policy of providing to the public full access to documents filed with the Court . . . . This rule is designed to ensure that . . . . a redacted copy is filed and available for public review that *has the minimum redactions necessary to protect sealable information.*

(emphasis added).

The sealing motions in this case present a particularly egregious example of indiscriminate and unwarranted over-designation of material proposed to be shielded from public view. Even portions of the definitions of the proposed subclasses have been redacted—a plainly unworkable proposal, given that were such classes to be certified, public notice would have to be given. The

sealing motions are therefore denied.  *See also*, Order Denying Pending Administrative Motions to File Under Seal, *In re Hewlett-Packard Co. S'holder Derivative Litig.,* No. 3:12-CV-06003-CRB, (N.D. Cal. Jul. 28, 2015).  Unredacted versions of all of the documents shall be refiled electronically no later than March 10, 2017.  No chambers copies of the re-filed documents shall be submitted.

**IT IS SO ORDERED**.

Dated: March 7, 2017

RICHARD SEEBORG
United States District Judge