CHRISTINA G. SARCHIO
christina.sarchio@dechert.com
1900 K Street NW
Washington, DC 20005
Telephone:   +1 202 261 3300
Facsimile:    +1 202 261 3333

Attorney for Defendant
SOLARCITY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBINO LUCERO JR., et al., | Case No. 3:15-cv-05107-RS |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| SOLARCITY CORPORATION and LEAD GENESIS, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that CHRISTINA G. SARCHIO formerly of Orrick, Herrington & Sutcliffe LLP hereby withdraws as attorney of record for Defendant SOLARCITY CORPORATION and should no longer receive notices of electronic filing or other case activity through the ECF system in this action. Counsel of record for Defendant otherwise remains the same.

Dated:  October 24, 2017

Respectfully Submitted,

 /s/ Christina G. Sarchio
Christina G. Sarchio