**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail:  scott@bursor.com
            jarisohn@bursor.com

[Additional counsel on signature page]

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBINO LUCERO JR., on Behalf of Himself and all Others Similarly Situated,<br><br>                              Plaintiff,<br><br>       v.<br><br>SOLARCITY CORP.,<br><br>                              Defendant. | Case No. 3:15-cv-05107-RS<br><br>**DECLARATION OF JOSHUA D. ARISOHN IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES**<br><br>Date: January 18, 2018<br>Time: 1:30 PM<br>Courtroom 3, 17th Floor<br><br>Hon. Richard Seeborg |

I, Joshua D. Arisohn, declare:

1.      I am a partner in the law firm of Bursor & Fisher, P.A., counsel to Plaintiff Jose Albino Lucero Jr. ("Plaintiff") and Co-Lead Class Counsel in this case.  I make this declaration in support of Plaintiffs' Motion For An Award of Attorneys' Fees, Costs and Expenses And Incentive Awards For The Class Representatives.[1]  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

## I.      OVERVIEW OF THE LITIGATION

### A.      The Pleadings

2.      This case has been pending in this Court for more than two years.  I have been working on this case since its inception and have been the attorney at my firm primarily responsible for this case throughout its history. This case has been extremely hard-fought, and it is my opinion that both sides have been represented by excellent counsel who have zealously advocated on behalf of their clients.  This case was particularly complicated because it involved a dizzying array of lead channels in the solar lead industry.  As a result, extensive discovery was required into whether class members provided consent to be called, as SolarCity alleged, and Class Counsel was required to travel throughout the country.  What follows is a summary of the proceedings to date so that the Court will have an understanding of the significant amount of work done by Class Counsel on behalf of Plaintiffs and the Class.

3.      Our investigation of this matter began in October 2015 when Plaintiff George Morris contacted my firm about unwanted telemarketing calls that he was receiving from SolarCity without his consent.  As part of our investigation, we reviewed documents and heard statements from class members, including written and oral descriptions by consumers who received similar calls.  We also reviewed call logs and listened to recordings of calls from Defendant.  Our research indicated that many other consumers were complaining about similar calls.

4.      On November 5, 2015, my firm filed a Class Action Complaint (ECF No. 1) against SolarCity on behalf of Mr. Morris.  The Complaint alleged that SolarCity called Mr. Morris with an

---

[1] All capitalized terms herein that are not otherwise defined have the definitions set forth in the Class Action Settlement Agreement (ECF No. 171-1 at Ex. A) ("Settlement Agreement").

1  autodialer using an artificial or prerecorded voice, and despite the fact that Mr. Morris was listed on

2  the National Do Not Call Registry, in violation of the Telephone Consumer Protection Act, 47

3  U.S.C. § 227 *et seq.* ("TCPA").

4      5.    Mr. Morris alleged claims on behalf of himself and nationwide classes of all those

5  whom SolarCity had allegedly called using an autodialer or whom were registered on the National

6  Do-Not-Call Registry ("NDNCR").

7      6.    On January 25, 2016, SolarCity filed a motion to dismiss (ECF No. 25).  As part of

8  that motion, SolarCity also moved to stay discovery pending the Court's decision on its forthcoming

9  motion to dismiss the FAC and the Supreme Court's anticipated decision in *Spokeo, Inc. v. Robins*,

10  135 S. Ct. 1892 (2015).

11      7.    Rather than respond to the motion to dismiss, we filed a First Amended Complaint

12  ("FAC") (ECF No. 28) on February 3, 2016 on behalf of Mr. Morris.

13      8.    The Court then denied SolarCity's motion to stay by Order dated February 17, 2016

14  (ECF No. 34), finding that it had "not advanced a basis for distinguishing this case from the vast

15  majority of those in which defendants contend plaintiffs have not stated a claim and have little

16  chance of ever doing so."  In addition, the Court ruled, "the possibility that a future decision in

17  *Spokeo* will be instructive on what plaintiffs must plead to go forward does not support staying the

18  action at this juncture."  *Id.*  These rulings mirrored the arguments that we put forth in our brief in

19  opposition.

20      9.    On February 22, 2016, SolarCity moved to dismiss the FAC and to strike the class

21  allegations (ECF No. 35).  Plaintiffs filed their opposition on March 14, 2016 (ECF No. 42).  On

22  April 6, 2016, the Court issued an Order denying SolarCity's motion in full (ECF No. 51).  While

23  SolarCity argued that Plaintiff did not plausibly allege that it was responsible for all of the calls

24  made, the Court ruled that the FAC alleged facts from which it "may plausibly be inferred that the

25  ten calls in question were placed by SolarCity or by a party closely enough connected to it for

26  liability to attach."  *Id.* at 1-2.  Mr. Morris alleged that he gave out a fictitious name and address to a

27  computer-generated voice that identified itself as Rochelle, and that a representative from SolarCity

28  who called him the next day asked him to confirm this same information.  *Id.* at 2.  Given these facts,

the Court ruled that it was "perfectly reasonable to infer Solar City was in some manner responsible" for all of the calls made to Mr. Morris.  *Id.* at 4.   In addition, the Court ruled that "SolarCity's challenge to the class allegations [was] not ripe for disposition" at the pleadings stage.  *Id.* at 4-5. These rulings mirrored the arguments that we put forth in our brief in opposition.

10.     Thereafter, on May 25, 2016, we filed a Second Amended Complaint ("SAC") (ECF No. 68).  The SAC added Jose Albino Lucero Jr. and David Hall as plaintiffs.  Messrs. Lucero and Hall alleged that SolarCity called them using an autodialer without their consent and although they had been registered on the NDNCR.  The SAC also added Lead Genesis, Inc. as a Defendant based on discovery indicating that it had provided the lead for Mr. Morris to SolarCity and was connected to the initial calls.

11.     SolarCity filed an Answer to the SAC (ECF No. 71) on June 15, 2016 stating that it did not call Plaintiffs using an autodialer, had proper consent to make the calls at issue, and did not improperly call consumers on the NDNCR.  Messrs. Morris and Hall later withdrew their claims pursuant to stipulations of dismissal (ECF Nos. 90, 91 and 109).

### B.     *Gibbs v. SolarCity Corp.*

12.     Meanwhile, a separate class action lawsuit was filed against SolarCity in a case captioned *Gibbs v. SolarCity Corp.*, 16-cv-11010-TSH (D. Mass.).  Cognizant of the fact that a second-filed case against SolarCity could lead to a reverse auction and serve to injure the class, Plaintiffs took two courses of action.

13.     First, on July 12, 2016, Plaintiffs moved to have their lawyers appointed as interim class counsel pursuant to Fed. R. Civ. P. 23(g)(3).  SolarCity opposed that motion as premature (ECF No. 81), but the Court issued an Order on August 29, 2016 (ECF No. 87) granting that motion and holding that "plaintiffs have made an adequate showing that Bursor & Fisher, P.A. and Nathan & Associates, APC are qualified for appointment as interim class counsel. . . ."

14.     Second, Plaintiffs moved to intervene in the *Gibbs* action on July 27, 2016 and requested that that case be transferred pursuant to the first-filed rule and 28 U.S.C. § 1404(a) so that it could be consolidated with this case.  *Gibbs* Dkt. No. 16.  Plaintiffs were required to retain local counsel and attended the oral argument in Worcester, Massachusetts on their motion to intervene on

December 8, 2016.

15.     In the months that followed, thanks to this maneuvering, Plaintiffs were able to create a working relationship with counsel in the *Gibbs* action that has served to protect the interests of the class by ensuring that, throughout negotiations, the class could speak with a single voice.

**C.     Discovery**

16.     On January 11, 2016, immediately following the parties' Rule 26(f) conference, Plaintiff served SolarCity with a first round of interrogatories and requests for production of documents.

17.     Plaintiff also served defendant Lead Genesis, Inc. with interrogatories and requests for production of documents on July 29, 2016.

18.     SolarCity served its interrogatories and requests for production on all three Plaintiffs on July 27, 2016.

19.     Lead Genesis served similar discovery requests on July 29, 2016.

20.     In connection with these requests, the parties produced documents on a rolling basis, and substantially completed document production as of  September 22, 2016.

21.     In total, SolarCity produced over 30,000 pages of documents, as well as call logs referencing tens of millions of calls.

22.     Plaintiff's counsel deposed four current or former SolarCity employees:  Jonathan Raymond (in both his individual capacity and as a Rule 30(b)(6) witness) on November 7, 2016 in Las Vegas, Nevada; Ryan Van Tricht on November 8, 2016 in Sacramento, California; Sean Peterson on November 14, 2016 in Sacramento, California, and Alexander Sebenius (as a 30(b)(6) witness) on November 22, 2016 by remote video.

23.     Plaintiff's counsel also deposed SolarCity's expert Ray Horak on February 17, 2017 by remote video.

24.     SolarCity deposed Mr. Lucero on November 28, 2016 in Albuquerque, New Mexico and former plaintiff Mr. Morris on March 6, 2017 in Dallas, Texas.

25.     SolarCity also deposed Plaintiff's two experts:  Randall Snyder on January 12, 2017 in Las Vegas, Nevada, and Anya Verkhovskaya on January 23, 2017 in Milwaukee, Wisconsin.

26.     Throughout the discovery process, the Court was asked to mediate several disputes. Among other things, these disputes involved: (1) whether Plaintiff was entitled to SolarCity's call logs (ECF No. 41), (2) whether SolarCity was entitled to depose former plaintiff Morris (ECF No. 95), (3) whether Plaintiff's expert Anya Verkhovskaya had made all necessary disclosures (ECF Nos. 112, 116), and (4) whether SolarCity was entitled to inspect Mr. Lucero's electronic devices (ECF No. 163).

**D.     Plaintiff's Motion For Class Certification**

27.     On December 14, 2016, Mr. Lucero filed a Motion For Class Certification (ECF No. 94).   Plaintiff submitted 23 exhibits comprising 198 pages with their motion (ECF No. 137-1).  The motion was also supported by declarations from Randall A. Snyder, an expert on telephone dialing systems, and Anya Verkhovskaya, a data expert who reviewed SolarCity's call logs.

28.     On January 27, 2017 SolarCity filed its opposition to Plaintiff's motion for class certification (ECF No. 107).  SolarCity submitted seven declarations in support of its opposition, including three declarations from SolarCity employees, two declarations from lead generators who claimed to have obtained consent for SolarCity's calls, and a declaration from telephone dialing systems expert Ray Horak.  SolarCity's chief argument in its opposition was that the issue of prior express written consent would create numerous individual issues of fact that would predominate over the common issues in the case.

29.     SolarCity simultaneously moved to exclude the expert report of Randall A. Snyder (ECF No. 100).  Plaintiff filed an opposition to this motion on February 17, 2017 (ECF No. 119).

30.     On February 23, 2017, Plaintiff moved to strike Defendant's expert Ray Horak (ECF No. 140).  SolarCity filed an opposition to this motion on March 17, 2017 (ECF No. 157) and Plaintiff filed a reply on March 22, 2017 (ECF No. 160).

31.     On February 23, 2017, Plaintiff filed a reply in further support of its motion for class certification (ECF No. 121).  Therein, Plaintiff argued that SolarCity's predominance argument could not be credited given SolarCity's failure to produce even one example of actual consent. SolarCity's promise that it could produce such records, Plaintiff argued, was entirely speculative and thus insufficient.  In addition, Plaintiff noted that consent was an affirmative defense under the

1   TCPA and thus could not be used to defeat class certification.

2       32.     SolarCity responded on March 6, 2017 by moving to strike portions of plaintiff's

3   reply in further support of his motion for class certification (ECF No. 134).  On March 8, 2017, the

4   day before the Court's hearing on class certification, Morrison & Foerster LLP appeared on behalf

5   SolarCity for the first time.

6       33.     The Court held oral argument on Plaintiff's class certification motion on March 9,

7   2017.

8       34.     On March 13, 2017, Plaintiff filed an opposition to SolarCity's motion to strike

9   portions of Plaintiff's class certification reply (ECF No. 153).  Therein, Plaintiff made clear that it is

10  a defendant's burden to demonstrate that consent creates individualized issues.  Plaintiff also argued

11  that SolarCity's motion to strike was procedurally defective.

12      **E.      Settlement**

13      35.     On January 31, 2017, the parties attended an in-person Settlement Conference before

14  Hon. Morton Denlow (Ret.) of JAMS, Inc., former Magistrate Judge of the Northern District of

15  Illinois, in Chicago, Illinois.  However, the parties were unable to reach an agreement at that

16  mediation.

17      36.     Negotiations continued thereafter and picked up steam following the Court's March

18  9, 2017 hearing on class certification.

19      37.     On May 19, 2017, the parties executed a Class Action Settlement Term Sheet

20  agreeing to all material terms.

21      38.     Nevertheless, the Parties were unable to negotiate a formal settlement agreement and

22  Plaintiff moved to enforce the term sheet on June 22, 2017 (ECF No. 168).  SolarCity filed a

23  response to Plaintiff's motion to enforce on July 6, 2017 (ECF No. 169).

24      39.     On July 12, 2017, the Parties executed a formal Stipulation of Settlement (ECF No.

25  171-1 at Ex. A), and Plaintiff withdrew his motion to enforce the term sheet.

26      40.     On July 14, 2017, Plaintiff moved to preliminary approval of the class action

27  settlement (ECF No. 171).  The Court held a hearing on preliminary approval on August 31, 2017

28  and granted preliminary approval on September 15, 2017 (ECF No. 176).

41.     Since the Court granted preliminary approval, Plaintiff's counsel has spent significant time ensuring that notice was disseminated properly and overseeing the claims submission process. Postcard notice has been sent to 3,271,365 class members.  To date, there have been 92,093 claims by class members and 64 opt-outs.

## II.     THE BACKGROUND AND EXPERIENCE OF CLASS COUNSEL

42.     In this section of my declaration, I seek to describe my background and experience as well as the successful history of my firm.  I received my Juris Doctor from Columbia University, School of Law in 2006.  From 2006 to 2012, I was an associate with Dewey & LeBoeuf LLP.  From 2012 to 2015, I was an associate with DLA Piper (US).  In 2015, I joined Bursor & Fisher as a partner.

43.     Bursor & Fisher was founded in 2011 by my partners Scott A. Bursor and L. Timothy Fisher.  Mr. Bursor graduated from the University of Texas Law School in 1996, where he was Articles Editor of the Texas Law Review, and a member of the Board of Advocates and Order of the Coif.  Mr. Bursor began his practice as a litigation associate in New York City with Cravath, Swaine & Moore (1996-2000) and Chadbourne & Parke LLP (2001), where he represented large telecommunications, pharmaceutical, and technology companies in commercial litigation and class actions.  Mr. Fisher graduated from Boalt Hall at the University of California at Berkeley in 1997. Prior to founding Bursor & Fisher, P.A., he was an associate with Bramson, Plutzik, Mahler & Birkhaeuser, LLP in Walnut Creek, California for 13 years.  He also taught appellate advocacy at John F. Kennedy University School of Law in 2003 and 2004.  More recently, Mr. Fisher contributed jury instructions, a verdict form, and comments to the consumer protection chapter of Justice Elizabeth A. Baron's California Civil Jury Instruction Companion Handbook (West 2010). In 2014, Mr. Fisher was appointed to a four-year term as a member of the Standing Committee on Professional Conduct for the U.S. District Court for the Northern District of California.

44.     Class actions are rarely brought to trial.  However, Bursor & Fisher has served as trial counsel for class action plaintiffs in five jury trials and have won all five, with recoveries ranging from $21 million to $299 million.

i.     In 2007, Bursor & Fisher served as lead trial counsel in *Thomas v. Global Vision Products* (Alameda County Superior Court), representing a class of approximately 150,000 California consumers who had purchased the Avacor hair regrowth system, asserting claims for violations of California's consumer protection statutes. After a four-week trial the jury returned a $37 million verdict for the class. The trial judge increased the award to $40 million.

ii.     In 2008, Bursor & Fisher served as lead trial counsel in *Ayyad v. Sprint Spectrum L.P.* (Alameda County Superior Court), representing a class of 2 million California consumers who were charged an early termination fee under a Sprint cellphone contract, asserting claims that such fees were unlawful liquidated damages under Civil Code § 1671(d), as well as other statutory and common law claims. After a five-week trial, the jury returned a verdict in June 2008, and the Court issued a Statement of Decision in December 2008 awarding the class more than $299 million in cash and debt cancellation. The class prevailed on six of six counts asserted in the complaint and was awarded 100% of the relief sought.

iii.     In 2008, Bursor & Fisher served as lead trial counsel in *White v. Verizon Wireless* (Alameda County Superior Court), representing a class of 1.4 million California consumers who were charged an early termination fee under a Verizon cellphone contract, asserting claims that such fees were unlawful liquidated damages under Civil Code § 1671(d), as well as other statutory and common law claims. After we presented the class's case-in-chief, rested, then cross-examined Verizon's principal trial witness, Verizon agreed to settle the case for a $21 million cash payment and an injunction restricting Verizon's ability to impose early termination fees in future subscriber agreements.

iv.     In 2009, Bursor & Fisher served as lead trial counsel in a second trial in *Thomas v. Global Vision Products*, in which the class asserted claims against a minority shareholder in the company. After another four-week trial the jury returned a verdict awarding more than $50 million to the class. The legal trade publication VerdictSearch reported this was the second largest jury verdict in California in 2009.

v.     In 2013, Bursor & Fisher served as lead trial counsel in a second trial in *Ayyad v. Sprint Spectrum L.P.* (Alameda County Superior Court). After we had prevailed on the class claims challenging Sprint's termination fees in 2008, Sprint asserted a $1.06 billion cross-claim against the class for breach of contract. *See Garrett v. Coast & Southern Federal Sav. &*

*Loan Ass'n*, 9 Cal. 3d 731, 740-41 (1973) (holding that invalidation of a liquidated damages provision does not permit the breaching party to "escape[] unscathed," because he "remains liable for the actual damages resulting from his default"). After a four-week trial, the jury returned a verdict awarding only 2% of Sprint's claimed damages. This verdict secured the Class's net cash recovery of at least $55 million after a setoff for Sprint's actual damages.

45.     In addition to these five trial victories, Bursor & Fisher has been counsel to class action plaintiffs in dozens of cases in jurisdictions throughout the United States. Since December 2010, attorneys from my firm have won appointment as Class Counsel or Interim Class Counsel in:

i.      *O'Brien v. LG Electronics USA, Inc.* (D.N.J. Dec. 16, 2010), to represent a certified nationwide class of purchasers of LG French-door refrigerators,

ii.     *Ramundo v. Michaels Stores, Inc.* (N.D. Ill. June 8, 2011), to represent a certified nationwide class of consumers who made in-store purchases at Michaels Stores using a debit or credit card and had their private financial information stolen as a result,

iii.    *In re Haier Freezer Consumer Litig.* (N.D. Cal. Aug. 17, 2011), to represent a certified class of purchasers of mislabeled freezers from Haier America Trading, LLC,

iv.     *Loreto v. Coast Cutlery Co.* (D.N.J. Sep. 8, 2011), to represent a certified nationwide class of purchasers of knives or tools made by Coast Cutlery,

v.      *Rodriguez v. CitiMortgage, Inc.* (S.D.N.Y. Nov. 14, 2011), to represent a certified nationwide class of military personnel against CitiMortgage for illegal foreclosures,

vi.     *Avram v. Samsung Electronics America, Inc. et al.* (D.N.J. Jan. 3, 2012), to represent a proposed nationwide class of purchasers of mislabeled refrigerators from Samsung Electronics America, Inc. and Lowe's Companies, Inc.,

vii.    *Rossi v. The Procter & Gamble Co.* (D.N.J. Jan. 31, 2012), to represent a certified nationwide class of purchasers of Crest Sensitivity Treatment & Protection toothpaste,

viii.   *Dzielak v. Whirlpool Corp. et al.* (D.N.J. Feb. 21, 2012), to represent a proposed nationwide class of purchasers of mislabeled Maytag Centennial washing machines from Whirlpool Corp., Sears, and other retailers,

ix.   *In re Sensa Weight Loss Litig.* (N.D. Cal. Mar. 2, 2012), to represent a certified nationwide class of purchasers of Sensa weight loss products,

x.   *In re Sinus Buster Products Consumer Litig.* (E.D.N.Y. Dec. 17, 2012), to represent a certified nationwide class of purchasers of Sinus Buster products,

xi.   *Scott v. JPMorgan Chase & Co.* (S.D.N.Y. May 30, 2013), to represent a proposed nationwide class of Chase customers who were allegedly unilaterally enrolled into Chase's Overdraft Protection service and charged unauthorized fees,

xii.   *Podobedov v. Living Essentials, LLC* (C.D. Cal. Nov. 8, 2013), to represent a proposed nationwide class of purchasers of 5-Hour Energy products,

xiii.   *Ebin v. Kangadis Food Inc.* (S.D.N.Y. Feb. 25, 2014), to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xiv.   *Ebin v. Kangadis Family Management LLC, et al.* (S.D.N.Y. Sept. 18, 2014), to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

xv.   *In re Scotts EZ Seed Litig.* (S.D.N.Y. Jan. 26, 2015), to represent a certified class of purchasers of Scotts Turf Builder EZ Seed in New York and California,

xvi.   *Hendricks v. StarKist Co.* (N.D. Cal. July 23, 2015), to represent a certified nationwide class of purchasers of StarKist tuna products,

xvii.   *In re NVIDIA GTX 970 Graphics Card Litig.* (N.D. Cal. May 8, 2015), to represent a proposed nationwide class of purchasers of NVIDIA GTX 970 graphics cards, and

xviii.   *Melgar v. Zicam LLC, et al.* (E.D. Cal. March 30, 2016), to represent a certified ten-jurisdiction class of purchasers of Zicam Pre-Cold products.

xix.   *In re Trader Joe's Tuna Litigation* (C.D. Cal. December 21, 2016), to represent a nationwide class of purchasers of Trader Joe's tuna products.

xx.   *In re Welspun Litigation* (S.D.N.Y. January 26, 2017), to represent a proposed nationwide class of purchasers of Welspun Egyptian cotton bedding products.

46.   A copy of my firm's resume, which includes more detailed information about our

1   practice and the qualifications of the other Bursor & Fisher lawyers who worked on this case, is

2   attached as **Exhibit A**.

3   **III.     CLASS COUNSEL'S LODESTAR AND EXPENSES**

4          47.    In this section of my declaration, I seek to describe my firm's lodestar and expenses

5   in connection with this action.  Attached as **Exhibit B** are my firm's detailed billing diaries in this

6   matter.  I have personally reviewed all of my firm's time entries, and have used billing judgment to

7   ensure that duplicative or unnecessary time has been excluded and that only time reasonably devoted

8   to the litigation has been included.  The time and descriptions displayed in my firm's billing records

9   were regularly and contemporaneously recorded by me and the other timekeepers of the firm

10  pursuant to firm policy and have been maintained in the computerized records of my firm.

11         48.    As of October 19, 2017, Bursor & Fisher expended  1,467.4 in this case.  Bursor &

12  Fisher's lodestar fee in this matter, based on current billing rates, is $804,286.50.

13         49.    Based on our lodestar, the blended hourly rate that my firm billed to this matter is

14  $548.10 per hour for 1,467.4 hours of work.  This blended rate resulted from our practice of

15  assigning appropriate work to less senior lawyers and support staff who bill at lower hourly rates to

16  minimize fees for the Class, wherever possible.  Approximately 18% of the hours (266.6 hours) were

17  billed by associates.  However, this was a novel case that involved a lot of original work and was

18  settled on the verge of class certification, which required significant involvement by more

19  experienced lawyers.  My firm's partners billed 74% of the hours (1,080.7 hours), primarily on

20  developing the litigation strategy, editing briefs on dispositive motions, making court appearances,

21  taking depositions and negotiating the settlement.  The remaining 8% of the hours (120.1 hours)

22  were billed by law clerks and support staff.

23         50.    Included as the cover page to my firm's time records submitted as part of Exhibit B is

24  a chart setting forth the hourly rates charged for each lawyer and paralegal at my firm.  Based on my

25  knowledge and experience, the hourly rates charged by my firm are within the range of market rates

26  charged by attorneys of equivalent experience, skill, and expertise.  These are the same hourly rates

27  that we actually charge to our regular hourly clients who have retained us for non-contingent

28  matters, and which are actually paid by those clients.  As a matter of firm policy, we do not discount

1   our regular hourly rates for non-contingent hourly work, which comprises approximately 20% of our

2   revenue.

3       51.     I have reviewed the declaration of Reuben D. Nathan and understand that Nathan &

4   Associates, APC, spent 184.4 hours for a lodestar of $124,470.00 as of October 31, 2017.  I have

5   also reviewed the declaration of Steven L. Woodrow and understand that Woodrow & Peluso, LLC

6   spent 613.5 hours for a lodestar of $238,960.00 as of October 31, 2017.  I have also reviewed the

7   declaration of Stefan Coleman and understand that the Law Offices of Stefan Coleman, P.A. spent

8   114.7 hours for a lodestar of $51,615 as of October 31, 2017.  When added to my firm's lodestar this

9   produces a combined lodestar of $1,219,331.50 from 2,380 hours of work with a blended hourly rate

10  of $512.32.  After accounting for the combined hours of Class Counsel and counsel in the *Gibbs*

11  action, Class Counsel's requested fee award of $5,000,000 represents a multiplier of 4.1.

12      52.     In addition to the time enumerated above, I estimate that Class Counsel will incur an

13  additional 100 hours of future work in connection with the final approval motion, the fairness

14  hearing, coordinating with the settlement administrator, monitoring settlement administration, and

15  responding to Class member inquiries and possible objections.

16      53.     Attached as **Exhibit C** is an itemized listing of each out-of-pocket expense my firm

17  incurred in this matter.  These expenses are reflected in the records of Bursor & Fisher, and were

18  necessary to prosecute this litigation.  All expenses were carefully and reasonably expended, and

19  they reflect market rates for various categories of expenses incurred.  Expense items are billed

20  separately and such charges are not duplicated in my firm's billing rates.

21      54.     To date, Bursor & Fisher has expended $136,467.93 in out-of-pocket expenses in

22  connection with the prosecution of this action.  When the expenses of co-counsel included, counsel

23  in this case have incurred a total of $144,628.85 in out-of-pocket expenses.

24      55.     I have personal knowledge of the range of hourly rates typically charged by counsel

25  in our field in New York, California, and throughout the United States, both on a current basis and in

26  the past.  In determining my firm's hourly rates from year to year, my partners and I have

27  consciously taken market rates into account and have aligned our rates with the market.

28      56.     Through my practice, I have become familiar with the non-contingent market rates

1  charged by attorneys in New York, California and elsewhere (my firm's offices are in New York

2  City and Walnut Creek, California).  This familiarity has been obtained in several ways: (1) by

3  litigating attorneys' fee applications; (2) by discussing fees with other attorneys; (3) by obtaining

4  declarations regarding prevailing market rates filed by other class action attorneys seeking fees; (4)

5  by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on

6  attorney's fees in the legal newspapers and treatises; and (5) by actively participating in the non-

7  contingent fee marketplace.  The information I have gathered shows that my firm's rates are in line

8  with the non-contingent market rates charged by attorneys of reasonably comparable experience,

9  skill, and reputation for reasonably comparable class action work.  In fact, these rates are the same

10  rates that my firm charges for non-contingent fee practice.  Comparable hourly rates have been

11  found reasonable by various courts for reasonably comparable services, including:

    i.      *Taylor v. FedEx Freight, Inc.*, 2016 WL 6038949, at * 7 (E.D. Cal. Oct. 13, 2016), a wage and hour class action in which Judge Drozd approved hourly rates of $525/hour for senior associates and $700/hour for partners.

    ii.     *Zakskorn v. American Honda Motor Co., Inc.*, 2015 WL 3622990, at *14-15 (E.D. Cal. June 9, 2015), a consumer class action in which Judge Mueller approved rates as high as $875/hour and noting that "[t]o insist on awarding significantly-lower hourly rates in the Eastern District than those in other judicial districts in California would discourage attorneys from brining meritorious lawsuits in this district." (citation omitted).

    iii.   *Lambert v. Buth-Na-Bodhaige, Inc.*, E.D. Cal. Case No. 2:14-cv-00514-MCE-KJN (E.D. Cal. Nov. 20, 2015), Dkt. No. 34, order from Judge England approving a fee award where plaintiffs' counsel's rates were $800/hour for partners and $450/hour for associates.  *See* Dkt. Nos. 30-1 and 30-2.

    iv.   *Miller v. CEVA Logistics USA, Inc.*, 2015 WL 4730176, at *9 (E.D. Cal. Aug. 10, 2015), a wage and hour class action in which this Court approved hourly rates of $525/hour for associates and $700/hour for partners.

    v.    *Owens v. Kraft Foods Global, Inc.*, E.D. Cal. Case No. 1:10-cv-02062-AWI-SMS, Dkt. No. 56 (E.D. Cal. Nov. 22, 2013, a wage and hour class action in which Judge Ishii approved an hourly rate of $700/hour for partners.

vi.    *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07 1827 SI, MDL, No. 1827 (N.D.Cal. 2013), an antitrust class action, in which the court found blended hourly rates of $1000, $950, $861, $825, $820, and $750 per hour reasonable for the lead class counsel.

vii.   *Williams v. H&R Block Enterprises, Inc.*, Alameda County Superior Ct. No. RG08366506, Order of Final Approval and Judgment filed November 8, 2012, a wage and hour class action, in which the court found the hourly rates of $785, $775, and $750 reasonable for the more senior class counsel.

viii.  *Luquetta v. The Regents of the Univ. of California*, San Francisco Superior Ct. No.CGC-05-443007, Order Granting Plaintiff's Motion for Common Fund Attorneys' Fees and Expenses, filed October 31, 2012, a class action to recover tuition overcharges, in which the court found the hourly rates of $850, $785, $750, and $700 reasonable for plaintiffs' more experienced counsel.

ix.    *Pierce v. County of Orange*, 905 F. Supp. 2d 1017 (C.D. Cal. 2012), a civil rights class action brought by pre-trial detainees, in which the court approved a lodestar-based, *inter alia*, on 2011 rates of $850 and $825 per hour.

x.     *Holloway et. al. v. Best Buy Co., Inc.*, No. 05-5056 PJH (N.D. Cal. 2011) (Order dated November 9, 2011), a class action alleging that Best Buy discriminated against female, African American and Latino employees by denying them promotions and lucrative sales positions, in which the court approved lodestar-based rates of up to $825 per hour.

xi.    *Californians for Disability Rights, Inc., et al. v. California Department of Transportation, et al.*, 2010 U.S. Dist. LEXIS 141030 (N.D. Cal. 2010), adopted by Order Accepting Report and Recommendation filed February 2, 2011, a class action in which the court found reasonable 2010 hourly rates of up to $835 per hour.

xii.   *Credit/Debit Card Tying Cases*, San Francisco County Superior Court, JCCP No. 4335, Order Granting Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards, filed August 23, 2010, an antitrust class action, in which the court, before applying a 2.0 lodestar multiplier, found reasonable 2010 hourly rates of $975 for a 43-year attorney, $950 for a 46-year attorney, $850 for 32 and 38 year attorneys, $825 for a 35-year attorney, $740 for a 26-year attorney, $610 for a 13-year attorney, and $600 for a 9-year attorney, and $485 for a 5-year attorney.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      xiii.       *Savaglio, et al. v. WalMart*, Alameda County Superior Court No. C-835687-7, Order Granting Class Counsel's Motion for Attorneys' Fees, filed September 10, 2010, a wage and hour class action, in which the court found reasonable, before applying a 2.36 multiplier, rates of up to $875 per hour for a 51-year attorney, $750 for a 39-year attorney, and $775 for a 33-year attorney.

      xiv.       *Qualcomm, Inc. v. Broadcom, Inc.*, Case No. 05-CV-1958-B, 2008 WL 2705161 (S.D. Cal. 2008), in which the court found the 2007 hourly rates requested by Wilmer Cutler, Pickering, Hale & Dorr LLP reasonable; those rates ranged from $45 to $300 for staff and paralegals, from $275 to $505 for associates and counsel, and from $435 to $850 for partners.

      57.     The reasonableness of my firm's hourly rates is also supported by several surveys of legal rates, including the following:

      i.       In an article entitled "On Sale: The $1,150-Per Hour Lawyer," written by Jennifer Smith and published in the *Wall Street Journal* on April 9, 2013, the author describes the rapidly growing number of lawyers billing at $1,150 or more revealed in public filings and major surveys.  The article also notes that in the first quarter of 2013, the 50 top-grossing law firms billed their partners at an average rate between $879 and $882 per hour.  A true and correct copy of this article is attached hereto as **Exhibit D**.

      ii.      In an article published April 16, 2012, the *Am Law Daily* described the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011.  A true and correct copy of that article is attached hereto as **Exhibit E**.  That article confirms that the rates charged by experienced and well-qualified attorneys have continued to rise over this five-year period, particularly in large urban areas like the San Francisco Bay Area.  It also shows, for example that the top quartile of lawyers bill at an average of "just under $900 per hour."

      iii.     Similarly, on February 25, 2011, the *Wall Street Journal* published an on-line article entitled "Top Billers."  A true and correct copy of that article is attached hereto as **Exhibit F**.  That article listed the 2010 and/or 2009 hourly rates for more than 125 attorneys, in a variety of practice areas and cases, who charged $1,000 per hour or more.  Indeed, the article specifically lists *eleven* (11) Gibson Dunn & Crutcher attorneys billing at $1,000 per hour or more.

iv.    On February 22, 2011, the ALM's *Daily Report* listed the 2006-2009 hourly rates of numerous San Francisco attorneys. A true and correct copy of that article is attached hereto as **Exhibit G**.  Even though rates have increased significantly since that time, my firm's rates are well within the range of rates shown in this survey.

v.    *The Westlaw Court Express Legal Billing Reports* for May, August, and December 2009 (attached hereto as **Exhibit H**) show that as far back as 2009, attorneys with as little as 19 years of experience were charging $800 per hour or more, and that the rates requested here are well within the range of those reported.  Again, current rates are significantly higher.

vi.    The *National Law Journal*'s December 2010, nationwide sampling of law firm billing rates (attached hereto as **Exhibit I**) lists 32 firms whose highest rate was $800 per hour or more, eleven firms whose highest rate was $900 per hour or more, and three firms whose highest rate was $1,000 per hour or more.

vii.    On December 16, 2009, *The American Lawyer* published an online article entitled "Bankruptcy Rates Top $1,000 in 2008-2009."  That article is attached hereto as **Exhibit J**.  In addition to reporting that several attorneys had charged rates of $1,000 or more in bankruptcy filings in Delaware and the Southern District of New York, the article also listed 18 firms that charged median partner rates of from $625 to $980 per hour.

viii.    According to the *National Law Journal*'s 2014 Law Firm Billing Survey, law firms with their largest office in New York have average partner and associate billing rates of $882 and $520, respectively.  Karen Sloan, *$1,000 Per Hour Isn't Rare Anymore; Nominal Billing Levels Rise, But Discounts Ease Blow*, National Law Journal, Jan. 13, 2014.  The survey also shows that it is common for legal fees for partners in New York firms to exceed $1,000 an hour.  *Id.*  A true and correct copy of this survey is attached hereto as **Exhibit K**.

58.    No court has ever cut my firm's fee application by a single dollar on the ground that our hourly rates were not reasonable.  In fact, the rates charged by my firm have been deemed reasonable in connection with the approval of my firm's fee applications in at least seven recent matters:

i.    *Correa v. Sensa Products LLC*, Case No. BC476808, California Superior Court, Los Angeles County (Nov. 9, 2012

Judgment, Final Order, And Decree Granting Final Approval To Class Action Settlement);

ii. *Rossi v. The Procter & Gamble Co.*, Case No. 11-7238, D.N.J. (Oct. 3, 2013 Final Approval Order And Judgment);

iii. *Cox v. Clarus Marketing Group, LLC.*, 291 F.R.D. 473, 483 (S.D. Cal. 2013) (the Court approved the 2013 hourly rates of class counsel, including Bursor & Fisher's 2013 partner rates of $850-$680, associate rates of $400-$375, and paralegal rates of $180 (as set forth in Dkt. No. 30-4 in Case No. 3:11-cv-02711-H-RBB), stating that "hourly rates charged by the attorneys appear reasonable in light of the experience of counsel and complexities of this case.");

iv. *In re Pacific Bell Late Fee Litigation*, Case No. MSC10-00840, California Superior Court, Los Angeles County (Oct. 22, 2013 Order Awarding Attorneys' Fees, Costs And Expenses And Authorizing Payment Of Incentive Award To The Class Representative);

v. *In re Haier Freezer Consumer Litig.*, Case No. C11-02911 EJD, N.D. Cal. (Oct. 25, 2013 Final Judgment And Order Granting Plaintiffs' Motion For Final Approval Of Class Action Settlement And For Award Of Attorneys' Fees, Costs And Incentive Awards);

vi. In *Rodriguez v. CitiMortgage, Inc.*, Case No. 11-cv-4718, S.D.N.Y. (Oct. 6, 2015), the court concluded during the fairness hearing that Bursor & Fisher's rates for two of its partners, Joseph Marchese and Scott Bursor, were "reasonable":

> The hourly rates among plaintiffs' counsel and their staff range between $950 per hour to $165 per hour with the average partner billing rate at $748. The hourly rates that the partners who performed most of the partner-level work on the matter, those being <u>Joseph Marchese</u>, <u>Scott Bursor</u>, Gary Lynch, and Antonio Vozzolo are <u>$680</u>, <u>$850</u>, $650, and $775 an hour respectively. The total blended rate for all legal work performed was $609 per hour. … I conclude that the hourly rates are reasonable.

10/6/15 Tr. at 14:24-15:14 (emphasis added); and

vii. In *Hendricks v. StarKist Co.*, 2016 WL 5462423 (N.D. Cal. Sept. 29, 2016), the court concluded in its Order Granting

Final Approval of Settlement that Bursor & Fisher's rates were "reasonable":

> The Court has reviewed class counsel's time records and billing reports, and finds that the number of hours devoted to this case was reasonable. The Court further finds that the billing rates used by class counsel to calculate the lodestar are reasonable and in line with prevailing rates in this District for personnel of comparable experience, skill, and reputation.

(internal citations omitted; emphasis added).

59.     My firm undertook this representation on a wholly contingent basis recognizing that the risk of non-payment has been high throughout this litigation.  There were substantial uncertainties about the outcome of this case.   Although we believe this case to be meritorious, a realistic assessment shows that the risks inherent in the resolution of the liability issues were great.  First, to certify the class, Plaintiffs had to convince the Court that SolarCity failed to present sufficient evidence to demonstrate that individual issues of consent would create individual issues that would predominate over common ones.  And even if successful in that endeavor, SolarCity could very well have presented evidence of consent thereafter and sought a decertification of the class.  In addition, at trial, the parties would have had competing experts on whether SolarCity's dialing systems constitute automatic telephone dialing systems for purposes of the TCPA.  In this "battle of experts," it is virtually impossible to predict with any certainty which testimony would be credited, and ultimately, which expert evaluation would be accepted by the jury.  My experience has taught me that these factors can make the outcome of trial extremely uncertain.  Based on my experience, I have concluded that the Settlement provides exceptional results for the Class while sparing the Class from the numerous uncertainties that would result from continued and protracted litigation.

60.     Had we not resolved this matter through settlement, we would have vigorously prosecuted the case through class certification, summary judgment, trial, and appealed any determinations that may have been adverse to the Class's interests.  We were therefore at great risk for non-payment.  In addition, as described above, we have advanced significant expenses that

1  would not have been reimbursed absent a successful result.

2      61.    Due to the commitment of time and capital required to litigate this action, my firm

3  had to forego significant other work, including work for paying clients billed by the hour on a non-

4  contingent basis, as well as other class action cases.

5  **IV.    THE CLASS REPRESENTATIVES' ROLE IN THIS LITIGATION**

6      62.    Pursuant to the Settlement Agreement, Plaintiff Jose Albino Lucero Jr. and plaintiffs

7  in the *Gibbs* case, Carole Gibbs and Arthur Colby, are permitted to request an incentive award up to

8  $5,000 each for their service.

9      63.    Service awards for class representatives are common in class actions.  *See*, *e.g.*, *In re*

10  *Vitamin C Antitrust Litig.*, 2012 U.S. Dist. LEXIS 152275, at *35 (E.D.N.Y. Oct. 22, 2012) ("Courts

11  often grant incentive awards to representative plaintiffs."); *see also Dupler v. Costco Wholesale*

12  *Corp.*, 705 F. Supp. 2d 231, 245 (E.D.N.Y. 2010) (approving $25,000 and $5,000 awards to two

13  plaintiffs in a settlement involving allegations that the defendant's backdating of membership

14  renewals was a deceptive practice under New York's consumer fraud statute); *In re Domestic Air*

15  *Transp. Antitrust Litig.*, 148 F.R.D. 297, 348 (N.D. Ga. 1993) ($142,500 awarded from settlement

16  fund of $50 million); *In re Dun & Bradstreet Credit Services Customer Litig.*, 130 F.R.D. 366, 373-

17  74 (S.D. Ohio 1990) ($215,000 awarded from settlement fund of $18 million); *Spicer v. Chicago*

18  *Board Options Exchange, Inc.*, 844 F. Supp. 1226, 1267-68 (N.D. Ill. 1993) ($30,000 awarded from

19  settlement fund of $10 million); *Enterprise Energy Corp. v. Columbia Gas Transmission Corp.*, 137

20  F.R.D. 240, 250-51 (S.D. Ohio 1991) (approving $50,000 incentive awards).  Such awards

21  compensate class representatives and others for actual costs in time, money, and the disruption of

22  life incurred in the prosecution of the litigation.  They also serve to encourage future plaintiffs to

23  come forward and vindicate the rights of other injured parties.

24      64.    Here, the involvement of Plaintiff Lucero, as well as Gibbs and Colby, were critical

25  to the prosecution of this case.  In particular, I was responsible for communicating with Mr. Lucero

26  and can attest to his effort in this case on behalf of himself and the class.

27      65.    Throughout the litigation, Lucero, Gibbs and Colby held regular meetings with Class

28  Counsel and counsel in *Gibbs* to receive updates on the progress of the case and to discuss strategy.

1  They assisted in Class Counsel's pre-suit investigation by discussing their experiences and providing

2  information on the calls that they received from SolarCity.  They also assisted in drafting the original

3  complaint and the amended complaints.  Lucero also coordinated with my firm to form responses to

4  discovery requests, including written interrogatories and documents requests, and gathered

5  documents for production.  Lucero also sat for a deposition.  Finally, all of the plaintiffs were

6  intimately involved in the settlement process, and have continued to keep abreast of settlement

7  progress to date.

8          66.    Lucero, Gibbs and Colby all also took significant time away from work, family and

9  personal activities to initiate and litigate this action.  They were prepared to litigate this case to a

10  verdict if necessary.  Their dedication and efforts have conferred a significant benefit on the

11  members of the class.  In light of their contributions and efforts, a service award of $5,000 each to

12  Plaintiffs Lucero, Gibbs and Colby for acting as the Class Representatives is appropriate and should

13  be approved.

14

15          I declare under penalty of perjury under the laws of the United States that the foregoing is

16  true and correct to the best of my knowledge.  Executed this 1st day of December 2017, at New

17  York, New York.

18                                                    _____/s/ Joshua D. Arisohn_____

19                                                            Joshua D. Arisohn

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

# BURSOR & FISHER
P.A.

www.bursor.com

888 SEVENTH AVENUE
NEW YORK, NY 10019

1990 NORTH CALIFORNIA BLVD.
WALNUT CREEK, CA 94596

## <u>FIRM RESUME</u>

With offices in New York and California, BURSOR & FISHER lawyers have represented both plaintiffs and defendants in state and federal courts throughout the country.

The lawyers at our firm have an active civil trial practice, having won multi-million dollar verdicts or recoveries in five of five civil jury trials since 2008. Our most recent trial victory came in August 2013 in *Ayyad v. Sprint Spectrum L.P.*, in which Mr. Bursor served as lead trial counsel and won a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

In *Thomas v. Global Vision Products, Inc. (II)*, we obtained a $50 million jury verdict in favor of a certified class of 150,000 purchasers of the Avacor Hair Regrowth System. The legal trade publication VerdictSearch reported that this was the second largest jury verdict in California in 2009, and the largest in any class action.

The lawyers at our firm have an active class action practice and have won numerous appointments as class counsel to represent millions of class members, including customers of Verizon Wireless, AT&T Wireless, Cingular Wireless, Sprint, T-Mobile, General Electric, Haier America, and Michaels Stores as well as purchasers of Avacor™, Xenadrine™, and Sensa™ products. Since 2014, our lawyers have certified five consumer classes pursuant to contested class certification motions (*see Ebin*, *Forcellati*, *In re EZ Seed Litig.*, *Dei Rossi*, *Melgar infra*). Since December 2010, Bursor & Fisher lawyers have been court-appointed Class Counsel or Interim Class Counsel in:

i.    *O'Brien v. LG Electronics USA, Inc.* (D.N.J. Dec. 16, 2010) to represent a certified nationwide class of purchasers of LG French-door refrigerators,

ii.   *Ramundo v. Michaels Stores, Inc.* (N.D. Ill. June 8, 2011) to represent a certified nationwide class of consumers who made in-store purchases at Michaels Stores using a debit or credit card and had their private financial information stolen as a result,

iii.  *In re Haier Freezer Consumer Litig.* (N.D. Cal. Aug. 17, 2011) to represent a certified class of purchasers of mislabeled freezers from Haier America Trading, LLC,

iv.   *Loreto v. Coast Cutlery Co.* (D.N.J. Sep. 8, 2011) to represent a certified nationwide class of purchasers of knives or tools made by Coast Cutlery,

v.    *Rodriguez v. CitiMortgage, Inc.* (S.D.N.Y. Nov. 14, 2011) to represent a certified nationwide class of military personnel against CitiMortgage for illegal foreclosures,

   vi.   *Avram v. Samsung Electronics America, Inc., et al.* (D.N.J. Jan. 3, 2012), to represent a proposed nationwide class of purchasers of mislabeled refrigerators from Samsung Electronics America, Inc. and Lowe's Companies, Inc.,

   vii.   *Rossi v. The Procter & Gamble Co.* (D.N.J. Jan. 31, 2012), to represent a certified nationwide class of purchasers of Crest Sensitivity Treatment & Protection toothpaste,

   viii.   *Dzielak v. Whirlpool Corp. et al.* (D.N.J. Feb. 21, 2012), to represent a proposed nationwide class of purchasers of mislabeled Maytag Centennial washing machines from Whirlpool Corp., Sears, and other retailers,

   ix.   *In re Sensa Weight Loss Litig.* (N.D. Cal. Mar. 2, 2012), to represent a certified nationwide class of purchasers of Sensa weight loss products,

   x.   *In re Sinus Buster Products Consumer Litig.* (E.D.N.Y. Dec. 17, 2012) to represent a certified nationwide class of purchasers of Sinus Buster products,

   xi.   *Scott v. JPMorgan Chase & Co., et al.* (S.D.N.Y. May 30, 2013) to represent a proposed nationwide class of Chase customers who were allegedly unilaterally enrolled into Chase's Overdraft Protection service and charged unauthorized fees,

   xii.   *Podobedov v. Living Essentials, LLC* (C.D. Cal. Nov. 8, 2013) to represent a proposed nationwide class of purchasers of 5-hour Energy products,

   xiii.   *Ebin v. Kangadis Food Inc.* (S.D.N.Y. Feb. 25, 2014) to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

   xiv.   *Forcellati v. Hyland's, Inc.* (C.D. Cal. Apr. 9, 2014) to represent a certified nationwide class of purchasers of children's homeopathic cold and flu remedies,

   xv.   *Ebin v. Kangadis Family Management LLC, et al.* (S.D.N.Y. Sept. 18, 2014) to represent a certified nationwide class of purchasers of Capatriti 100% Pure Olive Oil,

   xvi.   *In re Scotts EZ Seed Litig.* (S.D.N.Y. Jan. 26, 2015), to represent a certified class of purchasers of Scotts Turf Builder EZ Seed,

   xvii.   *Dei Rossi v. Whirlpool Corp., et al.* (E.D. Cal. Apr. 28, 2015), to represent a certified class of purchasers of mislabeled KitchenAid refrigerators from Whirlpool Corp., Best Buy, and other retailers,

   xviii.   *Hendricks v. StarKist Co.* (N.D. Cal. July 23, 2015) to represent a certified nationwide class of purchasers of StarKist tuna products,

   xix.   *In re NVIDIA GTX 970 Graphics Card Litig.* (N.D. Cal. May 8, 2015), to represent a proposed nationwide class of purchasers of NVIDIA GTX 970 graphics cards, and

   xx.   *Melgar v. Zicam LLC, et al.* (E.D. Cal. March 30, 2016) to represent a certified ten-jurisdiction class of purchasers of Zicam Pre-Cold products.

   xxi.   *In re Trader Joe's Tuna Litigation* (C.D. Cal. December 21, 2016), to represent a nationwide class of purchasers of Trader Joe's tuna products.

   xxii.   *In re Welspun Litigation* (S.D.N.Y. January 26, 2017), to represent a proposed nationwide class of purchasers of Welspun Egyptian cotton bedding products.

## SCOTT A. BURSOR

Mr. Bursor has an active civil trial practice, having won multi-million verdicts or recoveries in five of five civil jury trials since 2008.  Mr. Bursor's most recent victory came in August 2013 in *Ayyad v. Sprint Spectrum L.P.*, in which he served as lead trial counsel and won a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

In *Thomas v. Global Vision Products, Inc.* (2009), the jury returned a $50 million verdict in favor of the plaintiff and class represented by Mr. Bursor.  The legal trade publication VerdictSearch reported that this was the second largest jury verdict in California in 2009.

Class actions are rarely tried to verdict.  Other than Mr. Bursor and his partner Mr. Fisher, we know of no lawyer that has tried more than one class action to a jury.  Mr. Bursor's perfect record of five wins in five class action jury trials, with recoveries ranging from $21 million to $299 million, is unmatched by any other lawyer.  Each of these victories was hard-fought against top trial lawyers from the biggest law firms in the United States.

Mr. Bursor graduated from the University of Texas Law School in 1996.  He served as Articles Editor of the Texas Law Review, and was a member of the Board of Advocates and Order of the Coif.  Prior to starting his own practice, Mr. Bursor was a litigation associate with Cravath, Swaine & Moore (1996-2000) and Chadbourne & Parke LLP (2001), where he represented large telecommunications, pharmaceutical, and technology companies in commercial litigation.

Mr. Bursor is a member of the state bars of New York, Florida, and California, as well as the bars of the United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Courts for the Southern and Eastern Districts of New York, United States District Courts for the Northern, Central, Southern and Eastern Districts of California, the United States District Courts for the Southern and Middle Districts of Florida, and the United States District Court for the Eastern District of Michigan.

### *Representative Cases*

Mr. Bursor was appointed lead or co-lead class counsel to the largest, 2nd largest, and 3rd largest classes ever certified.  Mr. Bursor has represented classes including more than 160 million class members, roughly 1 of every 2 Americans.  Listed below are recent cases that are representative of Mr. Bursor's practice:

Mr. Bursor negotiated and obtained court-approval for two landmark settlements in *Nguyen v. Verizon Wireless* and *Zill v. Sprint Spectrum* (the largest and 2nd largest classes ever certified).  These settlements required Verizon and Sprint to open their wireless networks to third-party devices and applications.  These settlements are believed to be the most significant

legal development affecting the telecommunications industry since 1968, when the FCC's
Carterfone decision similarly opened up AT&T's wireline telephone network.

Mr. Bursor was the lead trial lawyer in *Ayyad v. Sprint Spectrum, L.P.* representing a
class of approximately 2 million California consumers who were charged an early termination
fee under a Sprint cellphone contract, asserting claims that such fees were unlawful liquidated
damages under the California Civil Code, as well as other statutory and common law claims.
After a five-week combined bench-and-jury trial, the jury returned a verdict in June 2008 and the
Court issued a Statement of Decision in December 2008 awarding the plaintiffs $299 million in
cash and debt cancellation.  Mr. Bursor served as lead trial counsel for this class again in 2013
during a month-long jury trial in which Sprint asserted a $1.06 billion counterclaim against the
class.  Mr. Bursor secured a verdict awarding Sprint only $18.4 million, the exact amount
calculated by the class's damages expert.  This award was less than 2% of the damages Sprint
sought, less than 6% of the amount of the illegal termination fees Sprint charged to class
members, and ensured that the class would recover in excess of $275 million.

Mr. Bursor was the lead trial lawyer in *White v. Cellco Partnership d/b/a Verizon
Wireless* representing a class of approximately 1.4 million California consumers who were
charged an early termination fee under a Verizon cellphone contract, asserting claims that such
fees were unlawful liquidated damages under the California Civil Code, as well as other statutory
and common law claims.  In July 2008, after Mr. Bursor presented plaintiffs' case-in-chief,
rested, then cross-examined Verizon's principal trial witness, Verizon agreed to settle the case
for a $21 million cash payment and an injunction restricting Verizon's ability to impose early
termination fees in future subscriber agreements.

Mr. Bursor was the lead trial lawyer in *Thomas v. Global Visions Products Inc.*  Mr.
Bursor represented a class of approximately 150,000 California consumers who had purchased
the Avacor® hair regrowth system.  In January 2008, after a four-week combined bench-and-jury
trial. Mr. Bursor obtained a $37 million verdict for the class, which the Court later increased to
$40 million.

Mr. Bursor was appointed class counsel and was elected chair of the Official Creditors'
Committee in *In re Nutraquest Inc.*, a Chapter 11 bankruptcy case before Chief Judge Garrett E.
Brown, Jr. (D.N.J.) involving 390 ephedra-related personal injury and/or wrongful death claims,
two consumer class actions, four enforcement actions by governmental agencies, and multiple
adversary proceedings related to the Chapter 11 case.  Working closely with counsel for all
parties and with two mediators, Judge Nicholas Politan (Ret.) and Judge Marina Corodemus
(Ret.), the committee chaired by Mr. Bursor was able to settle or otherwise resolve every claim
and reach a fully consensual Chapter 11 plan of reorganization, which Chief Judge Brown
approved in late 2006.  This settlement included a $12.8 million recovery to a nationwide class
of consumers who alleged they were defrauded in connection with the purchase of Xenadrine®
dietary supplement products.

Mr. Bursor was the lead trial lawyer in *In re: Pacific Bell Late Fee Litigation*.  After
filing the first class action challenging Pac Bell's late fees in April 2010, winning a contested
motion to certify a statewide California class in January 2012, and defeating Pac Bell's motion
for summary judgment in February 2013, Mr. Bursor obtained final approval of the $38 million

class settlement.  The settlement, which Mr. Bursor negotiated the night before opening statements were scheduled to commence, provides for a $20 million cash payment to provide refunds to California customers who paid late fees on their Pac Bell wireline telephone accounts, and includes an injunction that will reduce late fee charges by $18.6 million over 28 months.

## L. TIMOTHY FISHER

L. Timothy Fisher has an active practice in consumer class actions and complex business litigation and has also successfully handled a large number of civil appeals.

Mr. Fisher has been actively involved in numerous cases that resulted in multi-million dollar recoveries for consumers and investors. Mr. Fisher has handled cases involving a wide range of issues including nutritional labeling, health care, telecommunications, corporate governance, unfair business practices and consumer fraud. With his partner Scott A. Bursor, Mr. Fisher has tried four class action jury trials, all of which produced successful results. In *Thomas v. Global Vision Products*, Mr. Fisher obtained a jury award of $50,024,611 — the largest class action award in California in 2009 and the second-largest jury award of any kind.

Mr. Fisher also has significant experience in multidistrict litigation proceedings. Currently, he serves as co-lead counsel in *In re 5-Hour Energy Marketing and Sales Practices Litigation*, MDL No. 2438 and is a member of the executive committee in *In re 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*, MDL No. 2705.

Mr. Fisher was admitted to the State Bar of California in 1997. He is also a member of the bars of the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Central, Southern and Eastern Districts of California. Mr. Fisher taught appellate advocacy at John F. Kennedy University School of Law in 2003 and 2004.  In 2010, he contributed jury instructions, a verdict form and comments to the consumer protection chapter of Justice Elizabeth A. Baron's California Civil Jury Instruction Companion Handbook (West 2010). In January 2014, Chief Judge Claudia Wilken of the United States District Court for the Northern District of California appointed Mr. Fisher to a four-year term as a member of the Court's Standing Committee on Professional Conduct.

Mr. Fisher received his Juris Doctorate from Boalt Hall at the University of California at Berkeley in 1997. While in law school, he was an active member of the Moot Court Board and participated in moot court competitions throughout the United States. In 1994, Mr. Fisher received an award for Best Oral Argument in the first year moot court competition.

In 1992, Mr. Fisher graduated with highest honors from the University of California at Berkeley and received a degree in political science.  Prior to graduation, he authored an honors thesis for Professor Bruce Cain entitled "The Role of Minorities on the Los Angeles City Council."  He is also a member of Phi Beta Kappa.

### *Representative Cases*

*Thomas v. Global Vision Products, Inc.* (Alameda County Superior Court).  Mr. Fisher litigated claims against Global Vision Products, Inc. and other individuals in connection with the sale and

marketing of a purported hair loss remedy known as Avacor.  The case lasted more than seven years and involved two trials.  The first trial resulted in a verdict for plaintiff and the class in the amount of $40,000,000.  The second trial resulted in a jury verdict of $50,024,611, which led to a $30 million settlement for the class.

*In re Cellphone Termination Fee Cases* - Handset Locking Actions (Alameda County Superior Court).  Mr. Fisher actively worked on five coordinated cases challenging the secret locking of cell phone handsets by major wireless carriers to prevent consumers from activating them on competitive carriers' systems.  Settlements have been approved in all five cases on terms that require the cell phone carriers to disclose their handset locks to consumers and to provide unlocking codes nationwide on reasonable terms and conditions.  The settlements fundamentally changed the landscape for cell phone consumers regarding the locking and unlocking of cell phone handsets.

*In re Cellphone Termination Fee Cases* - Early Termination Fee Cases (Alameda County Superior Court and Federal Communications Commission).  In separate cases that are a part of the same coordinated litigation as the Handset Locking Actions, Mr. Fisher actively worked on claims challenging the validity under California law of early termination fees imposed by national cell phone carriers. In one of those cases, against Verizon Wireless, a nationwide settlement was reached after three weeks of trial in the amount of $21 million.  In a second case, which was tried to verdict, the Court held after trial that the $73 million of flat early termination fees that Sprint had collected from California consumers over an eight-year period were void and unenforceable.

### *Selected Published Decisions*

*In re 5-hour Energy Marketing and Sales Practices Litigation*, 2017 WL 385042 (C.D. Cal. January 24, 2017) (denying motion for summary judgment in case alleging that 5-hour Energy made false and misleading statements regarding its energy drinks).

*Strumlauf v. Starbucks Corp.*, 2016 WL 3361842 (N.D. Cal. June 17, 2016) (denying motion to dismiss case alleging underfilling of Starbucks lattes).

*Melgar v. Zicam LLC*, 2016 WL 1267870 (E.D. Cal. Mar. 30, 2016) (certifying 10-jurisdiction class of purchasers of cold remedies, denying motion for summary judgment, and denying motions to exclude plaintiff's expert witnesses).

*Salazar v. Honest Tea, Inc.*, 2015 WL 7017050 (E.D. Cal. Nov. 12. 2015) (denying motion for summary judgment).

*Dei Rossi v. Whirlpool Corp.*, 2015 WL 1932484 (E.D. Cal. Apr. 27, 2015) (certifying California class of purchasers of refrigerators that were mislabeled as Energy Star qualified).

*Bayol v. Zipcar, Inc.*, 78 F.Supp.3d 1252 (N.D. Cal. 2015) (denying motion to dismiss claims alleging unlawful late fees under California Civil Code § 1671).

*Forcellati v. Hyland's, Inc.*, 2015 WL 9685557 (C.D. Cal. Jan. 12, 2015) (denying motion for summary judgment in case alleging false advertising of homeopathic cold and flu remedies for children).

*Bayol v. Zipcar, Inc.*, 2014 WL 4793935 (N.D. Cal. Sept. 25, 2014) (denying motion to transfer venue pursuant to a forum selection clause).

*Forcellati v. Hyland's Inc.*, 2014 WL 1410264 (C.D. Cal. Apr. 9, 2014) (certifying nationwide class of purchasers of homeopathic cold and flu remedies for children).

*Hendricks v. StarKist Co.*, 30 F.Supp.3d 917 (N.D. Cal. 2014) (denying motion to dismiss in case alleging underfilling of 5-ounce cans of tuna).

*Dei Rossi v. Whirlpool Corp.*, 2013 WL 5781673 (E.D. Cal. October 25, 2013) (denying motion to dismiss in case alleging that certain KitchenAid refrigerators were misrepresented as Energy Star qualified).

*Forcellati v. Hyland's Inc.*, 876 F.Supp.2d 1155 (C.D. Cal. 2012) (denying motion to dismiss complaint alleging false advertising regarding homeopathic cold and flu remedies for children).

*Podobedov v. Living Essentials, LLC*, 2012 WL 2513458 (C.D. Cal. March 22, 2012) (denying motion to dismiss in case alleging false and misleading advertising by 5-hour Energy).

*Clerkin v. MyLife.com*, 2011 WL 3809912 (N.D. Cal. August 29, 2011) (denying defendants' motion to dismiss in case alleging false and misleading advertising by a social networking company).

*In re Cellphone Termination Fee Cases*, 186 Cal.App.4th 1380 (2010) (affirming order approving $21 million class action settlement).

*Gatton v. T-Mobile USA, Inc.*, 152 Cal.App.4th 571 (2007) (affirming order denying motion to compel arbitration).

## *Selected Class Settlements*

*In Re NVIDIA GTX 970 Graphics Chip Litigation* (Northern District of California) - $4.5 million class action settlement of claims alleging that a computer graphics card was sold with false and misleading representations concerning its specifications and performance.

*Hendricks v. StarKist Co.* (Northern District of California) – $12 million class action settlement of claims alleging that 5-ounce cans of tuna were underfilled.

*In re Zakskorn v. American Honda Motor Co.* Honda (Eastern District of California) – nationwide settlement providing for brake pad replacement and reimbursement of out-of-pocket expenses in case alleging defective brake pads on Honda Civic vehicles manufactured between 2006 and 2011.

*Correa v. Sensa Products, LLC* (Los Angeles Superior Court) - $9 million settlement on behalf of purchasers of the Sensa weight loss product.

*In re Pacific Bell Late Fee Litigation* (Contra Costa County Superior Court) - $38.6 million settlement on behalf of Pac Bell customers who paid an allegedly unlawful late payment charge.

*In re Haier Freezer Consumer Litigation* (Northern District of California) - $4 million settlement, which provided for cash payments of between $50 and $325.80 to class members who purchased the Haier HNCM070E chest freezer.

*Thomas v. Global Vision Products, Inc.* (Alameda County Superior Court) - $30 million settlement on behalf of a class of purchasers of a hair loss remedy.

*Guyette v. Viacom, Inc.* (Alameda County Superior Court) - $13 million settlement for a class of cable television subscribers who alleged that the defendant had improperly failed to share certain tax refunds with its subscribers.

## JOSEPH I. MARCHESE

Joseph I. Marchese is a Partner with Bursor & Fisher, P.A. Joe focuses his practice on consumer class actions, employment law disputes, and commercial litigation.  He has represented corporate and individual clients in a wide array of civil litigation, and has substantial trial and appellate experience.

In 2015, Joe was defense trial counsel for a law firm and several of its partners in a sexual harassment case brought by a former associate of that firm.  The plaintiff's complaint sought $22 million in compensatory and punitive damages.  After a 3-week trial in federal court in New York, the jury returned a verdict of not liable for the federal and state law claims.  During the trial, the judge also granted defendants' motion for judgment as a matter of law on the plaintiff's claims for retaliation and defamation.  The jury found liability solely under New York City's human rights law, awarding only $140,000 in damages.

Joe also has significant experience in multidistrict litigation proceedings.  Currently he serves on the Plaintiffs' Executive Committee in In Re:  Blue Buffalo Company, Ltd. Marketing And Sales Practices Litigation, MDL No. 2562.

Joe is admitted to the State Bar of New York and is a member of the bars of the United States District Courts for the Southern District of New York, the Eastern District of New York, and the Eastern District of Michigan, as well as the United States Court of Appeals for the Second Circuit.

Joe graduated from Boston University School of Law in 2002 where he was a member of The Public Interest Law Journal. In 1998, Joe graduated with honors from Bucknell University.

### *Selected Published Decisions:*

*Boelter v. Hearst Communications, Inc.*, --- F. Supp. 3d ---, 2016 WL 3369541 (S.D.N.Y. June 17, 2016), denying publisher's motion to dismiss its subscriber's allegations of state privacy law violations in putative class action.

*In re Scotts EZ Seed Litigation*, 304 F.R.D. 397 (S.D.N.Y. 2015), granting class certification of false advertising and other claims brought by New York and California purchasers of grass seed product.

*Marchuk v. Faruqi & Faruqi, LLP, et al.*, 100 F. Supp. 3d 302 (S.D.N.Y. 2015), granting individual and law firm defendants' motion for judgment as a matter of law on plaintiff's claims for retaliation and defamation, as well as for all claims against law firm partners, Nadeem and Lubna Faruqi.

BURSOR&FISHER
P.A.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

*In re Michaels Stores Pin Pad Litigation*, 830 F. Supp. 2d 518 (N.D. Ill. 2011), denying retailer's motion to dismiss its customers' state law consumer protection and privacy claims in data breach putative class action.

### *Selected Class Settlements:*

*In Re:  Blue Buffalo Marketing And Sales Practices Litigation*, Case No. 14-MD-2562-RWS (E.D. Mo. 2016) – final approval granted for $32 million class settlement to resolve claims of pet owners for alleged false advertising of pet foods.

*Rodriguez v. Citimortgage, Inc.*, Case No. 11-cv-4718-PGG (S.D.N.Y. 2015) – final approval granted for $38 million class settlement to resolve claims of military servicemembers for alleged foreclosure violations of the Servicemembers Civil Relief Act, where each class member was entitled to $116,785 plus lost equity in the foreclosed property and interest thereon.

*O'Brien v. LG Electronics USA, Inc., et al.*, Case No. 10-cv-3733-DMC (D.N.J. 2011) – final approval granted for $23 million class settlement to resolve claims of Energy Star refrigerator purchasers for alleged false advertising of the appliances' Energy Star qualification.

## JOSHUA D. ARISOHN

Joshua D. Arisohn is a Partner with Bursor & Fisher, P.A. Josh has litigated precedent-setting cases in the areas of consumer class actions and terrorism. He participated in the first ever trial to take place under the Anti-Terrorism Act, a statute that affords U.S. citizens the right to assert federal claims for injuries arising out of acts of international terrorism. Josh's practice continues to focus on terrorism-related matters as well as class actions.

Josh is admitted to the State Bar of New York and is a member of the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York.

Josh previously practiced at Dewey & LeBoeuf LLP and DLA Piper LLP. He graduated from Columbia University School of Law in 2006, where he was a Harlan Fiske Stone Scholar, and received his B.A. from Cornell University in 2002. Josh has been honored as a 2015 and 2016 Super Lawyer Rising Star.

### Selected Published Decisions:

*Perez v. Monster Inc.*, 149 F. Supp. 3d 1176 (N.D. Cal. 2016), denying defendants' motion to dismiss claims that manufacturer and retailer of HDMI cables fraudulently represented the need for high bandwidths.

*Morris v. SolarCity Corp.*, 2016 WL 1359378 (N.D. Cal. Apr. 4, 2016), denying defendant's motion to dismiss claims that solar company illegally called consumers using an artificial or prerecorded voice and an automatic telephone dialing system.

*Boelter v. Hearst Commc'ns, Inc.*, 192 F. Supp. 3d 427 (S.D.N.Y. 2016), denying defendant's motion to dismiss and finding that the Michigan Video Rental Privacy Act does not violate the First Amendment.

*Edwards v. Oportun, Inc.*, 193 F. Supp. 3d 1096 (N.D. Cal. 2016), denying defendant's motion dismiss and rejecting its argument that providing a class representative with a cashier's check for his individual damages mooted his individual and class claims.

## JOEL D. SMITH

Joel D. Smith is a partner with Bursor & Fisher, P.A. Joel's practice focuses on consumer class actions and complex litigation. He has substantial experience in trial and appellate courts across the nation.

Prior to joining Bursor & Fisher, Joel was a litigator at Crowell & Moring, where he represented Fortune 500 companies, privately-held businesses, and public entities in commercial litigation and nationwide class actions. While at Crowell & Moring, Joel litigated some of the firm's most high-profile matters, including several class actions alleging deceptive sales practices with respect to Apple iPhones and iPads, and a class action seeking to hold U.S. energy companies accountable for global warming.

Joel received both his undergraduate and law degrees from the University of California at Berkeley. While at Berkeley School of Law, he was a member of the California Law Review, received several academic honors, externed for the California Attorney General's office and published an article on climate change policy and litigation.

Joel is admitted to the State Bar of California, as well as the United States Courts of Appeals for the Second, Third and Ninth Circuits, and the Northern, Central, Southern and Eastern Districts of California.

### Selected Published Decisions:

*In re 5-Hour ENERGY Marketing & Sales Practices Litig.*, 2017 WL 385042 (C.D. Cal. Jan. 24, 2017), denying motion for partial summary judgment in putative class action against the makers of 5-Hour ENERGY® products.

BURSOR&FISHER
P.A.

*Mbazomo v. Etourandtravel, Inc.*, 2016 WL 7165693 (E.D. Cal. Dec. 8, 2016), denying motion to dismiss in putative class action alleging unlawful calls under the Telephone Consumer Protection Act.

*Brenner v. Procter & Gamble, Co.*, 2016 WL 8192946 (C.D. Cal. Oct. 20, 2016), denying motion to dismiss in putative class action alleging false and misleading labeling on Pampers baby wipes.

## SARAH N. WESTCOT

Sarah N. Westcot is an Associate with Bursor & Fisher, P.A.  Ms. Westcot focuses her practice on complex business litigation and consumer class actions.  Prior to joining Bursor & Fisher, Ms. Westcot litigated civil actions as an attorney with Bay Area Legal Aid in San Jose, CA.

Ms. Westcot served as trial counsel with Mr. Bursor in *Ayyad v. Sprint Spectrum L.P.*, and helped to win a jury verdict defeating Sprint's $1.06 billion counterclaim and securing the class's recovery of more than $275 million in cash and debt relief.

Ms. Westcot is admitted to the State Bar of California and is a member of the bars of the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California.

Ms. Westcot received her Juris Doctor from the University of Notre Dame Law School in 2009.  During her third year of law school, Ms. Westcot worked as a law clerk with the local public defender's office representing juvenile clients in criminal hearings.  She graduated with honors from the University of Florida in 2005.

## NEAL J. DECKANT

Neal J. Deckant is an Associate with Bursor & Fisher, P.A.  Neal focuses his practice on complex business litigation, consumer class actions, and employment law disputes.  Prior to joining Bursor & Fisher, Neal counseled low-income homeowners facing foreclosure in East Boston.

In 2015, Neal was defense trial counsel for a law firm and several of its partners in a sexual harassment case brought by a former associate of that firm.  The plaintiff's complaint sought $22 million in compensatory and punitive damages.  After a 3-week trial in federal court in New York, the jury returned a verdict of not liable for the federal and state law claims.  During the trial, the judge also granted defendants' motion for judgment as a matter of law on the plaintiff's claims for retaliation and defamation.  The jury found liability solely under New York City's human rights law, awarding only $140,000 in damages.

Neal is admitted to the State Bar of New York and is a member of the bars of the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the bars of the United States Courts of Appeals for the Second and Ninth Circuits.

Neal received his Juris Doctor from Boston University School of Law in 2011, graduating cum laude with two Dean's Awards.  During law school, Neal served as a Senior Articles Editor for the Review of Banking and Financial Law, where he authored two published articles about securitization reforms, both of which were cited by the New York Court of Appeals, the highest court in the state.  Neal was also awarded Best Oral Argument in his moot court section, and he served as a Research Assistant for his Securities Regulation professor.  Neal has also been honored as a 2014 and 2015 Super Lawyers Rising Star.  In 2007, Neal graduated with Honors from Brown University with a dual major in East Asian Studies and Philosophy.

### *Selected Published Decisions:*

*Duran v. Obesity Research Institute*, LLC, 204 Cal. Rptr. 3d 896 (Cal. Ct. App. 2016), reversing and remanding final approval of a class action settlement on appeal, regarding allegedly mislabeled dietary supplements, in connection with a meritorious objection.

*Marchuk v. Faruqi & Faruqi, LLP*, et al., 100 F. Supp. 3d 302 (S.D.N.Y. 2015), granting individual and law firm defendants' motion for judgment as a matter of law on plaintiff's claims for retaliation and defamation, as well as for all claims against law firm partners, Nadeem and Lubna Faruqi.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

### *Selected Class Settlements:*

*In Re NVIDIA GTX 970 Graphics Chip Litigation*, Case No. 15-cv-00760-PJH (N.D. Cal. Dec. 7, 2016) – final approval granted for $4.5 million class action settlement to resolve claims that a computer graphics card was allegedly sold with false and misleading representations concerning its specifications and performance.

*Hendricks v. StarKist Co.*, 2016 WL 5462423 (N.D. Cal. Sept. 29, 2016) – final approval granted for $12 million class action settlement to resolve claims that 5-ounce cans of tuna were allegedly underfilled.

*In re: Kangadis Food Inc.*, Case No. 8-14-72649 (Bankr. E.D.N.Y. Dec. 17, 2014) – class action claims resolved for $2 million as part of a Chapter 11 plan of reorganization, after a corporate defendant filed for bankruptcy, following claims that its olive oil was allegedly sold with false and misleading representations.

### Selected Publications:

Neal Deckant, X. Reforms of Collateralized Debt Obligations: Enforcement, Accounting and Regulatory Proposals, 29 Rev. Banking & Fin. L. 79 (2009) (cited in Quadrant Structured Products Co., Ltd. v. Vertin, 16 N.E.3d 1165, 1169 n.8 (N.Y. 2014)).

Neal Deckant, Criticisms of Collateralized Debt Obligations in the Wake of the Goldman Sachs Scandal, 30 Rev. Banking & Fin. L. 407 (2010) (cited in *Quadrant Structured Products Co., Ltd. v. Vertin*, 16 N.E.3d 1165, 1169 n.8 (N.Y. 2014); *Lyon Village Venetia, LLC v. CSE Mortgage LLC*, 2016 WL 476694, at *1 n.1 (Md. Ct. Spec. App. Feb. 4, 2016); Ivan Ascher, Portfolio Society: On the Capitalist Mode of Prediction, at 141, 153, 175 (Zone Books / The MIT Press 2016)).

## YITZCHAK KOPEL

Yitzchak Kopel is an Associate with Bursor & Fisher, P.A. Yitz focuses his practice on consumer class actions, employment law disputes, and complex business litigation.  He has represented corporate and individual clients before federal and state courts, as well as in arbitration proceedings.

In 2015, Yitz was plaintiffs' counsel in a certified class action in the United States District Court for the Southern District of New York in a false advertising action against an olive oil manufacturer.  After the Defendant's motion for summary judgment was denied, the parties entered into a multi-million dollar class settlement.

Yitz also provides pro bono representation for refugees in deportation proceedings.

Yitz is admitted to the State Bars of New York and New Jersey, the bar of the United States Court of Appeals for the Eleventh Circuit, and the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, Eastern District of Missouri, and District of New Jersey.

Yitz received his Juris Doctorate from Brooklyn Law School in 2012, graduating cum laude with two Dean's Awards. During law school, Yitz served as an Articles Editor for the Brooklyn Law Review and worked as a Law Clerk at Shearman & Sterling. In 2009, Yitz graduated cum laude from Queens College with a B.A. in Accounting.

### Selected Published Decisions:

*Ward v. TheLadders.com, Inc.*, 3 F. Supp. 3d 151 (S.D.N.Y. 2014), denying online job board's motion to dismiss its subscribers' allegations of consumer protection law violations in putative class action.

*Brady v. Basic Research, L.L.C.*, 101 F. Supp. 3d 217 (E.D.N.Y. 2015), denying diet pill manufacturers' motion to dismiss its purchasers' allegations for breach of express warranty in putative class action.

*In re Scotts EZ Seed Litigation,* 304 F.R.D. 397 (S.D.N.Y. 2015), granting class certification of false advertising and other claims brought by New York and California purchasers of grass seed product.

*Marchuk v. Faruqi & Faruqi, LLP, et al.*, 100 F. Supp. 4d 302 (S.D.N.Y. 2015), granting individual and law firm defendants' motion for judgment as a matter of law on plaintiff's claims for retaliation and defamation, as well as for all claims against law firm partners, Nadeem and Lubna Faruqi.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

### FREDERICK J. KLORCZYK III

Frederick J. Klorczyk III is an Associate with Bursor & Fisher, P.A. Fred focuses his practice on complex business litigation, consumer class actions, and employment law disputes.

In 2014, Fred served on the litigation team in Ebin v. Kangadis Food Inc. At class certification, Judge Rakoff adopted Fred's choice of law fraud analysis and research directly into his published decision certifying a nationwide fraud class. Fred was also an instrumental member of the litigation team led that challenged this defendant's Chapter 11 filing as a sham. After contesting plan confirmation in the bankruptcy court, the class action claims were resolved for $2 million as part of a Chapter 11 plan of reorganization.

Fred is admitted to the State Bars of New York and New Jersey, the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, and District of New Jersey, and the bar of the United States Court of Appeals for the Second Circuit.

Fred received his Juris Doctor from Brooklyn Law School in 2013, graduating magna cum laude with two CALI Awards for the highest grade in his classes on criminal law and conflict of laws. During law school, Fred served as an Associate Managing Editor for the Brooklyn Journal of Corporate, Financial and Commercial Law and as an intern to the Honorable Alison J. Nathan of the United States District Court for the Southern District of New York and the Honorable Janet Bond Arterton of the United States District Court for the District of Connecticut. In 2010, Fred graduated from the University of Connecticut with a B.S. in Finance.

### *Selected Published Decisions:*

*Porter v. NBTY, Inc.*, 2016 WL 6948379 (N.D. Ill. Nov. 28, 2016), denying supplement manufacturer's motion to dismiss consumers' allegations of false advertising relating to whey protein content.

*Weisblum v. Prophase Labs, Inc.*, 88 F. Supp. 3d. 282 (S.D.N.Y. 2015), denying supplement manufacturer's motion to dismiss consumers' allegations of false advertising relating to a homeopathic cold product.

*In re Scotts EZ Seed Litigation*, 304 F.R.D. 397 (S.D.N.Y. 2015), granting class certification of false advertising and other claims brought by New York and California purchasers of grass seed product.

*Marchuk v. Faruqi & Faruqi, LLP*, et al., 100 F. Supp. 3d 302 (S.D.N.Y. 2015), granting individual and law firm defendants' motion for judgment as a matter of law on plaintiff's claims for retaliation and defamation, as well as for all claims against law firm partners, Nadeem and Lubna Faruqi.

*Ebin v. Kangadis Food Inc.*, Case No. 13-4775 (2d Cir. Apr. 15, 2015), denying olive oil manufacturer's Rule 23(f) appeal following grant of nationwide class certification.

*Ebin v. Kangadis Food Inc.*, 297 F.R.D. 561 (S.D.N.Y. 2014), granting nationwide class certification of false advertising and other claims brought by purchasers of purported "100% Pure Olive Oil" product.

*Ebin v. Kangadis Food Inc.*, 2014 WL 737878 (S.D.N.Y. Feb. 25, 2014), denying distributor's motion for summary judgment against nationwide class of purchasers of purported "100% Pure Olive Oil" product.

### *Selected Class Settlements:*

*In Re: Blue Buffalo Marketing And Sales Practices Litigation*, Case No. 14-MD-2562-RWS (E.D. Mo. 2016), granting final approval of $32 million class settlement to resolve claims of pet owners for alleged false advertising of pet foods.

*In re: Kangadis Food Inc.*, Case No. 8-14-72649 (Bankr. E.D.N.Y. Dec. 17, 2014), resolving class action claims for $2 million as part of a Chapter 11 plan of reorganization, after a corporate defendant filed for bankruptcy following the certification of nationwide claims alleging that its olive oil was sold with false and misleading representations.

## YEREMEY O. KRIVOSHEY

Yeremey O. Krivoshey is an Associate with Bursor & Fisher, P.A. Yeremey focuses his practice on class actions involving false advertising, fraud, illegal fees in consumer contracts, invasion of privacy, and unlawful debt collection practices. He has represented clients in a wide array of civil litigation, including appeals before the Ninth Circuit.

Yeremey is admitted to the State Bar of California. He is also a member of the bars of the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California.

Yeremey graduated from New York University School of Law in 2013, where he was a Samuel A. Herzog Scholar.  Prior to Bursor & Fisher, P.A., Yeremey worked as a Law Clerk at Vladeck, Waldman, Elias & Engelhard, P.C, focusing on employment discrimination and wage and hour disputes.  In law school, he has also interned at the American Civil Liberties Union and the United States Department of Justice.  In 2010, Yeremey graduated *cum laude* from Vanderbilt University.

### *Selected Published Decisions:*

*Bayol v. Zipcar, Inc.*, 2014 WL 4793935 (N.D. Cal. Sept. 25, 2014), denying enforcement of forum selection clause based on public policy grounds.

*Bayol v. Zipcar, Inc.*, 78 F. Supp. 3d 1252 (N.D. Cal. Jan. 29, 2015), denying car-rental company's motion to dismiss its subscriber's allegations of unlawful late fees.

*Brown v. Comcast Corp.*, Case No. 5:16-cv-264-AB-SP (C.D. Cal. Aug. 12, 2016), denying internet service provider's motion to compel arbitration of claims alleged under the Telephone Consumer Protection Act.

*Brown v. Comcast Corp.*, Case No. 5:16-cv-264-AB-SP (C.D. Cal. Oct. 20, 2016), denying internet service provider's motion to stay litigation pending appeal of denial of motion to compel arbitration.

*Horanzy v. Vemma Nutrition Co.*, Case No. 15-cv-298-PHX-JJT (D. Ariz. Apr. 16, 2016), denying multi-level marketer's and its chief scientific officer's motion to dismiss their customer's fraud claims.

*Salazar v. Honest Tea, Inc.*, 2015 WL 7017050 (E.D. Cal. Nov. 12. 2015), denying manufacturer's motion for summary judgment as to customer's false advertising claims.

### *Selected Class Settlements:*

*Retta v. Millennium Prods., Inc.*, Case No. 15-cv-1801-PSG-AJW (C.D. Cal. Jan. 31, 2017) granting preliminary approval for $8.25 million settlement to resolve claims of bottled tea purchasers for alleged false advertising.

## PHILIP L. FRAIETTA

Philip L. Fraietta is an Associate with Bursor & Fisher, P.A.  Phil focuses his practice on complex business litigation, consumer class actions, and employment law disputes.

In 2015, Phil was a member of a defense trial team for a law firm and several of its partners in a sexual harassment case brought by a former associate of that firm.  The plaintiff's complaint sought $22 million in compensatory and punitive damages.  After a 3-week trial in federal court in New York, the jury returned a verdict of not liable for the federal and state law claims.  During the trial, the judge also granted defendants' motion for judgment as a matter of

law on the plaintiff's claims for retaliation and defamation.  The jury found liability solely under New York City's human rights law, awarding only $140,000 in damages.

Phil is admitted to the State Bars of New York and New Jersey, the bars of the United States District Courts for the Southern District of New York, Eastern District of New York, the District of New Jersey, the Eastern District of Michigan and the United States Court of Appeals for the Second Circuit. Phil was a Summer Associate with Bursor & Fisher prior to joining the firm.

Phil received his Juris Doctor from Fordham University School of Law in 2014, graduating cum laude. During law school, Phil served as an Articles & Notes Editor for the Fordham Law Review, and published two articles. In addition, Phil received the Addison M. Metcalf Labor Law Prize for the highest grade in his graduating class in the Labor Law course, and received the highest grade in his Anti-Discrimination Law & Policy course.  In 2011, Phil graduated cum laude from Fordham University with a B.A. in Economics.

### *Selected Published Decisions:*

*Edwards v. Hearst Communications, Inc.*, --- F. Supp. 3d ---, 2016 WL 3369541 (S.D.N.Y. June 17, 2016), denying publisher's motion to dismiss its subscriber's allegations of state privacy law violations in putative class action.

*Porter v. NBTY, Inc.*, 2016 WL 6948379 (N.D. Ill. Nov. 28, 2016), denying supplement manufacturer's motion to dismiss consumers' allegations of false advertising relating to whey protein content.

*Boelter v. Advance Magazine Publishers Inc.*, -- F. Supp. 3d --, 2016 WL 5478468 (S.D.N.Y. Sept. 28, 2016), denying publisher's motion to dismiss its subscriber's allegations of state privacy law violations in putative class action.

### THOMAS A. REYDA

Thomas Reyda is an Associate with Bursor & Fisher, P.A.  Thomas focuses his practice on complex business litigation and consumer class actions.

Thomas is admitted to the State Bar of California and is a member of the bar of the United States District Courts for the Northern California.

Thomas received his Juris Doctorate from Berkeley Law School in 2016.  During law school Mr. Reyda worked as a Law Clerk at Kershaw Cutter & Ratinoff, LLP.  In 2012, Mr. Reyda graduated from the Colorado College with a B.A. in International Political Economy.

**EXHIBIT B**

Bursor Fisher, P.A.
Lodestar Summary

| PROFESSIONAL | HOURS | | RATE | LODESTAR |
|---|---|---|---|---|
| Scott A. Bursor (P) | 49.5 | $ | 875.00 | $43,312.50 |
| L. Timothy Fisher (P) | 27.9 | $ | 700.00 | $19,530.00 |
| Joseph I. Marchese (P) | 0.9 | $ | 700.00 | $630.00 |
| Joel Smith (P) | 138.1 | $ | 625.00 | $86,312.50 |
| Joshua D. Arisohn (P) | 864.3 | $ | 625.00 | $540,187.50 |
| Sarah N. Wescot (A) | 80.2 | $ | 450.00 | $36,090.00 |
| Neal J. Deckant (A) | 6.1 | $ | 425.00 | $2,592.50 |
| Yitzhak Kopel (A) | 10.3 | $ | 400.00 | $4,120.00 |
| Yeremey O. Krivoshey (A) | 29.8 | $ | 375.00 | $11,175.00 |
| Fred J. Klorczyk (A) | 3.0 | $ | 375.00 | $1,125.00 |
| Julia A. Luster (A) | 20.7 | $ | 350.00 | $7,245.00 |
| Phil L. Fraietta (A) | 0.3 | $ | 325.00 | $97.50 |
| Thomas A. Reyda (A) | 44.4 | $ | 250.00 | $11,100.00 |
| Alec. M. Leslie (A) | 71.8 | $ | 250.00 | $17,950.00 |
| Debbie L. Schroeder (LSS) | 71.4 | $ | 190.00 | $13,566.00 |
| Rebecca R. Richter (LSS) | 16.3 | $ | 190.00 | $3,097.00 |
| Erin M. Wald (LSS) | 8.4 | $ | 190.00 | $1,596.00 |
| Jared L. Hazlett (LSS) | 18.3 | $ | 190.00 | $3,477.00 |
| Marsella C. Gilbert (LSS) | 5.7 | $ | 190.00 | $1,083.00 |
| **TOTALS** | **1,467.4** | | | **$804,286.50** |

Partner (P)
Associate (A)
Legal Support Specialist (LSS)

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|--------|------|-------------|-------|------|--------|
| 2015.10.22 | SolarCity | 190 | JDA | Discuss SolarCity case with G. Morris | 0.4 | $625.00 | $250.00 |
| 2015.10.22 | SolarCity | 190 | JDA | Review SolarCity phone recordings | 0.8 | $625.00 | $500.00 |
| 2015.10.22 | SolarCity | 190 | JDA | Research SolarCity | 1.9 | $625.00 | $1,187.50 |
| 2015.10.22 | SolarCity | 190 | JDA | Draft demand letter | 0.8 | $625.00 | $500.00 |
| 2015.10.22 | SolarCity | 190 | RSR | Created matter number and calendar (.3), Sent letter to SolarCity via certified mail (.2) | 0.5 | $190.00 | $95.00 |
| 2015.10.28 | SolarCity | 190 | JDA | Investigate telephone numbers used by defendant | 0.7 | $625.00 | $437.50 |
| 2015.11.02 | SolarCity | 190 | JDA | Draft complaint | 2.5 | $625.00 | $1,562.50 |
| 2015.11.03 | SolarCity | 190 | JDA | Negotiate with opposing counsel | 0.4 | $625.00 | $250.00 |
| 2015.11.03 | SolarCity | 190 | SAB | Conf. w/ J. Arisohn re litigation strategy | 0.2 | $875.00 | $175.00 |
| 2015.11.05 | SolarCity | 190 | JDA | Draft complaint | 3.8 | $625.00 | $2,375.00 |
| 2015.11.05 | SolarCity | 190 | JDA | Negotiate with opposing counsel and correspond with client | 2.8 | $625.00 | $1,750.00 |
| 2015.11.05 | SolarCity | 190 | LTF | Reviewed complaint and exchanged emails with Josh Arisohn re: same (.3); discussed case with Yeremey Krivoshey (.1). | 0.4 | $700.00 | $280.00 |
| 2015.11.05 | SolarCity | 190 | YOK | call with JA re draft complaint, reviewed same. Multiple email exchanges re same | 1.1 | $375.00 | $412.50 |
| 2015.11.06 | SolarCity | 190 | DLS | Made corrections to civil cover sheet | 0.4 | $190.00 | $76.00 |
| 2015.11.06 | SolarCity | 190 | DLS | Filed complaint and initiating documents | 0.9 | $190.00 | $171.00 |
| 2015.11.06 | SolarCity | 190 | JDA | Draft and edit complaint | 6.2 | $625.00 | $3,875.00 |
| 2015.11.06 | SolarCity | 190 | JDA | Negotiate with opposing counsel | 0.3 | $625.00 | $187.50 |
| 2015.11.06 | SolarCity | 190 | JDA | Communicate with client | 0.8 | $625.00 | $500.00 |
| 2015.11.06 | SolarCity | 190 | LTF | Discussed complaint and civil case cover sheet with Debbie Schroeder. | 0.1 | $700.00 | $70.00 |
| 2015.11.10 | SolarCity | 190 | DLS | Served complaint | 0.5 | $190.00 | $95.00 |
| 2015.11.17 | SolarCity | 190 | LTF | Call with defendant's counsel and Josh Arisohn. | 0.2 | $700.00 | $140.00 |
| 2015.11.23 | SolarCity | 190 | DLS | Followed-up with First Legal re proof of service of summons | 0.4 | $190.00 | $76.00 |
| 2015.11.23 | SolarCity | 190 | DLS | Filed proof of service of summons | 0.6 | $190.00 | $114.00 |
| 2015.12.01 | SolarCity | 190 | DLS | Prepared consent to magistrate judge | 0.3 | $190.00 | $57.00 |
| 2015.12.02 | SolarCity | 190 | DLS | Filed consent to magistrate judge | 0.3 | $190.00 | $57.00 |
| 2015.12.02 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding 26(f) conference and discussed same with defendant's counsel. | 0.1 | $700.00 | $70.00 |
| 2015.12.09 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding call with defendant's counsel. | 0.1 | $700.00 | $70.00 |
| 2015.12.11 | SolarCity | 190 | LTF | Discussed call with defendant's counsel with Josh Arisohn. | 0.1 | $700.00 | $70.00 |
| 2015.12.14 | SolarCity | 190 | JDA | Prepare for call with opposing counsel | 0.5 | $625.00 | $312.50 |
| 2015.12.14 | SolarCity | 190 | JDA | Attend conference call with opposing counsel | 0.3 | $625.00 | $187.50 |
| 2015.12.14 | SolarCity | 190 | LTF | Call with defendant's counsel. | 0.2 | $700.00 | $140.00 |
| 2015.12.15 | SolarCity | 190 | JDA | Draft discovery requests | 1.5 | $625.00 | $937.50 |
| 2015.12.15 | SolarCity | 190 | JDA | Research document requests in TCPA cases | 1.4 | $625.00 | $875.00 |
| 2015.12.16 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn and opposing counsel regarding stipulation extending deadline and reviewed filings by defendant's counsel. | 0.1 | $700.00 | $70.00 |
| 2015.12.17 | SolarCity | 190 | JDA | Draft document requests | 3.8 | $625.00 | $2,375.00 |
| 2015.12.17 | SolarCity | 190 | LTF | Reviewed reassignment order and related ECF filings. | 0.1 | $700.00 | $70.00 |
| 2015.12.18 | SolarCity | 190 | JDA | Draft document requests | 4.5 | $625.00 | $2,812.50 |
| 2015.12.21 | SolarCity | 190 | JDA | Draft interrogatories | 3.7 | $625.00 | $2,312.50 |
| 2016.01.05 | SolarCity | 190 | JDA | Revise discovery requests and send to client | 1.2 | $625.00 | $750.00 |
| 2016.01.11 | SolarCity | 190 | JDA | Prepare for 26(f) conference | 0.4 | $625.00 | $250.00 |
| 2016.01.11 | SolarCity | 190 | JDA | Review initial discovery requests | 0.6 | $625.00 | $375.00 |
| 2016.01.11 | SolarCity | 190 | JDA | 26(f) conference | 0.5 | $625.00 | $312.50 |
| 2016.01.19 | SolarCity | 190 | DLS | Edited ADR certification and filed | 0.5 | $190.00 | $95.00 |
| 2016.01.19 | SolarCity | 190 | LTF | Discussed hearing date with Josh Arisohn and Yeremey Krivoshey. | 0.1 | $700.00 | $70.00 |
| 2016.01.20 | SolarCity | 190 | JDA | Prepare initial disclosures | 2.5 | $625.00 | $1,562.50 |
| 2016.01.21 | SolarCity | 190 | JDA | Draft case management plan | 1.5 | $625.00 | $937.50 |
| 2016.01.25 | SolarCity | 190 | DLS | Served initial disclosures by email service. | 0.2 | $190.00 | $38.00 |
| 2016.01.25 | SolarCity | 190 | JDA | Revise and finalize initial disclosures | 1.0 | $625.00 | $625.00 |
| 2016.01.26 | SolarCity | 190 | JDA | Review defendant's motion to dismiss | 0.7 | $625.00 | $437.50 |
| 2016.01.26 | SolarCity | 190 | JDA | Review defendant's initial disclosures | 0.3 | $625.00 | $187.50 |
| 2016.01.26 | SolarCity | 190 | LTF | Call and email exchange with Josh Arisohn regarding motion to dismiss and motion to stay and briefly reviewed motion and related emails. | 0.3 | $700.00 | $210.00 |
| 2016.01.27 | SolarCity | 190 | JDA | Draft stipulation regarding withdrawal of Defendant's pending motions | 0.5 | $625.00 | $312.50 |
| 2016.01.27 | SolarCity | 190 | JDA | Research phone numbers in the complaint | 0.9 | $625.00 | $562.50 |

Bursor Fisher, P.A. - SolarCity Time Records

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|--------|------|-------------|-------|------|--------|
| 2016.01.27 | SolarCity | 190 | JDA | Call with client | 0.2 | $625.00 | $125.00 |
| 2016.01.27 | SolarCity | 190 | LTF | Reviewed stipulation regarding filing of amended complaint and motion to dismiss and exchanged emails with Josh Arisohn re: same (.2); email exchange with Mr. Arisohn regarding CMC statement and reviewed draft CMC statement (.2). | 0.4 | $700.00 | $280.00 |
| 2016.01.28 | SolarCity | 190 | DLS | Made edits to CMC statement | 0.5 | $190.00 | $95.00 |
| 2016.01.28 | SolarCity | 190 | DLS | Finalized and filed CMC statement | 0.9 | $190.00 | $171.00 |
| 2016.01.28 | SolarCity | 190 | DLS | Prepared chamber copy for overnight delivery | 0.4 | $190.00 | $76.00 |
| 2016.01.28 | SolarCity | 190 | LTF | Reviewed revised CMC statement, exchanged emails with Josh Arisohn regarding same and arranged for statement to be finalized and filed. | 0.6 | $700.00 | $420.00 |
| 2016.01.29 | SolarCity | 190 | JDA | Draft amended complaint | 2.9 | $625.00 | $1,812.50 |
| 2016.01.29 | SolarCity | 190 | JDA | Research willful and knowing standard for pleadings | 0.8 | $625.00 | $500.00 |
| 2016.01.29 | SolarCity | 190 | JDA | Research decisions on stays for TCPA cases pending Spokeo | 1.5 | $625.00 | $937.50 |
| 2016.01.29 | SolarCity | 190 | JDA | Review ESI protocol | 0.3 | $625.00 | $187.50 |
| 2016.01.29 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding CMC. | 0.1 | $700.00 | $70.00 |
| 2016.02.01 | SolarCity | 190 | LTF | Reviewed order postponing CMC and exchanged emails with Josh Arisohn regarding same. | 0.2 | $700.00 | $140.00 |
| 2016.02.02 | SolarCity | 190 | LTF | Email exchange and video conference (x2) with Josh Arisohn regarding opposition to stay motion, reviewed stay motion and discussed same with Julia Luster. | 0.3 | $700.00 | $210.00 |
| 2016.02.03 | SolarCity | 190 | DLS | Made edits to amended complaint | 0.4 | $190.00 | $76.00 |
| 2016.02.03 | SolarCity | 190 | DLS | Filed amended complaint; prepared chamber copy for overnight delivery | 0.9 | $190.00 | $171.00 |
| 2016.02.03 | SolarCity | 190 | JDA | Finalize amended complaint | 0.5 | $625.00 | $312.50 |
| 2016.02.03 | SolarCity | 190 | LTF | Reviewed amended complaint, discussed it with Debbie Schroeder and left message for Josh Arisohn regarding same. | 0.2 | $700.00 | $140.00 |
| 2016.02.04 | SolarCity | 190 | JDA | Email correspondence with opposing counsel | 0.2 | $625.00 | $125.00 |
| 2016.02.05 | SolarCity | 190 | LTF | Prepared opposition to stay motion and exchanged emails with Josh Arisohn regarding same. | 1.6 | $700.00 | $1,120.00 |
| 2016.02.06 | SolarCity | 190 | LTF | Reviewed motion to shorten time and exchanged emails with Josh Arisohn regarding same. | 0.4 | $700.00 | $280.00 |
| 2016.02.07 | SolarCity | 190 | JDA | Review motion to shorten time | 0.3 | $625.00 | $187.50 |
| 2016.02.07 | SolarCity | 190 | JDA | Research law on motions to shorten time | 2.5 | $625.00 | $1,562.50 |
| 2016.02.08 | SolarCity | 190 | FJK | Conf. w/ J. Arisohn re motion to stay (.3); | 0.3 | $375.00 | $112.50 |
| 2016.02.08 | SolarCity | 190 | JAL | Motion to shorten time | 0.3 | $350.00 | $105.00 |
| 2016.02.08 | SolarCity | 190 | JDA | Research law on motions to shorten time | 2.5 | $625.00 | $1,562.50 |
| 2016.02.08 | SolarCity | 190 | JDA | Finalize motion to oppose stay | 2.5 | $625.00 | $1,562.50 |
| 2016.02.08 | SolarCity | 190 | JDA | Draft opposition to motion to shorten time | 1.5 | $625.00 | $937.50 |
| 2016.02.08 | SolarCity | 190 | JDA | Draft Fisher declaration | 0.8 | $625.00 | $500.00 |
| 2016.02.08 | SolarCity | 190 | LTF | Discussed motion to shorten time with Julia Luster and saved it to Box (.3); discussed research for opposition to stay motion with Thomas Reyda and Josh Arisohn, reviewed revised brief and approved it for filing (.5); sent calendar update regarding motion to shorten time (.1); reviewed opposition to motion to shorten time and exchanged emails with Josh Arisohn about it (.3). | 1.2 | $700.00 | $840.00 |
| 2016.02.08 | SolarCity | 190 | TAR | Research re - Motion to Stay Discovery | 1.5 | $250.00 | $375.00 |
| 2016.02.09 | SolarCity | 190 | DLS | Filed opposition to shorten time and prepared chamber copy for overnight delivery | 0.5 | $190.00 | $95.00 |
| 2016.02.09 | SolarCity | 190 | JDA | Finalize opposition to motion to shorten time | 1.0 | $625.00 | $625.00 |
| 2016.02.09 | SolarCity | 190 | LTF | Reviewed and revised opposition to motion to shorten time and discussed same with Josh Arisohn and Debbie Schoreder and reviewed order on motion to stay and discussed calendaring issues with Debbie Schroeder (.5). | 0.5 | $700.00 | $350.00 |
| 2016.02.10 | SolarCity | 190 | SAB | Read opposition to motion to stay discovery | 0.3 | $875.00 | $262.50 |
| 2016.02.17 | SolarCity | 190 | JDA | Review order re motion to stay and discuss same with client | 0.4 | $625.00 | $250.00 |
| 2016.02.17 | SolarCity | 190 | LTF | Reviewed order denying motion to stay and exchanged emails with Josh Arisohn re: same. | 0.2 | $700.00 | $140.00 |
| 2016.02.18 | SolarCity | 190 | FJK | Analyzed MTS order (.2) | 0.2 | $375.00 | $75.00 |
| 2016.02.18 | SolarCity | 190 | JDA | Negotiate briefing schedule with opposing counsel and discuss same with LTF | 0.3 | $625.00 | $187.50 |
| 2016.02.18 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding MTD briefing schedule and reviewed emails from defendant's counsel re: same. | 0.2 | $700.00 | $140.00 |
| 2016.02.23 | SolarCity | 190 | JDA | Draft briefing stipulation | 0.4 | $625.00 | $250.00 |
| 2016.02.23 | SolarCity | 190 | JDA | Review motion to dismiss | 0.7 | $625.00 | $437.50 |
| 2016.02.24 | SolarCity | 190 | DLS | Filed stip and proposed order re MTD briefing schedule | 0.4 | $190.00 | $76.00 |
| 2016.02.24 | SolarCity | 190 | DLS | Emailed proposed order to Judge Seeborg | 0.1 | $190.00 | $19.00 |
| 2016.02.24 | SolarCity | 190 | DLS | Prepared chamber copy for overnight delivery | 0.4 | $190.00 | $76.00 |
| 2016.02.24 | SolarCity | 190 | JDA | Prepare and file stipulation on briefing schedule | 1.0 | $625.00 | $625.00 |
| 2016.02.24 | SolarCity | 190 | JDA | Research motions to strike class allegations | 2.5 | $625.00 | $1,562.50 |
| 2016.02.24 | SolarCity | 190 | JDA | Draft brief section on motions to strike class allegations as premature | 2.0 | $625.00 | $1,250.00 |
| 2016.02.24 | SolarCity | 190 | JDA | Research class standing for cellular call recipients | 2.0 | $625.00 | $1,250.00 |
| 2016.02.24 | SolarCity | 190 | JDA | Draft brief section on class standing for cellular call recipients | 1.5 | $625.00 | $937.50 |

Bursor Fisher, P.A. - SolarCity Time Records

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|--------|------|-------------|-------|------|--------|
| 2016.02.25 | SolarCity | 190 | JDA | Review defendant's discovery responses | 1.5 | $625.00 | $937.50 |
| 2016.02.25 | SolarCity | 190 | JDA | Draft notes for meet and confer | 2.5 | $625.00 | $1,562.50 |
| 2016.02.26 | SolarCity | 190 | JDA | Draft motion to compel | 3.0 | $625.00 | $1,875.00 |
| 2016.02.29 | SolarCity | 190 | JAL | Looked up local rules for JDA re. motions to compel | 0.7 | $350.00 | $245.00 |
| 2016.02.29 | SolarCity | 190 | JDA | Research law on violations of the national do no call list | 2.5 | $625.00 | $1,562.50 |
| 2016.02.29 | SolarCity | 190 | JDA | Research fragmented classes | 2.5 | $625.00 | $1,562.50 |
| 2016.02.29 | SolarCity | 190 | JDA | Draft brief section on fragmented classes | 1.0 | $625.00 | $625.00 |
| 2016.02.29 | SolarCity | 190 | JDA | Revise brief | 4.5 | $625.00 | $2,812.50 |
| 2016.02.29 | SolarCity | 190 | LTF | Call with Josh Arisohn regarding discovery dispute and discussed same with Julia Luster. | 0.2 | $700.00 | $140.00 |
| 2016.02.29 | SolarCity | 190 | MCG | PHV Application for Josh | 0.4 | $190.00 | $76.00 |
| 2016.03.01 | SolarCity | 190 | DLS | Filed PHV application- Josh | 0.5 | $190.00 | $95.00 |
| 2016.03.01 | SolarCity | 190 | JAL | Researched standing and located template joint letters in ND Cal for JDA | 1.5 | $350.00 | $525.00 |
| 2016.03.01 | SolarCity | 190 | JDA | Revise opposition to motion to dismiss | 4.0 | $625.00 | $2,500.00 |
| 2016.03.01 | SolarCity | 190 | JDA | Prepare for meet and confer | 0.5 | $625.00 | $312.50 |
| 2016.03.01 | SolarCity | 190 | JDA | Meet and confer with opposing counsel | 1.0 | $625.00 | $625.00 |
| 2016.03.01 | SolarCity | 190 | JDA | Research mechanism for discovery disputes | 0.5 | $625.00 | $312.50 |
| 2016.03.01 | SolarCity | 190 | MCG | Completed PHV Application for Josh | 0.4 | $190.00 | $76.00 |
| 2016.03.01 | SolarCity | 190 | MCG | Completed PHV Application for Josh | 0.4 | $190.00 | $76.00 |
| 2016.03.02 | SolarCity | 190 | FJK | Analyzed & redlined draft discovery dispute letter & conf. w/ J. Arisohn re same (.4); | 0.4 | $375.00 | $150.00 |
| 2016.03.02 | SolarCity | 190 | JDA | Research sanctions for discovery disputes | 0.5 | $625.00 | $312.50 |
| 2016.03.02 | SolarCity | 190 | JDA | Draft joint letter section on sanctions | 0.3 | $625.00 | $187.50 |
| 2016.03.02 | SolarCity | 190 | JDA | Research and draft summary of the case | 1.5 | $625.00 | $937.50 |
| 2016.03.02 | SolarCity | 190 | JDA | Research case law on time to raise class standing issues | 2.5 | $625.00 | $1,562.50 |
| 2016.03.02 | SolarCity | 190 | JDA | Draft joint letter section on time to raise class standing issues | 0.5 | $625.00 | $312.50 |
| 2016.03.02 | SolarCity | 190 | JDA | Draft joint letter section on discovery requests related to the robocall class | 0.6 | $625.00 | $375.00 |
| 2016.03.02 | SolarCity | 190 | JDA | Draft joint letter section on discovery requests related to the national do not call list class | 0.4 | $625.00 | $250.00 |
| 2016.03.02 | SolarCity | 190 | JDA | Draft joint letter section on discovery requests related to the autodialer class | 0.4 | $625.00 | $250.00 |
| 2016.03.02 | SolarCity | 190 | JDA | Research discovery on class issues | 0.7 | $625.00 | $437.50 |
| 2016.03.02 | SolarCity | 190 | JDA | Draft joint letter section on discovery of class issues | 0.3 | $625.00 | $187.50 |
| 2016.03.02 | SolarCity | 190 | JDA | Draft joint letter section on discovery requests related to willfulness | 0.4 | $625.00 | $250.00 |
| 2016.03.02 | SolarCity | 190 | JDA | Draft joint letter section on relevant time period | 0.3 | $625.00 | $187.50 |
| 2016.03.02 | SolarCity | 190 | JDA | Revise joint letter on discovery dispute | 0.7 | $625.00 | $437.50 |
| 2016.03.02 | SolarCity | 190 | NJD | Review and revised discovery dispute letter | 0.7 | $425.00 | $297.50 |
| 2016.03.02 | SolarCity | 190 | PLF | Reviewed JDA draft discovery dispute letter (0.3) | 0.3 | $325.00 | $97.50 |
| 2016.03.04 | SolarCity | 190 | JDA | Review email from opposing counsel and draft reply | 0.5 | $625.00 | $312.50 |
| 2016.03.04 | SolarCity | 190 | LTF | Reviewed email from defendant's counsel, discussed it with Josh Arisohn and reviewed Mr. Arisohn's response. | 0.2 | $700.00 | $140.00 |
| 2016.03.08 | SolarCity | 190 | JDA | Revise opposition to motion to dismiss and strike | 2.5 | $625.00 | $1,562.50 |
| 2016.03.08 | SolarCity | 190 | JDA | Research cases cited in defendant's motion to dismiss | 2.0 | $625.00 | $1,250.00 |
| 2016.03.10 | SolarCity | 190 | DLS | Prepared pleading template | 0.7 | $190.00 | $133.00 |
| 2016.03.10 | SolarCity | 190 | DLS | Assisted Rebecca with TOC | 0.5 | $190.00 | $95.00 |
| 2016.03.10 | SolarCity | 190 | JDA | Review Amended discovery responses | 1.8 | $625.00 | $1,125.00 |
| 2016.03.10 | SolarCity | 190 | JDA | Update joint discovery dispute letter | 2.5 | $625.00 | $1,562.50 |
| 2016.03.10 | SolarCity | 190 | RSR | Made tables for MTD Opp'n (2.0) | 2.0 | $190.00 | $380.00 |
| 2016.03.11 | SolarCity | 190 | DLS | Filed discovey letter brief | 0.3 | $190.00 | $57.00 |
| 2016.03.11 | SolarCity | 190 | DLS | Prepared chamber copy for overnight delivery | 0.3 | $190.00 | $57.00 |
| 2016.03.11 | SolarCity | 190 | JDA | Finalize dispute letter | 1.0 | $625.00 | $625.00 |
| 2016.03.14 | SolarCity | 190 | DLS | Filed opposition to MTD | 0.4 | $190.00 | $76.00 |
| 2016.03.14 | SolarCity | 190 | DLS | Prepared chamber copy for overnight delivery | 0.3 | $190.00 | $57.00 |
| 2016.03.14 | SolarCity | 190 | JDA | Revise opposition to motion to dismiss | 1.5 | $625.00 | $937.50 |
| 2016.03.15 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding scheduling. | 0.3 | $700.00 | $210.00 |
| 2016.03.16 | SolarCity | 190 | JDA | Review discovery dispute letter | 0.3 | $625.00 | $187.50 |
| 2016.03.18 | SolarCity | 190 | LTF | Discussed discovery dispute with Josh Arisohn and called clerk for hearing date. | 0.2 | $700.00 | $140.00 |
| 2016.03.21 | SolarCity | 190 | JDA | Revise joint discovery and email opposing counsel | 2.0 | $625.00 | $1,250.00 |
| 2016.03.21 | SolarCity | 190 | LTF | Call with court clerk (x2) and discussed discovery motion with Josh Arisohn. | 0.5 | $700.00 | $350.00 |
| 2016.03.22 | SolarCity | 190 | JDA | Meet and confer with opposing counsel regarding discovery dispute | 0.3 | $625.00 | $187.50 |

Bursor Fisher, P.A. - SolarCity Time Records

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2016.03.22 | SolarCity | 190 | LTF | Reviewed emails regarding discovery dispute and discussed them with Josh Arisohn. | 0.1 | $700.00 | $70.00 |
| 2016.03.24 | SolarCity | 190 | DLS | Filed joint letter discovery brief | 0.4 | $190.00 | $76.00 |
| 2016.03.24 | SolarCity | 190 | JDA | Prepare and file joint discovery letter | 0.5 | $625.00 | $312.50 |
| 2016.03.24 | SolarCity | 190 | MCG | Prepared and mailed Chamber Copies | 1.0 | $190.00 | $190.00 |
| 2016.03.24 | SolarCity | 190 | MCG | Prepared and mailed Chamber Copies | 1.0 | $190.00 | $190.00 |
| 2016.03.28 | SolarCity | 190 | DLS | Filed corrected letter w/ exhibits; prepared for overnight delivery | 0.6 | $190.00 | $114.00 |
| 2016.03.29 | SolarCity | 190 | JDA | Review reply brief | 0.8 | $625.00 | $500.00 |
| 2016.04.05 | SolarCity | 190 | JAL | Reviewed for hearing | 0.8 | $350.00 | $280.00 |
| 2016.04.06 | SolarCity | 190 | FJK | analyzed MTD opinion (.3); | 0.3 | $375.00 | $112.50 |
| 2016.04.06 | SolarCity | 190 | JAL | Prepared for hearing in SF (5) and discussed with JDA via email when hearing was cancelled (.1) | 5.1 | $350.00 | $1,785.00 |
| 2016.04.06 | SolarCity | 190 | JDA | Review order denying motion to dismiss | 0.3 | $625.00 | $187.50 |
| 2016.04.06 | SolarCity | 190 | LTF | Reviewed order on MTD and exchanged emails with Josh Arisohn regarding same. | 0.1 | $700.00 | $70.00 |
| 2016.04.08 | SolarCity | 190 | LTF | Email exchange with Reuben Nathan regarding potential alliance and email exchange with Josh Arisohn regarding same. | 0.3 | $700.00 | $210.00 |
| 2016.04.11 | SolarCity | 190 | JDA | Meet and confer about defendant's discovery responses | 0.2 | $625.00 | $125.00 |
| 2016.04.11 | SolarCity | 190 | JDA | Draft joint discovery letter | 1.5 | $625.00 | $937.50 |
| 2016.04.11 | SolarCity | 190 | LTF | Discussed Nathan case with Josh Arisohn and call with Reuben Nathan regarding working together. | 0.3 | $700.00 | $210.00 |
| 2016.04.12 | SolarCity | 190 | JDA | Revise joint letter | 0.5 | $625.00 | $312.50 |
| 2016.04.13 | SolarCity | 190 | DLS | Filed updated discovery letter | 0.4 | $190.00 | $76.00 |
| 2016.04.13 | SolarCity | 190 | JDA | Update joint letter | 0.5 | $625.00 | $312.50 |
| 2016.04.14 | SolarCity | 190 | LTF | Sent email to Reuben Nathan regarding working together and exchanged emails with Josh Arisohn regarding same. | 0.2 | $700.00 | $140.00 |
| 2016.04.17 | SolarCity | 190 | LTF | Email exchange with Reuben Nathan regarding joint prosecution agreement. | 0.1 | $700.00 | $70.00 |
| 2016.04.19 | SolarCity | 190 | DLS | Filed notice of appearance - Luster | 0.4 | $190.00 | $76.00 |
| 2016.04.19 | SolarCity | 190 | DLS | Prepared chamber copy for overnight delivery | 0.2 | $190.00 | $38.00 |
| 2016.04.20 | SolarCity | 190 | JAL | Reviewed for Solar City cmc (2); prepared outline (2.2) | 4.2 | $350.00 | $1,470.00 |
| 2016.04.20 | SolarCity | 190 | JDA | Prepare for discovery dispute call | 1.5 | $625.00 | $937.50 |
| 2016.04.21 | SolarCity | 190 | JAL | Traveled to SF and conducted CMC (5); prepared for CMC (1.1); discussed CMC with JDA (.5) attended discovery conference with Magistrate (1); exhcanged emails with JDA re. class cert schedule (.5) | 8.1 | $350.00 | $2,835.00 |
| 2016.04.21 | SolarCity | 190 | JDA | Prepare for discovery dispute call | 1.0 | $625.00 | $625.00 |
| 2016.04.21 | SolarCity | 190 | JDA | Attend discovery dispute conference call | 1.1 | $625.00 | $687.50 |
| 2016.04.21 | SolarCity | 190 | LTF | Discussed CMC with Julia Luster and reviewed orders re: same. | 0.2 | $700.00 | $140.00 |
| 2016.04.22 | SolarCity | 190 | LTF | Telephone call with Rueben Nathan and email exchange with Josh Arisohn and Mr. Nathan regarding same. | 0.4 | $700.00 | $280.00 |
| 2016.04.25 | SolarCity | 190 | JDA | Negotiate proposed discovery order | 1.0 | $625.00 | $625.00 |
| 2016.04.27 | SolarCity | 190 | DLS | Prepared and filed transcript request | 0.6 | $190.00 | $114.00 |
| 2016.04.27 | SolarCity | 190 | DLS | Prepared court reporter check and sent by overnight mail | 0.4 | $190.00 | $76.00 |
| 2016.04.27 | SolarCity | 190 | JDA | Draft joint prosecution agreement | 0.8 | $625.00 | $500.00 |
| 2016.04.27 | SolarCity | 190 | LTF | Discussed joint prosecution agreement with Josh Arisohn and sent an email to Mr. Arisohn and Reuben Nathan regarding same. | 0.1 | $700.00 | $70.00 |
| 2016.04.28 | SolarCity | 190 | JDA | Review and redline proposed protective order | 0.7 | $625.00 | $437.50 |
| 2016.04.28 | SolarCity | 190 | JDA | Discuss case with A. Lucero | 0.3 | $625.00 | $187.50 |
| 2016.05.02 | SolarCity | 190 | JDA | Discuss amendment with co-counsel and Lead Genesis | 1.5 | $625.00 | $937.50 |
| 2016.05.09 | SolarCity | 190 | JDA | Review protective order | 0.9 | $625.00 | $562.50 |
| 2016.05.09 | SolarCity | 190 | JDA | Review ESI protocol | 0.5 | $625.00 | $312.50 |
| 2016.05.09 | SolarCity | 190 | JDA | Review and draft keyword searches | 2.4 | $625.00 | $1,500.00 |
| 2016.05.09 | SolarCity | 190 | JDA | Draft SAC | 1.5 | $625.00 | $937.50 |
| 2016.05.12 | SolarCity | 190 | JDA | Review SolarCity's proposed protective order and compare to model order and other cases | 0.9 | $625.00 | $562.50 |
| 2016.05.12 | SolarCity | 190 | LTF | Discussed protective order issue with Josh Arisohn. | 0.1 | $700.00 | $70.00 |
| 2016.05.16 | SolarCity | 190 | JDA | Review documents produced by defendant | 2.5 | $625.00 | $1,562.50 |
| 2016.05.16 | SolarCity | 190 | NJD | Assisting JA with loading up database of call records | 1.1 | $425.00 | $467.50 |
| 2016.05.23 | SolarCity | 190 | JDA | Draft SAC | 4.5 | $625.00 | $2,812.50 |
| 2016.05.25 | SolarCity | 190 | DLS | Filed SAC | 0.5 | $190.00 | $95.00 |
| 2016.05.25 | SolarCity | 190 | JDA | Finalize SAC | 0.5 | $625.00 | $312.50 |
| 2016.05.25 | SolarCity | 190 | MCG | Filed Amended Complaint and Sent Chamber Copies to Judge Seeborg | 1.0 | $190.00 | $190.00 |
| 2016.06.17 | SolarCity | 190 | JDA | Coordinate lead counsel strategy with co-counsel | 0.4 | $625.00 | $250.00 |
| 2016.06.17 | SolarCity | 190 | MCG | Served Defendant Lead Genesis | 1.0 | $190.00 | $190.00 |
| 2016.06.20 | SolarCity | 190 | JDA | Discuss call logs with J. Hansen and follow up with defense counsel | 0.4 | $625.00 | $250.00 |
| 2016.06.27 | SolarCity | 190 | JDA | Research discovery on newly added defendants | 0.3 | $625.00 | $187.50 |

Bursor Fisher, P.A. - SolarCity Time Records

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2016.06.27 | SolarCity | 190 | JDA | Draft discovery requests | 4.8 | $625.00 | $3,000.00 |
| 2016.06.27 | SolarCity | 190 | RSR | Formatted RFP and ROG requests (.5) | 0.5 | $190.00 | $95.00 |
| 2016.06.28 | SolarCity | 190 | JDA | Schedule 26(f) conference with Lead Genesis | 0.3 | $625.00 | $187.50 |
| 2016.07.01 | SolarCity | 190 | DLS | Reviewed discovery pos for service | 0.4 | $190.00 | $76.00 |
| 2016.07.01 | SolarCity | 190 | JDA | 26(f) conference with Lead Genesis | 0.2 | $625.00 | $125.00 |
| 2016.07.07 | SolarCity | 190 | JDA | Finalize discovery for Lead Genesis | 0.6 | $625.00 | $375.00 |
| 2016.07.07 | SolarCity | 190 | DLS | Fixed formatting, checked Judge standing orders | 0.5 | $190.00 | $95.00 |
| 2016.07.07 | SolarCity | 190 | JDA | Revise 23(g) motion | 1.5 | $625.00 | $937.50 |
| 2016.07.12 | SolarCity | 190 | DLS | Prepared proposed order for 23(g) motion; finalized and filed | 0.9 | $190.00 | $171.00 |
| 2016.07.12 | SolarCity | 190 | JDA | Draft motion to intervene | 4.5 | $625.00 | $2,812.50 |
| 2016.07.12 | SolarCity | 190 | LTF | Reviewed 23(g) motion and discussed it with Debbie Schroeder. | 0.1 | $700.00 | $70.00 |
| 2016.07.12 | SolarCity | 190 | MCG | Prepared and mailed Chamber Copies of 23(g) Motion to Judge Seeborg | 0.5 | $190.00 | $95.00 |
| 2016.07.14 | SolarCity | 190 | JDA | Discuss case with local counsel in MA | 0.3 | $625.00 | $187.50 |
| 2016.07.21 | SolarCity | 190 | JDA | Draft motion to intervene | 5.8 | $625.00 | $3,625.00 |
| 2016.07.22 | SolarCity | 190 | JDA | Draft declaration for motion to intervene | 2.2 | $625.00 | $1,375.00 |
| 2016.07.22 | SolarCity | 190 | JDA | Review and revise motion to intervene | 4.4 | $625.00 | $2,750.00 |
| 2016.07.25 | SolarCity | 190 | JDA | Review and revise motion to intervene | 3.5 | $625.00 | $2,187.50 |
| 2016.07.26 | SolarCity | 190 | JDA | Finalize motion to intervene | 3.0 | $625.00 | $1,875.00 |
| 2016.07.26 | SolarCity | 190 | JDA | Meet and confer with counsel in Gibbs re motion to intervene | 0.5 | $625.00 | $312.50 |
| 2016.07.26 | SolarCity | 190 | RSR | Prepared tables for motion to intervene (1.2) | 1.2 | $190.00 | $228.00 |
| 2016.07.27 | SolarCity | 190 | JDA | Meet and confer with counsel in Gibbs re motion to intervene | 0.3 | $625.00 | $187.50 |
| 2016.07.27 | SolarCity | 190 | JDA | Finalize motion to intervene | 0.4 | $625.00 | $250.00 |
| 2016.07.28 | SolarCity | 190 | JDA | Review discovery requests | 0.7 | $625.00 | $437.50 |
| 2016.07.28 | SolarCity | 190 | JDA | Schedule meetings with clients | 0.3 | $625.00 | $187.50 |
| 2016.07.28 | SolarCity | 190 | JDA | Draft responses to RFAs | 3.4 | $625.00 | $2,125.00 |
| 2016.07.28 | SolarCity | 190 | JDA | Draft responses to interrogatories | 2.8 | $625.00 | $1,750.00 |
| 2016.07.29 | SolarCity | 190 | JDA | Draft responses to interrogatories | 3.0 | $625.00 | $1,875.00 |
| 2016.07.29 | SolarCity | 190 | JDA | Draft responses to RFAs | 2.2 | $625.00 | $1,375.00 |
| 2016.07.29 | SolarCity | 190 | JDA | Call with G. Morris | 1.2 | $625.00 | $750.00 |
| 2016.07.29 | SolarCity | 190 | JDA | Call with A. Lucero | 0.6 | $625.00 | $375.00 |
| 2016.08.03 | SolarCity | 190 | JDA | Review oppositions to 23(g) motion | 0.4 | $625.00 | $250.00 |
| 2016.08.04 | SolarCity | 190 | SNW | Reviewed complaint; email exchange with JDA re: document review & Relativity set-up; call with JDA re: same | 0.3 | $450.00 | $135.00 |
| 2016.08.04 | SolarCity | 190 | SNW | Reviewed case file | 1.0 | $450.00 | $450.00 |
| 2016.08.05 | SolarCity | 190 | SNW | Created document production chart, chronology shell, and production index/review log | 0.4 | $450.00 | $180.00 |
| 2016.08.07 | SolarCity | 190 | SNW | Document Review; updated production index | 3.0 | $450.00 | $1,350.00 |
| 2016.08.08 | SolarCity | 190 | SNW | Document review; updated production index | 2.5 | $450.00 | $1,125.00 |
| 2016.08.09 | SolarCity | 190 | DLS | Reviewed and filed reply ISO 23(g) motion | 0.5 | $190.00 | $95.00 |
| 2016.08.09 | SolarCity | 190 | NJD | Drafted and filed 23(g) reply | 2.6 | $425.00 | $1,105.00 |
| 2016.08.09 | SolarCity | 190 | RSR | Proofread 23(g) reply motion (1.0) | 1.0 | $190.00 | $190.00 |
| 2016.08.12 | SolarCity | 190 | JLH | Filed documents on Box | 0.5 | $190.00 | $95.00 |
| 2016.08.15 | SolarCity | 190 | JDA | Draft discovery responses | 5.2 | $625.00 | $3,250.00 |
| 2016.08.15 | SolarCity | 190 | JDA | Research double recovery under the TCPA | 0.8 | $625.00 | $500.00 |
| 2016.08.16 | SolarCity | 190 | JDA | Review Lead Genesis's discovery responses | 0.7 | $625.00 | $437.50 |
| 2016.08.16 | SolarCity | 190 | JDA | Discuss case with R. Snyder | 0.4 | $625.00 | $250.00 |
| 2016.08.16 | SolarCity | 190 | RSR | Paid expert retainer (.1) | 0.1 | $190.00 | $19.00 |
| 2016.08.17 | SolarCity | 190 | JDA | Draft discovery responses | 4.5 | $625.00 | $2,812.50 |
| 2016.08.18 | SolarCity | 190 | JDA | Discuss case with R. Snyder | 0.5 | $625.00 | $312.50 |
| 2016.08.18 | SolarCity | 190 | JDS | Review case file and 23(g) motion | 0.7 | $625.00 | $437.50 |
| 2016.08.22 | SolarCity | 190 | EMW | Prepared Lucero ROG responses doc (.6) | 0.6 | $190.00 | $114.00 |
| 2016.08.22 | SolarCity | 190 | JDA | Review email from opposing counsel re call logs and respond | 0.3 | $625.00 | $187.50 |
| 2016.08.22 | SolarCity | 190 | JDA | Call with R. Snyder to discuss call logs | 0.4 | $625.00 | $250.00 |
| 2016.08.22 | SolarCity | 190 | JDA | Search for ATDS manuals | 0.8 | $625.00 | $500.00 |
| 2016.08.22 | SolarCity | 190 | RSR | Prepared Lucero RFA responses doc (1) | 1.0 | $190.00 | $190.00 |
| 2016.08.22 | SolarCity | 190 | SNW | Email exchange with JDA re: status of document review | 0.1 | $450.00 | $45.00 |
| 2016.08.23 | SolarCity | 190 | JDA | Prepare for meet and confer re call logs | 0.8 | $625.00 | $500.00 |

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|--------|------|-------------|-------|------|--------|
| 2016.08.23 | SolarCity | 190 | JDA | Meet and confer call | 0.3 | $625.00 | $187.50 |
| 2016.08.23 | SolarCity | 190 | RSR | Set up Morris ROG repsones doc (1.2) | 1.2 | $190.00 | $228.00 |
| 2016.08.24 | SolarCity | 190 | JDA | Draft and finalize Morris's responses to SC's RFAs | 1.2 | $625.00 | $750.00 |
| 2016.08.24 | SolarCity | 190 | JDA | Draft and finalize Morris's responses to SC's Rogs | 1.3 | $625.00 | $812.50 |
| 2016.08.24 | SolarCity | 190 | JDA | Draft and finalize Lucero's responses to SC's RFAs | 1.1 | $625.00 | $687.50 |
| 2016.08.24 | SolarCity | 190 | JDA | Draft and finalize Lucero's responses to SC's Rogs | 1.3 | $625.00 | $812.50 |
| 2016.08.25 | SolarCity | 190 | LTF | Reviewed order cancelling hearing on 23(g) motion and forwarded it to Joel Smith. | 0.1 | $700.00 | $70.00 |
| 2016.08.26 | SolarCity | 190 | DLS | Fixed formatting and prepared proof of service for service of responses on 8/29 | 0.9 | $190.00 | $171.00 |
| 2016.08.29 | SolarCity | 190 | DLS | Fixed formatting of discovery responses | 0.3 | $190.00 | $57.00 |
| 2016.08.29 | SolarCity | 190 | DLS | Served discovery responses by email service | 0.2 | $190.00 | $38.00 |
| 2016.08.30 | SolarCity | 190 | LTF | Reviewed email from Reuben Nathan regarding settlement and sent an email approving proposal. | 0.2 | $700.00 | $140.00 |
| 2016.09.06 | SolarCity | 190 | JDA | Review letter from SolarCity and document production | 0.6 | $625.00 | $375.00 |
| 2016.09.09 | SolarCity | 190 | JDA | Call with R. Snyder to discuss call logs | 0.5 | $625.00 | $312.50 |
| 2016.09.09 | SolarCity | 190 | JDA | Draft email to R. Luskey re updated interrogatory responses | 0.3 | $625.00 | $187.50 |
| 2016.09.09 | SolarCity | 190 | JDA | Draft discovery responses to Lead Genesis | 4.9 | $625.00 | $3,062.50 |
| 2016.09.12 | SolarCity | 190 | JDA | Draft discovery responses to Lead Genesis | 1.5 | $625.00 | $937.50 |
| 2016.09.14 | SolarCity | 190 | DLS | Fixed formatting and made edits to discovery responses | 3.5 | $190.00 | $665.00 |
| 2016.09.14 | SolarCity | 190 | DLS | Served discovery responses by email | 0.2 | $190.00 | $38.00 |
| 2016.09.14 | SolarCity | 190 | JDA | Negotiate briefing schedule with opposing counsel | 0.2 | $625.00 | $125.00 |
| 2016.09.14 | SolarCity | 190 | JDA | Draft status update on briefing schedule | 0.4 | $625.00 | $250.00 |
| 2016.09.14 | SolarCity | 190 | LTF | Discussed discovery responses with Debbie Schroeder and revised discovery responses. | 1.2 | $700.00 | $840.00 |
| 2016.09.19 | SolarCity | 190 | DLS | Filed joint status report | 0.4 | $190.00 | $76.00 |
| 2016.09.19 | SolarCity | 190 | JDA | Coordinate with opposing counsel and file joint status report re class cert briefing schedule | 0.4 | $625.00 | $250.00 |
| 2016.09.20 | SolarCity | 190 | JDA | Prepare documents for production | 2.7 | $625.00 | $1,687.50 |
| 2016.09.21 | SolarCity | 190 | AML | Doc review | 4.0 | $250.00 | $1,000.00 |
| 2016.09.21 | SolarCity | 190 | SNW | Email exchange with JDA re: document review | 0.1 | $450.00 | $45.00 |
| 2016.09.22 | SolarCity | 190 | AML | Doc review | 5.9 | $250.00 | $1,475.00 |
| 2016.09.22 | SolarCity | 190 | JDA | Review documents from Lead Genesis | 5.7 | $625.00 | $3,562.50 |
| 2016.09.22 | SolarCity | 190 | JDA | Review updated interrogatory responses and review documents referenced therein | 0.5 | $625.00 | $312.50 |
| 2016.09.22 | SolarCity | 190 | SNW | Email exchange with JDA re: document review; reviewed division of labor spreadsheet | 0.1 | $450.00 | $45.00 |
| 2016.09.22 | SolarCity | 190 | TAR | Document Review | 0.3 | $250.00 | $75.00 |
| 2016.09.23 | SolarCity | 190 | TAR | Document review | 4.0 | $250.00 | $1,000.00 |
| 2016.09.26 | SolarCity | 190 | TAR | SolarCity Doc review | 3.2 | $250.00 | $800.00 |
| 2016.09.27 | SolarCity | 190 | AML | Doc review | 8.4 | $250.00 | $2,100.00 |
| 2016.09.27 | SolarCity | 190 | SNW | Reviewed email from JDA re: document review | 0.1 | $450.00 | $45.00 |
| 2016.09.27 | SolarCity | 190 | TAR | Solar City Doc review | 2.6 | $250.00 | $650.00 |
| 2016.09.28 | SolarCity | 190 | AML | Doc review | 2.5 | $250.00 | $625.00 |
| 2016.09.28 | SolarCity | 190 | TAR | Document Review | 4.2 | $250.00 | $1,050.00 |
| 2016.09.29 | SolarCity | 190 | AML | Doc review | 8.2 | $250.00 | $2,050.00 |
| 2016.09.29 | SolarCity | 190 | SNW | Reviewed documents; updated production index | 1.8 | $450.00 | $810.00 |
| 2016.09.29 | SolarCity | 190 | SNW | Reviewed documents | 2.0 | $450.00 | $900.00 |
| 2016.09.30 | SolarCity | 190 | AML | Doc review | 6.4 | $250.00 | $1,600.00 |
| 2016.09.30 | SolarCity | 190 | JDA | Review documents | 5.8 | $625.00 | $3,625.00 |
| 2016.09.30 | SolarCity | 190 | SNW | Email exchange with FJK & TAR re: document review | 0.1 | $450.00 | $45.00 |
| 2016.09.30 | SolarCity | 190 | SNW | Reviewed documents | 0.6 | $450.00 | $270.00 |
| 2016.09.30 | SolarCity | 190 | SNW | Reviewed documents | 2.0 | $450.00 | $900.00 |
| 2016.09.30 | SolarCity | 190 | SNW | Reviewed TAR's document choronology | 0.4 | $450.00 | $180.00 |
| 2016.09.30 | SolarCity | 190 | TAR | Doc Review | 2.5 | $250.00 | $625.00 |
| 2016.10.01 | SolarCity | 190 | SNW | Reviewed documents; created list of potential deponents | 2.5 | $450.00 | $1,125.00 |
| 2016.10.02 | SolarCity | 190 | SNW | Reviewed documents | 4.8 | $450.00 | $2,160.00 |
| 2016.10.03 | SolarCity | 190 | AML | Doc review | 7.2 | $250.00 | $1,800.00 |
| 2016.10.03 | SolarCity | 190 | SNW | Reviewed documents | 5.5 | $450.00 | $2,475.00 |
| 2016.10.04 | SolarCity | 190 | AML | Doc review | 7.1 | $250.00 | $1,775.00 |
| 2016.10.04 | SolarCity | 190 | JDA | Research TCPA class certification cases | 1.5 | $625.00 | $937.50 |
| 2016.10.04 | SolarCity | 190 | SNW | Reviewed documents | 1.5 | $450.00 | $675.00 |

Bursor Fisher, P.A. - SolarCity Time Records

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2016.10.05 | SolarCity | 190 | AML | Finished doc review (5.6); Drafted chronology chart (1.3) | 6.9 | $250.00 | $1,725.00 |
| 2016.10.05 | SolarCity | 190 | JDA | Research potential deponants | 4.9 | $625.00 | $3,062.50 |
| 2016.10.05 | SolarCity | 190 | JDA | Draft deposition notices | 1.4 | $625.00 | $875.00 |
| 2016.10.05 | SolarCity | 190 | SNW | Reviewed documents; edited draft chronology | 3.0 | $450.00 | $1,350.00 |
| 2016.10.06 | SolarCity | 190 | DLS | Fixed formatting of depo notices and subpoena | 1.0 | $190.00 | $190.00 |
| 2016.10.06 | SolarCity | 190 | JDA | Review documents | 4.4 | $625.00 | $2,750.00 |
| 2016.10.06 | SolarCity | 190 | JDA | Draft 30(b)(6) notice | 2.9 | $625.00 | $1,812.50 |
| 2016.10.06 | SolarCity | 190 | SNW | Reviewed documents; email to JDA re: chronology | 1.0 | $450.00 | $450.00 |
| 2016.10.07 | SolarCity | 190 | DLS | Served depo notices and sent subpoena to First Legal | 0.4 | $190.00 | $76.00 |
| 2016.10.07 | SolarCity | 190 | TAR | Doc. Review | 3.5 | $250.00 | $875.00 |
| 2016.10.10 | SolarCity | 190 | DLS | Prepared proof of service for depo notice | 0.3 | $190.00 | $57.00 |
| 2016.10.10 | SolarCity | 190 | TAR | Doc Review | 1.2 | $250.00 | $300.00 |
| 2016.10.11 | SolarCity | 190 | DLS | Emailed depo subpoena fo First Legal for service | 0.1 | $190.00 | $19.00 |
| 2016.10.11 | SolarCity | 190 | TAR | Doc Review | 1.8 | $250.00 | $450.00 |
| 2016.10.12 | SolarCity | 190 | DLS | Prepared proof of service and served depo subpoena | 0.2 | $190.00 | $38.00 |
| 2016.10.12 | SolarCity | 190 | JDA | Review correspondence from Lead Genesis | 0.5 | $625.00 | $312.50 |
| 2016.10.12 | SolarCity | 190 | JDA | Discuss settlement with client and discuss with Lead Genesis | 0.5 | $625.00 | $312.50 |
| 2016.10.13 | SolarCity | 190 | TAR | Doc. Review | 4.2 | $250.00 | $1,050.00 |
| 2016.10.14 | SolarCity | 190 | JDA | Discuss settlement with client | 0.4 | $625.00 | $250.00 |
| 2016.10.14 | SolarCity | 190 | JDA | Review chron of hot docs from T. Reyda | 0.9 | $625.00 | $562.50 |
| 2016.10.14 | SolarCity | 190 | JDA | Plan travel arrangement for hearing in Gibbs | 0.4 | $625.00 | $250.00 |
| 2016.10.17 | SolarCity | 190 | JDS | Contact JDA re deposition | 0.1 | $625.00 | $62.50 |
| 2016.10.19 | SolarCity | 190 | JDS | Teleconference with JDA regarding upcoming depositions | 0.3 | $625.00 | $187.50 |
| 2016.10.19 | SolarCity | 190 | JDS | Prepare for deposition | 2.1 | $625.00 | $1,312.50 |
| 2016.10.20 | SolarCity | 190 | JDS | Review documents to prepare for deposition | 1.7 | $625.00 | $1,062.50 |
| 2016.10.21 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding plaintiff's deposition and discussed same with Joel Smith and Yeremey Krivoshey. | 0.4 | $700.00 | $280.00 |
| 2016.10.21 | SolarCity | 190 | YOK | Booked travel for plaintiff deposition in NM, discussions re same with LTF and JA | 0.5 | $375.00 | $187.50 |
| 2016.10.25 | SolarCity | 190 | JDA | Prepare for meet and confer | 0.8 | $625.00 | $500.00 |
| 2016.10.25 | SolarCity | 190 | JDA | Attend meet and confer | 0.9 | $625.00 | $562.50 |
| 2016.10.26 | SolarCity | 190 | JDA | Schedule and prepare for depositions | 4.9 | $625.00 | $3,062.50 |
| 2016.10.26 | SolarCity | 190 | JDA | Discuss case with R. Snyder | 0.7 | $625.00 | $437.50 |
| 2016.10.26 | SolarCity | 190 | LTF | Reviewed email from opposing counsel regarding meet and confer (.1); email exchange with Josh Arisohn regarding mediator and researched potential mediator (.2). | 0.3 | $700.00 | $210.00 |
| 2016.10.26 | SolarCity | 190 | RSR | Booked travel for JDA for depos (.3) | 0.3 | $190.00 | $57.00 |
| 2016.10.27 | SolarCity | 190 | DLS | Called Veritext and scheduled Las Vegas deposition | 0.6 | $190.00 | $114.00 |
| 2016.10.27 | SolarCity | 190 | JLH | Notice of Appearance JDS | 1.0 | $190.00 | $190.00 |
| 2016.10.28 | SolarCity | 190 | DLS | Scheduled remaining depositions | 0.9 | $190.00 | $171.00 |
| 2016.10.28 | SolarCity | 190 | DLS | Prepared proof of service and served amended deposition notices | 0.6 | $190.00 | $114.00 |
| 2016.10.28 | SolarCity | 190 | DLS | Filed notice of appearance- Joel | 0.4 | $190.00 | $76.00 |
| 2016.10.28 | SolarCity | 190 | JDA | Draft amended deposition notices | 0.9 | $625.00 | $562.50 |
| 2016.10.28 | SolarCity | 190 | JDA | Meet and confer regarding plaintiffs' discovery responses | 0.4 | $625.00 | $250.00 |
| 2016.10.28 | SolarCity | 190 | JDS | Prepare for deposition | 0.8 | $625.00 | $500.00 |
| 2016.10.30 | SolarCity | 190 | JDS | Prepare for deposition | 0.5 | $625.00 | $312.50 |
| 2016.10.31 | SolarCity | 190 | JDS | Prepare for deposition | 1.0 | $625.00 | $625.00 |
| 2016.10.31 | SolarCity | 190 | RSR | Created and edited combined discovery chron (1.2) | 1.2 | $190.00 | $228.00 |
| 2016.11.02 | SolarCity | 190 | JDA | Review 30(b)(6) objections | 0.5 | $625.00 | $312.50 |
| 2016.11.02 | SolarCity | 190 | JDA | Prepare for depositions | 8.6 | $625.00 | $5,375.00 |
| 2016.11.02 | SolarCity | 190 | JDA | Research objections to 30(b)(6) notices and draft email to opposing counsel on same | 1.3 | $625.00 | $812.50 |
| 2016.11.02 | SolarCity | 190 | JDA | Review newly produced documents | 0.7 | $625.00 | $437.50 |
| 2016.11.03 | SolarCity | 190 | DLS | Emailed Lara at Orrick re names of court reporter and videographer | 0.2 | $190.00 | $38.00 |
| 2016.11.03 | SolarCity | 190 | JDA | Draft amended discovery responses | 1.5 | $625.00 | $937.50 |
| 2016.11.03 | SolarCity | 190 | JDA | Prepare for depositions | 8.8 | $625.00 | $5,500.00 |
| 2016.11.03 | SolarCity | 190 | JDA | Call with R. Snyder | 1.0 | $625.00 | $625.00 |
| 2016.11.03 | SolarCity | 190 | JDA | Meet and confer with opposing counsel re 30(b)(6) notice | 0.4 | $625.00 | $250.00 |
| 2016.11.03 | SolarCity | 190 | JDS | Prepare for deposition | 0.5 | $625.00 | $312.50 |

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2016.11.03 | SolarCity | 190 | NJD | Research into the All Writs Act and Anti-Injunction Act for JA. | 1.4 | $425.00 | $595.00 |
| 2016.11.04 | SolarCity | 190 | DLS | Prepared POS and served discovery responses | 0.5 | $190.00 | $95.00 |
| 2016.11.04 | SolarCity | 190 | DLS | Booked car for Josh from Sac to SF | 0.9 | $190.00 | $171.00 |
| 2016.11.04 | SolarCity | 190 | EMW | Depo prep for JDA (1) | 1.0 | $190.00 | $190.00 |
| 2016.11.04 | SolarCity | 190 | JDA | Prepare for depositions | 7.5 | $625.00 | $4,687.50 |
| 2016.11.06 | SolarCity | 190 | JDA | Travel to Las Vegas for Raymond deposition | 9.0 | $625.00 | $5,625.00 |
| 2016.11.06 | SolarCity | 190 | JDA | Prepare for Raymond deposition | 2.5 | $625.00 | $1,562.50 |
| 2016.11.07 | SolarCity | 190 | JDA | Prepare for Raymond deposition | 2.2 | $625.00 | $1,375.00 |
| 2016.11.07 | SolarCity | 190 | JDA | Take Raymond deposition | 5.5 | $625.00 | $3,437.50 |
| 2016.11.07 | SolarCity | 190 | JDA | Travel to Sacramento for Van Tricht deposition | 3.0 | $625.00 | $1,875.00 |
| 2016.11.07 | SolarCity | 190 | JDS | Prepare for deposition | 0.9 | $625.00 | $562.50 |
| 2016.11.08 | SolarCity | 190 | JDA | Prepare for Van Tricht deposition | 2.4 | $625.00 | $1,500.00 |
| 2016.11.08 | SolarCity | 190 | JDA | Take Van Tricht deposition | 4.5 | $625.00 | $2,812.50 |
| 2016.11.09 | SolarCity | 190 | JDS | Prepare for deposition | 3.1 | $625.00 | $1,937.50 |
| 2016.11.09 | SolarCity | 190 | JDS | Teleconference with JDA re depositions | 0.3 | $625.00 | $187.50 |
| 2016.11.10 | SolarCity | 190 | JDS | Prepare for depositions | 3.6 | $625.00 | $2,250.00 |
| 2016.11.11 | SolarCity | 190 | JDS | Prepare for depositions | 1.6 | $625.00 | $1,000.00 |
| 2016.11.13 | SolarCity | 190 | JDS | Prepare for depositions | 4.5 | $625.00 | $2,812.50 |
| 2016.11.14 | SolarCity | 190 | AML | Conferred w. JDA re: doc review | 0.2 | $250.00 | $50.00 |
| 2016.11.14 | SolarCity | 190 | JDA | Draft letter to Net10 re phone records | 0.5 | $625.00 | $312.50 |
| 2016.11.14 | SolarCity | 190 | JDS | Prepare for and attend deposition | 7.7 | $625.00 | $4,812.50 |
| 2016.11.14 | SolarCity | 190 | JDS | Travel for Peterson deposition | 2.4 | $625.00 | $1,500.00 |
| 2016.11.14 | SolarCity | 190 | RSR | Contacted Veritext re rough draft of J. Raymond transcript (.2) | 0.2 | $190.00 | $38.00 |
| 2016.11.15 | SolarCity | 190 | DLS | Filed stip of voluntary dismissal Morris' claims | 0.4 | $190.00 | $76.00 |
| 2016.11.15 | SolarCity | 190 | JDA | Draft subpoena to TracFone | 0.4 | $625.00 | $250.00 |
| 2016.11.15 | SolarCity | 190 | JDS | Teleconference with JDA re Peterson depo | 0.2 | $625.00 | $125.00 |
| 2016.11.15 | SolarCity | 190 | RSR | Sent out client payment (.2), served TracFone wireless subpoena (.2) | 0.4 | $190.00 | $76.00 |
| 2016.11.17 | SolarCity | 190 | RSR | Set up templates for class cert motion (1), re-served TracFone subpoena (.2) | 1.2 | $190.00 | $228.00 |
| 2016.11.18 | SolarCity | 190 | JDA | Prepare for Sebenius deposition | 2.7 | $625.00 | $1,687.50 |
| 2016.11.20 | SolarCity | 190 | JDS | Review rough draft of Peterson depo; email JDA re same | 0.4 | $625.00 | $250.00 |
| 2016.11.21 | SolarCity | 190 | DLS | Emailed names of court reporter/videographer to Orrick | 0.1 | $190.00 | $19.00 |
| 2016.11.21 | SolarCity | 190 | DLS | Followed-up with Veritext re virtual deposition for Josh | 0.6 | $190.00 | $114.00 |
| 2016.11.22 | SolarCity | 190 | JDA | Prepare for Sebenius deposition | 1.4 | $625.00 | $875.00 |
| 2016.11.22 | SolarCity | 190 | JDA | Take 30(b)(6) deposition of A. Sebenius | 2.3 | $625.00 | $1,437.50 |
| 2016.11.23 | SolarCity | 190 | JDA | Prepare for Lucero deposition | 5.8 | $625.00 | $3,625.00 |
| 2016.11.23 | SolarCity | 190 | YOK | Prepared for call with client, participated in deposition prep with JA | 2.0 | $375.00 | $750.00 |
| 2016.11.27 | SolarCity | 190 | YOK | Traveled to Albuquerque, NM for Lucero deposition, met with Mr. Lucero to prepare for deposition | 13.0 | $375.00 | $4,875.00 |
| 2016.11.28 | SolarCity | 190 | JDS | Review Peterson depo; email JDA re same | 0.4 | $625.00 | $250.00 |
| 2016.11.28 | SolarCity | 190 | YOK | Prepared for Lucero deposition, met with Mr. Lucero prior to deposition, defended deposition, traveled back to San Francisco following deposition, phone call and email exchanges with JA re deposition. | 13.0 | $375.00 | $4,875.00 |
| 2016.11.29 | SolarCity | 190 | FJK | Conf w/ J. Arisohn re ascertainability & numerousity issues (.2); conf w/ J. Arisohn re class definitions (.7); | 0.9 | $375.00 | $337.50 |
| 2016.11.29 | SolarCity | 190 | JDA | Research class certification | 4.7 | $625.00 | $2,937.50 |
| 2016.11.29 | SolarCity | 190 | JDA | Review Lucero deposition transcript | 2.7 | $625.00 | $1,687.50 |
| 2016.11.29 | SolarCity | 190 | JDA | Create outline and draft notes for class certification brief | 2.7 | $625.00 | $1,687.50 |
| 2016.11.30 | SolarCity | 190 | FJK | Conf w/ J. Arisohn re class cert issues (.7); | 0.7 | $375.00 | $262.50 |
| 2016.11.30 | SolarCity | 190 | JDA | Draft class cert brief | 5.4 | $625.00 | $3,375.00 |
| 2016.11.30 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding class cert motion and mediation. | 0.2 | $700.00 | $140.00 |
| 2016.12.01 | SolarCity | 190 | DLS | Called clerk re closed case | 0.5 | $190.00 | $95.00 |
| 2016.12.01 | SolarCity | 190 | JDA | Draft class cert brief | 8.4 | $625.00 | $5,250.00 |
| 2016.12.01 | SolarCity | 190 | LTF | Discussed class cert motion with Josh Arisohn. | 0.2 | $700.00 | $140.00 |
| 2016.12.01 | SolarCity | 190 | YOK | Sent deposition notes to JA | 0.1 | $375.00 | $37.50 |
| 2016.12.02 | SolarCity | 190 | JDA | Draft class cert brief | 7.1 | $625.00 | $4,437.50 |
| 2016.12.02 | SolarCity | 190 | JDA | Call with R. Snyder and E. Schacter | 0.3 | $625.00 | $187.50 |
| 2016.12.03 | SolarCity | 190 | JDA | Review draft Snyder declaration | 0.8 | $625.00 | $500.00 |
| 2016.12.03 | SolarCity | 190 | JDA | Draft class cert brief | 7.2 | $625.00 | $4,500.00 |

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|--------|------|-------------|-------|------|--------|
| 2016.12.04 | SolarCity | 190 | JDA | Draft class cert brief | 7.7 | $625.00 | $4,812.50 |
| 2016.12.05 | SolarCity | 190 | EMW | 12/8 hearing prep for jda (.5) | 0.5 | $190.00 | $95.00 |
| 2016.12.05 | SolarCity | 190 | JDA | Draft class cert brief | 8.8 | $625.00 | $5,500.00 |
| 2016.12.06 | SolarCity | 190 | JDA | Review new documents from Defendant | 0.7 | $625.00 | $437.50 |
| 2016.12.06 | SolarCity | 190 | JDA | Draft class cert brief | 8.9 | $625.00 | $5,562.50 |
| 2016.12.06 | SolarCity | 190 | YOK | Emailed JA re Lucero deposition | 0.1 | $375.00 | $37.50 |
| 2016.12.06 | SolarCity | 190 | YZK | Review and comment on draft class cert motion | 0.8 | $400.00 | $320.00 |
| 2016.12.07 | SolarCity | 190 | JDA | Prepare for hearing on motion to intervene | 7.1 | $625.00 | $4,437.50 |
| 2016.12.07 | SolarCity | 190 | JDA | Review expert reports | 0.7 | $625.00 | $437.50 |
| 2016.12.07 | SolarCity | 190 | JLH | FedEx return receipt and efile Errata | 0.7 | $190.00 | $133.00 |
| 2016.12.08 | SolarCity | 190 | JDA | Travel to Worcester for hearing | 5.0 | $625.00 | $3,125.00 |
| 2016.12.08 | SolarCity | 190 | JDA | Prepare for hearing | 3.0 | $625.00 | $1,875.00 |
| 2016.12.08 | SolarCity | 190 | JDA | Attend hearing | 1.0 | $625.00 | $625.00 |
| 2016.12.08 | SolarCity | 190 | JDA | Travel back to Boston | 1.5 | $625.00 | $937.50 |
| 2016.12.09 | SolarCity | 190 | JDA | Travel back to New York | 5.0 | $625.00 | $3,125.00 |
| 2016.12.09 | SolarCity | 190 | JDA | Review report from AB Data | 0.7 | $625.00 | $437.50 |
| 2016.12.09 | SolarCity | 190 | JDA | Draft class cert brief | 4.5 | $625.00 | $2,812.50 |
| 2016.12.12 | SolarCity | 190 | JDA | Review letter from SolarCity re Lucero's document production | 0.3 | $625.00 | $187.50 |
| 2016.12.12 | SolarCity | 190 | JDA | Draft class cert brief | 8.9 | $625.00 | $5,562.50 |
| 2016.12.12 | SolarCity | 190 | JDS | Edit/proofread draft motion for class certification; teleconference with JDA re same; conduct legal research for same | 1.3 | $625.00 | $812.50 |
| 2016.12.13 | SolarCity | 190 | DLS | Reviewed documents and prepared proof of service | 0.9 | $190.00 | $171.00 |
| 2016.12.13 | SolarCity | 190 | JDA | Call with Gibbs counsel | 0.2 | $625.00 | $125.00 |
| 2016.12.13 | SolarCity | 190 | JDA | Draft class cert brief | 6.8 | $625.00 | $4,250.00 |
| 2016.12.13 | SolarCity | 190 | TAR | Finalize Sealing Motions | 2.5 | $250.00 | $625.00 |
| 2016.12.14 | SolarCity | 190 | DLS | Prepared TOC/TOA to Motion for Class Certification and motion to seal; Finalized and filed all documents; Emailed proposed order to Judge Seeborg | 5.0 | $190.00 | $950.00 |
| 2016.12.14 | SolarCity | 190 | JDA | Finalize class cert brief for filing | 5.2 | $625.00 | $3,250.00 |
| 2016.12.14 | SolarCity | 190 | JDS | Supervise filing of class certification brief; edit supporting materials | 0.8 | $625.00 | $500.00 |
| 2016.12.14 | SolarCity | 190 | JLH | Create unhighlighted SolarCity docs for judge | 2.0 | $190.00 | $380.00 |
| 2016.12.14 | SolarCity | 190 | TAR | Finalize Sealing Motions | 3.7 | $250.00 | $925.00 |
| 2016.12.14 | SolarCity | 190 | TAR | Assit DLS File | 2.5 | $250.00 | $625.00 |
| 2016.12.15 | SolarCity | 190 | JDA | Review SolarCity's letter re Lucero production and research response | 0.7 | $625.00 | $437.50 |
| 2016.12.19 | SolarCity | 190 | JDA | Coordinate with co-counsel | 1.5 | $625.00 | $937.50 |
| 2016.12.19 | SolarCity | 190 | JDA | Schedule depositions with experts | 0.8 | $625.00 | $500.00 |
| 2016.12.20 | SolarCity | 190 | JDA | Schedule depositions with experts | 0.6 | $625.00 | $375.00 |
| 2016.12.21 | SolarCity | 190 | JDA | Draft JPA | 1.4 | $625.00 | $875.00 |
| 2016.12.21 | SolarCity | 190 | JDA | Research motion to compel a dismissed party deposition | 5.7 | $625.00 | $3,562.50 |
| 2016.12.21 | SolarCity | 190 | JDA | Prepare for call with mediator | 0.8 | $625.00 | $500.00 |
| 2016.12.21 | SolarCity | 190 | JDA | Call with mediator | 0.6 | $625.00 | $375.00 |
| 2016.12.22 | SolarCity | 190 | JDA | Draft checklist | 3.0 | $625.00 | $1,875.00 |
| 2016.12.22 | SolarCity | 190 | LTF | Discussed Randy Snyder deposition with Joel Smith and exchanged emails with Josh Arisohn regarding same. | 0.3 | $700.00 | $210.00 |
| 2016.12.23 | SolarCity | 190 | JDA | Draft mediation statement | 2.8 | $625.00 | $1,750.00 |
| 2016.12.29 | SolarCity | 190 | JDA | Resedarch case law re Morris deposition | 2.7 | $625.00 | $1,687.50 |
| 2016.12.29 | SolarCity | 190 | JDA | Draft joint letter re Morris deposition | 4.4 | $625.00 | $2,750.00 |
| 2017.01.03 | SolarCity | 190 | JDA | Meet and confer re Morris deposition | 0.3 | $625.00 | $187.50 |
| 2017.01.04 | SolarCity | 190 | JDA | Discuss Snyder deposition with J. Smith | 0.5 | $625.00 | $312.50 |
| 2017.01.04 | SolarCity | 190 | JDA | Review objections to document requests for R. Snyder | 0.8 | $625.00 | $500.00 |
| 2017.01.04 | SolarCity | 190 | JDS | Prepare for Snyder deposition | 3.0 | $625.00 | $1,875.00 |
| 2017.01.04 | SolarCity | 190 | JDS | Draft objections to document requests to Snyder | 1.8 | $625.00 | $1,125.00 |
| 2017.01.05 | SolarCity | 190 | JDA | Draft mediation statement | 4.9 | $625.00 | $3,062.50 |
| 2017.01.05 | SolarCity | 190 | JDS | Prepare for deposition of Randal Snyder | 1.6 | $625.00 | $1,000.00 |
| 2017.01.06 | SolarCity | 190 | JDA | Draft response to defendant's discovery letter | 4.8 | $625.00 | $3,000.00 |
| 2017.01.06 | SolarCity | 190 | JDA | Draft mediation statement | 2.9 | $625.00 | $1,812.50 |
| 2017.01.06 | SolarCity | 190 | JDS | Prepare for deposition of Randal Snyder | 0.5 | $625.00 | $312.50 |
| 2017.01.09 | SolarCity | 190 | JDA | Prepare for mediation | 3.9 | $625.00 | $2,437.50 |

Bursor Fisher, P.A. - SolarCity Time Records

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|--------|------|-------------|-------|------|--------|
| 2017.01.09 | SolarCity | 190 | JDS | Teleconference with JDA re Snyder depo | 0.2 | $625.00 | $125.00 |
| 2017.01.09 | SolarCity | 190 | JDS | Prepare for Snyder deposition | 1.0 | $625.00 | $625.00 |
| 2017.01.09 | SolarCity | 190 | RSR | Prepared client payment (.1), gathered expenses for JDA's settlement call (.4) | 0.5 | $190.00 | $95.00 |
| 2017.01.09 | SolarCity | 190 | SAB | Conf. w/ J. Arisohn re mediation strategy | 0.4 | $875.00 | $350.00 |
| 2017.01.10 | SolarCity | 190 | JDA | Prepare for mediation | 5.5 | $625.00 | $3,437.50 |
| 2017.01.10 | SolarCity | 190 | JDS | Prepare for Snyder deposition | 2.5 | $625.00 | $1,562.50 |
| 2017.01.11 | SolarCity | 190 | JDA | Prepare supplemental production | 0.8 | $625.00 | $500.00 |
| 2017.01.11 | SolarCity | 190 | JDA | Discuss depo with R. Snyder | 0.8 | $625.00 | $500.00 |
| 2017.01.11 | SolarCity | 190 | JDS | Travel to Las Vegas | 3.2 | $625.00 | $2,000.00 |
| 2017.01.11 | SolarCity | 190 | JDS | Prepare for Snyder deposition | 1.3 | $625.00 | $812.50 |
| 2017.01.11 | SolarCity | 190 | JDS | Meet with Mr. Snyder re his deposition | 2.5 | $625.00 | $1,562.50 |
| 2017.01.11 | SolarCity | 190 | JDS | Review order re discovery dispute | 0.2 | $625.00 | $125.00 |
| 2017.01.12 | SolarCity | 190 | FJK | Conf w/ J. Arisohn re moving to quash Rule 45 subpoena (.2) | 0.2 | $375.00 | $75.00 |
| 2017.01.12 | SolarCity | 190 | JDA | Research subpoena compliance | 4.0 | $625.00 | $2,500.00 |
| 2017.01.12 | SolarCity | 190 | JDS | Prepare for and defend Snyder deposition | 7.7 | $625.00 | $4,812.50 |
| 2017.01.12 | SolarCity | 190 | JDS | Travel from Las Vegas | 3.5 | $625.00 | $2,187.50 |
| 2017.01.12 | SolarCity | 190 | JDS | Email court reporter re Snyder deposition transcript | 0.1 | $625.00 | $62.50 |
| 2017.01.13 | SolarCity | 190 | JDA | Discuss Snyder depo with J. Smith and R. Snyder | 0.9 | $625.00 | $562.50 |
| 2017.01.13 | SolarCity | 190 | JDA | Research Rule 37(c) sanctions | 3.8 | $625.00 | $2,375.00 |
| 2017.01.13 | SolarCity | 190 | JDS | Teleconference with JDA re Snyder depo | 0.2 | $625.00 | $125.00 |
| 2017.01.13 | SolarCity | 190 | JDS | Email court reporter re Snyder deposition transcript | 0.1 | $625.00 | $62.50 |
| 2017.01.17 | SolarCity | 190 | JDS | Email JDA re Snyder depo | 0.1 | $625.00 | $62.50 |
| 2017.01.17 | SolarCity | 190 | TAR | Draft discovery objections re Anya Verkhovskaya | 2.0 | $250.00 | $500.00 |
| 2017.01.20 | SolarCity | 190 | JDA | Discuss expert depositions with J. Marchese | 0.4 | $625.00 | $250.00 |
| 2017.01.20 | SolarCity | 190 | JDA | Prepare for Verkhovskaya depo | 1.4 | $625.00 | $875.00 |
| 2017.01.20 | SolarCity | 190 | JDA | Prepare response to Verkhovskaya document requests | 1.8 | $625.00 | $1,125.00 |
| 2017.01.20 | SolarCity | 190 | JIM | Confer with J. Arisohn about expert deposition defense preparation and assist with same | 0.4 | $700.00 | $280.00 |
| 2017.01.20 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding Morris subpoena and discussed same with Thomas Reyda. | 0.2 | $700.00 | $140.00 |
| 2017.01.20 | SolarCity | 190 | SNW | Email exchange & call with JDA re: motion to quash Morris subpoena; reviewed Morris subpoena and research from JDA; reviewed email from local counsel re: same | 0.6 | $450.00 | $270.00 |
| 2017.01.22 | SolarCity | 190 | JDA | Travel to Milwaukee for Verkhovskaya deposition | 7.0 | $625.00 | $4,375.00 |
| 2017.01.22 | SolarCity | 190 | JDA | Prepare for Verkhovskaya deposition | 2.9 | $625.00 | $1,812.50 |
| 2017.01.22 | SolarCity | 190 | SNW | Drafted notice of motion to quash Morris subpoena, proposed order, and memorandum of law ISO motion to quash; email exchange with JDA & local counsel re: filing procedures | 3.5 | $450.00 | $1,575.00 |
| 2017.01.23 | SolarCity | 190 | JDA | Prepare for Verkhovskaya deposition | 1.7 | $625.00 | $1,062.50 |
| 2017.01.23 | SolarCity | 190 | JDA | Defend Verkhovskaya deposition | 6.5 | $625.00 | $4,062.50 |
| 2017.01.23 | SolarCity | 190 | SNW | Drafted declaration of JDA ISO motion to quash; drafted motion to quash; drafted certificate of conference; assembled declaration exhibits; email exchange with JDA re: same | 9.0 | $450.00 | $4,050.00 |
| 2017.01.23 | SolarCity | 190 | SNW | Email exchange and call with EW re: JDA declaration exhibits | 0.2 | $450.00 | $90.00 |
| 2017.01.23 | SolarCity | 190 | SNW | Email exchange and phone call with local counsel re: filing procedures; email exchange with JDA re: same | 0.3 | $450.00 | $135.00 |
| 2017.01.23 | SolarCity | 190 | SNW | Reviewed filed documents; reviewed local rules re: chamber's copy and emailed proposed order | 0.3 | $450.00 | $135.00 |
| 2017.01.23 | SolarCity | 190 | SNW | Email exchange with local counsel & JDA re: corrected filing; email exchange with DS re: service | 0.4 | $450.00 | $180.00 |
| 2017.01.23 | SolarCity | 190 | SNW | Reviewed local rules re: submitting proposed orders; emailed proposed order to Judge Lynn's clerk | 0.2 | $450.00 | $90.00 |
| 2017.01.23 | SolarCity | 190 | SNW | Reviewed local rules re: hearing and briefing deadlines; calendared response & reply dates | 0.2 | $450.00 | $90.00 |
| 2017.01.24 | SolarCity | 190 | DLS | Emailed documents to First Legal for service | 0.2 | $190.00 | $38.00 |
| 2017.01.24 | SolarCity | 190 | SNW | Reviewed letter from defense counsel re: Verkhovskaya document requests; email exchange with JDA re: same | 0.2 | $450.00 | $90.00 |
| 2017.01.25 | SolarCity | 190 | SNW | Research re: expert report disclosure requirements under FRCP 26; compiled notes; email to JDA re: same | 3.5 | $450.00 | $1,575.00 |
| 2017.01.30 | SolarCity | 190 | EMW | Prep for mediation (4) | 4.0 | $190.00 | $760.00 |
| 2017.01.30 | SolarCity | 190 | JDA | Meet and confer with opposing counsel re Verkhovskaya materials | 0.2 | $625.00 | $125.00 |
| 2017.01.30 | SolarCity | 190 | JDA | Prepare for mediation | 4.9 | $625.00 | $3,062.50 |
| 2017.01.30 | SolarCity | 190 | RSR | Booked cars for SAB and JDA (.2) | 0.2 | $190.00 | $38.00 |
| 2017.01.30 | SolarCity | 190 | SNW | Email exchange with JDA re: servie of motion to quash | 0.1 | $450.00 | $45.00 |
| 2017.01.31 | SolarCity | 190 | EMW | Booked travel for SAB and JDA (.5) Found and sent docs to SAB during mediation (.3) | 0.8 | $190.00 | $152.00 |
| 2017.01.31 | SolarCity | 190 | JDA | Travel to mediation and prep with SAB en route | 6.0 | $625.00 | $3,750.00 |
| 2017.01.31 | SolarCity | 190 | JDA | Attend mediation | 6.5 | $625.00 | $4,062.50 |

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2017.01.31 | SolarCity | 190 | JDA | Travel back from mediation and debrief with SAB en route | 5.0 | $625.00 | $3,125.00 |
| 2017.01.31 | SolarCity | 190 | RSR | Assisted EMW with SAB and JDA travel rearrangement | 0.2 | $190.00 | $38.00 |
| 2017.01.31 | SolarCity | 190 | SAB | Travel to Chicago for mediation, prep w/ J. Arisohn en route(5.5); mediation w/ Mag. J. Denlow et al. (6.5); travel back to NYC, debrief w/ J. Arisohn en route (4.3) | 16.3 | $875.00 | $14,262.50 |
| 2017.01.31 | SolarCity | 190 | SNW | Reviewed email from defense counsel re: motion to quash briefing | 0.1 | $450.00 | $45.00 |
| 2017.02.01 | SolarCity | 190 | DLS | Filed stip of dismissal re Morris | 0.4 | $190.00 | $76.00 |
| 2017.02.01 | SolarCity | 190 | JDA | Review class cert opp'n and related materials | 3.7 | $625.00 | $2,312.50 |
| 2017.02.01 | SolarCity | 190 | JDA | Research arbitration and class certification | 1.8 | $625.00 | $1,125.00 |
| 2017.02.01 | SolarCity | 190 | JDS | Contact Randy Snyder re deposition | 0.4 | $625.00 | $250.00 |
| 2017.02.01 | SolarCity | 190 | JDS | Analyze motion to strike testimony of R. Synder and opposition to motion for class certification | 1.5 | $625.00 | $937.50 |
| 2017.02.01 | SolarCity | 190 | LTF | Discussed mediation with Josh Arisohn (.1); discussed response to motion to strike with Mr. Arisohn and Joel Smith (.1). | 0.2 | $700.00 | $140.00 |
| 2017.02.01 | SolarCity | 190 | SAB | Analyzed Lee v. Stonebridge decision by Judge Seeborg granting class cert (.6); Analyzed 9th Circuit decision in Van Patten v. Vertical Fitness (.7); conf. w/ J. Arisohn re class cert reply brief strategy (.3) | 1.6 | $875.00 | $1,400.00 |
| 2017.02.02 | SolarCity | 190 | JDA | Prepare notice of withdrawal in Gibbs | 0.4 | $625.00 | $250.00 |
| 2017.02.02 | SolarCity | 190 | JDA | Draft Horak subpoena and document request | 1.8 | $625.00 | $1,125.00 |
| 2017.02.02 | SolarCity | 190 | JDA | Draft class cert reply | 4.0 | $625.00 | $2,500.00 |
| 2017.02.02 | SolarCity | 190 | JDA | Research adequacy | 3.0 | $625.00 | $1,875.00 |
| 2017.02.02 | SolarCity | 190 | JDS | Conduct legal research for opposition to motion to strike Snyder; draft outline for same | 5.5 | $625.00 | $3,437.50 |
| 2017.02.02 | SolarCity | 190 | JDS | Analyze Snyder deposition transcript | 2.3 | $625.00 | $1,437.50 |
| 2017.02.02 | SolarCity | 190 | JDS | Email Mr. Snyder regarding deposition errata sheet | 0.1 | $625.00 | $62.50 |
| 2017.02.02 | SolarCity | 190 | SNW | Reviewed email exchange among counsel re: briefing on motion to quash Morris subpoena | 0.1 | $450.00 | $45.00 |
| 2017.02.03 | SolarCity | 190 | DLS | Scheduled court reporter and videographer for VirtualVeritext | 0.5 | $190.00 | $95.00 |
| 2017.02.03 | SolarCity | 190 | JDA | Review discovery letter | 0.7 | $625.00 | $437.50 |
| 2017.02.03 | SolarCity | 190 | JDA | Research expert discovery obligations | 2.7 | $625.00 | $1,687.50 |
| 2017.02.03 | SolarCity | 190 | JDA | Draft response to discovery letter | 4.9 | $625.00 | $3,062.50 |
| 2017.02.03 | SolarCity | 190 | JDS | Draft opposition to motion to strike Snyder | 1.4 | $625.00 | $875.00 |
| 2017.02.03 | SolarCity | 190 | JDS | Draft opposition to motion to strike Snyder | 1.2 | $625.00 | $750.00 |
| 2017.02.03 | SolarCity | 190 | JDS | Draft stipulation on briefing regarding Snyder | 0.5 | $625.00 | $312.50 |
| 2017.02.03 | SolarCity | 190 | SNW | Reviewed defendant's motion for expidited briefing; email exhange with JDA re: response to same | 0.4 | $450.00 | $180.00 |
| 2017.02.04 | SolarCity | 190 | JDS | Conduct legal research for opposition to motion to strike Snyder; draft same | 4.4 | $625.00 | $2,750.00 |
| 2017.02.06 | SolarCity | 190 | DLS | Finalized and filed stip and prop order; emailed prop order to Judge | 0.9 | $190.00 | $171.00 |
| 2017.02.06 | SolarCity | 190 | JDA | Draft response to discovery letter | 3.3 | $625.00 | $2,062.50 |
| 2017.02.06 | SolarCity | 190 | JDA | Draft class cert reply | 4.0 | $625.00 | $2,500.00 |
| 2017.02.06 | SolarCity | 190 | JDS | Conduct legal research for opposition to motion to strike Snyder; draft same | 5.9 | $625.00 | $3,687.50 |
| 2017.02.06 | SolarCity | 190 | JLH | Arrange chamber copies | 1.0 | $190.00 | $190.00 |
| 2017.02.06 | SolarCity | 190 | SNW | Reviewed emails from JDA re: opposition to motion to expidite briefing | 0.2 | $450.00 | $90.00 |
| 2017.02.07 | SolarCity | 190 | DLS | Provided contact person at depo location to Veritext | 0.1 | $190.00 | $19.00 |
| 2017.02.07 | SolarCity | 190 | JDA | Draft class cert reply | 5.5 | $625.00 | $3,437.50 |
| 2017.02.07 | SolarCity | 190 | JDS | Conduct legal research for opposition to motion to strike Snyder; draft same | 4.8 | $625.00 | $3,000.00 |
| 2017.02.07 | SolarCity | 190 | SNW | Reviewed motion to expedite briefing on motion to quash; reviewed opposition to motion to quash morris subpena & delcaration ISO same; orgazniztd files from local counsel | 1.0 | $450.00 | $450.00 |
| 2017.02.07 | SolarCity | 190 | SNW | Drafted opposition to motion to expedite briefing on motion to quash | 5.5 | $450.00 | $2,475.00 |
| 2017.02.08 | SolarCity | 190 | JDA | Review opposition to motion for expedited briefing | 0.4 | $625.00 | $250.00 |
| 2017.02.08 | SolarCity | 190 | JDS | Conduct legal research for opposition to motion to strike Snyder; draft same | 4.9 | $625.00 | $3,062.50 |
| 2017.02.08 | SolarCity | 190 | SNW | Email exchange with JDA re: opposition to motion to expeidite; edited same; email to local counsel re: same; call to local counsel re: same | 0.5 | $450.00 | $225.00 |
| 2017.02.08 | SolarCity | 190 | SNW | Reviewed docket to confirm filing of opposition to motion to expedite; saved same | 0.1 | $450.00 | $45.00 |
| 2017.02.09 | SolarCity | 190 | DLS | Called clerk re stip and prop order | 0.3 | $190.00 | $57.00 |
| 2017.02.09 | SolarCity | 190 | JDA | Draft class cert reply | 2.5 | $625.00 | $1,562.50 |
| 2017.02.09 | SolarCity | 190 | JDS | Conduct legal research for opposition to motion to strike Snyder; draft same | 4.2 | $625.00 | $2,625.00 |
| 2017.02.09 | SolarCity | 190 | SNW | Reviewed opposition to motion to quash and supporting documents | 0.5 | $450.00 | $225.00 |
| 2017.02.09 | SolarCity | 190 | SNW | Drafted reply ISO motion to quash | 0.5 | $450.00 | $225.00 |
| 2017.02.09 | SolarCity | 190 | SNW | Reviewed reply ISO motion to expedite breifing | 0.2 | $450.00 | $90.00 |
| 2017.02.10 | SolarCity | 190 | JDA | Prepare for Horak deposition | 4.0 | $625.00 | $2,500.00 |
| 2017.02.10 | SolarCity | 190 | JDS | Conduct legal research for opposition to motion to strike Snyder; draft same | 3.5 | $625.00 | $2,187.50 |

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|--------|------|-------------|-------|------|--------|
| 2017.02.10 | SolarCity | 190 | JDS | Contact Mr. Arisohn re Snyder motion and Horak depo | 0.1 | $625.00 | $62.50 |
| 2017.02.11 | SolarCity | 190 | JDA | Review Horak documents | 4.6 | $625.00 | $2,875.00 |
| 2017.02.11 | SolarCity | 190 | JDA | Prepare for Horak deposition | 5.0 | $625.00 | $3,125.00 |
| 2017.02.12 | SolarCity | 190 | JDA | Draft class cert reply | 7.2 | $625.00 | $4,500.00 |
| 2017.02.12 | SolarCity | 190 | JDS | Conduct legal research for opposition to motion to strike Snyder; draft same | 3.9 | $625.00 | $2,437.50 |
| 2017.02.13 | SolarCity | 190 | DLS | Assisted with preparing motion to seal and discovery letter brief for service and filing.  Finalized and filed documents and emailed Judge and defendants service copies. | 3.5 | $190.00 | $665.00 |
| 2017.02.13 | SolarCity | 190 | DLS | Call with Rhonda at Veritext re Horak Deposition | 0.4 | $190.00 | $76.00 |
| 2017.02.13 | SolarCity | 190 | JDA | Draft motion to strike Horak | 3.5 | $625.00 | $2,187.50 |
| 2017.02.13 | SolarCity | 190 | JDA | Draft letter to court re Verkhovskaya deposition cites | 2.5 | $625.00 | $1,562.50 |
| 2017.02.13 | SolarCity | 190 | LTF | Discussed motion to file under seal with Thomas Reyda. | 0.1 | $700.00 | $70.00 |
| 2017.02.13 | SolarCity | 190 | RSR | Ordered Certificate of Good standing for JDA (.3) | 0.3 | $190.00 | $57.00 |
| 2017.02.13 | SolarCity | 190 | SNW | Reviewed emails from local counsel re: pro hac motion | 0.2 | $450.00 | $90.00 |
| 2017.02.13 | SolarCity | 190 | TAR | Sealing Motin for supplement letter | 2.0 | $250.00 | $500.00 |
| 2017.02.13 | SolarCity | 190 | YZK | Draft portion of class cert reply | 1.5 | $400.00 | $600.00 |
| 2017.02.14 | SolarCity | 190 | DLS | Downloaded file docs and emailed chamber copy to First Legal for delivery | 0.1 | $190.00 | $19.00 |
| 2017.02.14 | SolarCity | 190 | JDS | Draft supporting documents for opposition to motion to strike Snyder; collect exhibits and mark same | 2.7 | $625.00 | $1,687.50 |
| 2017.02.14 | SolarCity | 190 | JDS | Revise/edit opposition to motion to strike Snyder; conduct follow up legal research for same | 1.4 | $625.00 | $875.00 |
| 2017.02.14 | SolarCity | 190 | SNW | Research for reply ISO motion to quash | 0.5 | $450.00 | $225.00 |
| 2017.02.15 | SolarCity | 190 | DLS | Requested names of court reporter and videographer for depo | 0.1 | $190.00 | $19.00 |
| 2017.02.15 | SolarCity | 190 | JDA | Prepare for discovery dispute hearing | 2.5 | $625.00 | $1,562.50 |
| 2017.02.15 | SolarCity | 190 | JDA | Call with R. Snyder | 0.9 | $625.00 | $562.50 |
| 2017.02.15 | SolarCity | 190 | JDA | Draft class cert reply | 5.9 | $625.00 | $3,687.50 |
| 2017.02.15 | SolarCity | 190 | JDA | Attend telephonic discovery dispute hearing | 0.7 | $625.00 | $437.50 |
| 2017.02.15 | SolarCity | 190 | JDS | Teleconference with Mr. Snyder | 0.3 | $625.00 | $187.50 |
| 2017.02.15 | SolarCity | 190 | JDS | Revise/edit opposition to motion to strike Snyder; conduct follow up legal research for same | 2.5 | $625.00 | $1,562.50 |
| 2017.02.15 | SolarCity | 190 | SNW | Drafted reply ISO motion to quash; email exchange with JDA re: same | 2.0 | $450.00 | $900.00 |
| 2017.02.15 | SolarCity | 190 | SNW | Reviewed order on motion to expedite briefing; reviewed emails from local counsel re: same | 0.2 | $450.00 | $90.00 |
| 2017.02.15 | SolarCity | 190 | TAR | Review draft of Opp to Motion to Strike for errors | 2.0 | $250.00 | $500.00 |
| 2017.02.15 | SolarCity | 190 | YZK | Draft and revise class cert reply section on ascertainability | 4.1 | $400.00 | $1,640.00 |
| 2017.02.16 | SolarCity | 190 | AML | Research re: compelling in-person inspection of devices; Discovery responses | 6.0 | $250.00 | $1,500.00 |
| 2017.02.16 | SolarCity | 190 | JDA | Review opposition to motion to strike Snyder | 0.8 | $625.00 | $500.00 |
| 2017.02.16 | SolarCity | 190 | JDA | Prepare for Horak deposition | 2.5 | $625.00 | $1,562.50 |
| 2017.02.16 | SolarCity | 190 | JDA | Take Horak deposition | 3.5 | $625.00 | $2,187.50 |
| 2017.02.16 | SolarCity | 190 | JDS | Revise/edit opposition to motion to strike Snyder; conduct follow up legal research for same | 1.1 | $625.00 | $687.50 |
| 2017.02.16 | SolarCity | 190 | SNW | Drafted reply ISO motion to quash; email exchange with JDA re: same | 6.5 | $450.00 | $2,925.00 |
| 2017.02.16 | SolarCity | 190 | YZK | Finalize and circulate reply insert re ascertainability | 3.9 | $400.00 | $1,560.00 |
| 2017.02.17 | SolarCity | 190 | DLS | Prepared tables, finalized and filed opposition to exclude | 5.0 | $190.00 | $950.00 |
| 2017.02.17 | SolarCity | 190 | JDA | Draft class cert reply | 6.9 | $625.00 | $4,312.50 |
| 2017.02.17 | SolarCity | 190 | JDA | Review reply ISO motion to quash Morris subpoena | 2.6 | $625.00 | $1,625.00 |
| 2017.02.17 | SolarCity | 190 | JDS | Revise/edit opposition to motion to strike Snyder; conduct follow up legal research for same; coordinate filing | 2.4 | $625.00 | $1,500.00 |
| 2017.02.17 | SolarCity | 190 | SNW | Drafted reply ISO motion to quash; email exchange with JDA re: same | 4.0 | $450.00 | $1,800.00 |
| 2017.02.17 | SolarCity | 190 | SNW | Email exchange with local counsel re: filing of reply ISO motion to quash | 0.1 | $450.00 | $45.00 |
| 2017.02.18 | SolarCity | 190 | JDA | Draft motion to strike Horak | 3.5 | $625.00 | $2,187.50 |
| 2017.02.19 | SolarCity | 190 | JDA | Draft motion to strike Horak | 3.1 | $625.00 | $1,937.50 |
| 2017.02.20 | SolarCity | 190 | AML | Finalized RFP responses | 6.0 | $250.00 | $1,500.00 |
| 2017.02.20 | SolarCity | 190 | JDA | Draft class cert reply | 6.6 | $625.00 | $4,125.00 |
| 2017.02.20 | SolarCity | 190 | JDA | Discuss case with R. Snyder | 0.4 | $625.00 | $250.00 |
| 2017.02.21 | SolarCity | 190 | AML | Finalized discovery response; submitted to JDA | 1.0 | $250.00 | $250.00 |
| 2017.02.21 | SolarCity | 190 | DLS | Downloaded filed documents and emailed chamber copy to First Legal for delivery | 0.5 | $190.00 | $95.00 |
| 2017.02.21 | SolarCity | 190 | DLS | Added POS and served Lucero objections and responses to RFP's | 0.4 | $190.00 | $76.00 |
| 2017.02.21 | SolarCity | 190 | DLS | Reviewed Judge Seeborg's standing orders re motion dates | 0.1 | $190.00 | $19.00 |
| 2017.02.21 | SolarCity | 190 | JDA | Draft class cert reply | 7.0 | $625.00 | $4,375.00 |
| 2017.02.21 | SolarCity | 190 | JDA | Research inspection of devices and edit responses to requests | 2.9 | $625.00 | $1,812.50 |
| 2017.02.21 | SolarCity | 190 | JDA | Draft declaration in support and prepare exhibits for class cert reply brief | 2.8 | $625.00 | $1,750.00 |

Bursor Fisher, P.A. - SolarCity Time Records

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2017.02.22 | SolarCity | 190 | DLS | Reviewed motion to strike Horak documents | 0.7 | $190.00 | $133.00 |
| 2017.02.22 | SolarCity | 190 | DLS | Made edits and finalized all documents for filing tomorrow | 1.0 | $190.00 | $190.00 |
| 2017.02.22 | SolarCity | 190 | JDA | Draft declaration in support and prepare exhibits for motion to exclude Horak | 2.2 | $625.00 | $1,375.00 |
| 2017.02.22 | SolarCity | 190 | JDA | Finalize motion to exclude Horak | 3.5 | $625.00 | $2,187.50 |
| 2017.02.22 | SolarCity | 190 | JDA | Finalize class cert reply | 7.0 | $625.00 | $4,375.00 |
| 2017.02.22 | SolarCity | 190 | JDS | Contact JDA re hearing on class cert. | 0.1 | $625.00 | $62.50 |
| 2017.02.22 | SolarCity | 190 | JDS | Review and edit reply in support of class certification | 0.8 | $625.00 | $500.00 |
| 2017.02.22 | SolarCity | 190 | RSR | Prepared tables for Motion to Strike Horak (.5), prepared exhibits to Arisohn Decl. (.3), made redactions to declaration (.3), prepared tables for Class Cert reply (.6) | 1.7 | $190.00 | $323.00 |
| 2017.02.23 | SolarCity | 190 | AML | Proofread class cert reply | 2.0 | $250.00 | $500.00 |
| 2017.02.23 | SolarCity | 190 | DLS | Finalized and filed motion to strike Horak; and motion to seal documents; emailed proposed order to Judge; served by email; prepared docs for chamber delivery | 3.5 | $190.00 | $665.00 |
| 2017.02.23 | SolarCity | 190 | DLS | Finalized and filed class cert reply; and motion to seal documents; served by email;prepared docs for chamber delivery | 3.5 | $190.00 | $665.00 |
| 2017.02.23 | SolarCity | 190 | JDA | Review Snyder report | 0.8 | $625.00 | $500.00 |
| 2017.02.23 | SolarCity | 190 | JDA | Finalize reply and prepare filing | 6.0 | $625.00 | $3,750.00 |
| 2017.02.23 | SolarCity | 190 | JDA | Prepare for meet and confer | 0.7 | $625.00 | $437.50 |
| 2017.02.23 | SolarCity | 190 | JDS | Review filings | 0.4 | $625.00 | $250.00 |
| 2017.02.23 | SolarCity | 190 | JLH | Chamber Copies under seal Seeborg | 2.7 | $190.00 | $513.00 |
| 2017.02.23 | SolarCity | 190 | RSR | prepared JDA reply decl. and made redactions (.7), reviewed A.B. Data invoices for billing errors (.5) | 1.2 | $190.00 | $228.00 |
| 2017.02.23 | SolarCity | 190 | TAR | Review motion to seal | 0.7 | $250.00 | $175.00 |
| 2017.02.24 | SolarCity | 190 | JDA | Prepare for meet and confer | 1.5 | $625.00 | $937.50 |
| 2017.02.24 | SolarCity | 190 | JDA | Attend meet and confer | 0.3 | $625.00 | $187.50 |
| 2017.02.28 | SolarCity | 190 | EMW | Hearing prep (1.5) | 1.5 | $190.00 | $285.00 |
| 2017.02.28 | SolarCity | 190 | JDA | Prepare for class cert hearing | 0.8 | $625.00 | $500.00 |
| 2017.02.28 | SolarCity | 190 | SNW | Reviewed email exchange re: Morris deposition; reviewed order denying motion to quash | 0.3 | $450.00 | $135.00 |
| 2017.03.01 | SolarCity | 190 | JDA | Discuss discovery issues with opposing counsel and expert | 1.5 | $625.00 | $937.50 |
| 2017.03.01 | SolarCity | 190 | JDA | Prepare for Morris depo | 3.0 | $625.00 | $1,875.00 |
| 2017.03.02 | SolarCity | 190 | JDA | Prepare for Morris depo | 3.5 | $625.00 | $2,187.50 |
| 2017.03.02 | SolarCity | 190 | JDA | Prepare for class cert hearing | 2.5 | $625.00 | $1,562.50 |
| 2017.03.03 | SolarCity | 190 | DLS | Assisted with admin. motion to seal corrected declaration, finalized all documents, filed and emailed prop order to Judge and service of unredacted docs to Judge | 2.5 | $190.00 | $475.00 |
| 2017.03.03 | SolarCity | 190 | JDA | Coordinate with A. Verkhovskaya on corrected report | 3.5 | $625.00 | $2,187.50 |
| 2017.03.03 | SolarCity | 190 | JDA | Prepare for Morris depo | 2.0 | $625.00 | $1,250.00 |
| 2017.03.03 | SolarCity | 190 | JDA | Prepare for class cert hearing | 5.0 | $625.00 | $3,125.00 |
| 2017.03.03 | SolarCity | 190 | JDS | Analyze reply in support of motion to exclude Snyder | 1.2 | $625.00 | $750.00 |
| 2017.03.03 | SolarCity | 190 | JIM | Confer with J. Arisohn about expert discovery issue | 0.3 | $700.00 | $210.00 |
| 2017.03.03 | SolarCity | 190 | LTF | Discussed expert issue with Josh Arisohn and Joel Smith and reviewed discovery motion (.4); assisted with filing of corrected declaration (.4). | 0.8 | $700.00 | $560.00 |
| 2017.03.03 | SolarCity | 190 | SNW | Reviewed email from E. Lippe re: motion to quash | 0.1 | $450.00 | $45.00 |
| 2017.03.03 | SolarCity | 190 | SNW | Reviewed email exchange re: Morris deposition | 0.1 | $450.00 | $45.00 |
| 2017.03.05 | SolarCity | 190 | JDA | Travel to Dallas for Morris depo | 6.5 | $625.00 | $4,062.50 |
| 2017.03.05 | SolarCity | 190 | JDA | Prepare for Morris depo | 3.9 | $625.00 | $2,437.50 |
| 2017.03.06 | SolarCity | 190 | DLS | Downloaded all filed docs and emailed to FL for chamber delivery | 0.4 | $190.00 | $76.00 |
| 2017.03.06 | SolarCity | 190 | JDA | Attend Morris depo | 5.0 | $625.00 | $3,125.00 |
| 2017.03.06 | SolarCity | 190 | JDA | Prepare for class cert hearing | 3.5 | $625.00 | $2,187.50 |
| 2017.03.06 | SolarCity | 190 | JDS | Assist JDA prepare for hearing | 0.5 | $625.00 | $312.50 |
| 2017.03.06 | SolarCity | 190 | JDS | Analyze reply in support of motion to exclude Snyder | 1.2 | $625.00 | $750.00 |
| 2017.03.07 | SolarCity | 190 | JDA | Travel to SF for class cert hearing | 6.5 | $625.00 | $4,062.50 |
| 2017.03.07 | SolarCity | 190 | JDA | Prepare for class cert hearing | 4.0 | $625.00 | $2,500.00 |
| 2017.03.07 | SolarCity | 190 | JDS | Prepare for hearing on class cert/motion to strike Snyder | 3.1 | $625.00 | $1,937.50 |
| 2017.03.07 | SolarCity | 190 | JDS | Analyze motion to strike reply; conduct legal research regarding same; contact JDA re same | 1.2 | $625.00 | $750.00 |
| 2017.03.07 | SolarCity | 190 | JLH | Book JDA travel arrangements | 3.0 | $190.00 | $570.00 |
| 2017.03.07 | SolarCity | 190 | LTF | Discussed class cert hearing with Josh Arisohn and Joel Smith and discussed sealing order with Joel Smith. | 0.2 | $700.00 | $140.00 |
| 2017.03.08 | SolarCity | 190 | DLS | Reviewed order and made corrections and refiled sealed documents | 4.2 | $190.00 | $798.00 |
| 2017.03.08 | SolarCity | 190 | JDA | Prepare for class cert hearing | 7.8 | $625.00 | $4,875.00 |

Bursor Fisher, P.A. - SolarCity Time Records

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|--------|------|-------------|-------|------|--------|
| 2017.03.08 | SolarCity | 190 | JDS | Prepare for hearing on class cert/motion to strike Snyder | 3.3 | $625.00 | $2,062.50 |
| 2017.03.08 | SolarCity | 190 | JDS | Coordinate refiling of class cert papers | 1.6 | $625.00 | $1,000.00 |
| 2017.03.08 | SolarCity | 190 | JLH | Book JDS travel arrangement | 3.0 | $190.00 | $570.00 |
| 2017.03.08 | SolarCity | 190 | SNW | Reviewed email exchanges with local counsel re: case status | 0.1 | $450.00 | $45.00 |
| 2017.03.09 | SolarCity | 190 | JDA | Prepare for class cert hearing | 3.5 | $625.00 | $2,187.50 |
| 2017.03.09 | SolarCity | 190 | JDA | Attend class cert hearing | 3.5 | $625.00 | $2,187.50 |
| 2017.03.09 | SolarCity | 190 | JDS | Prepare for and attend hearing on motion to exclude/class certification | 4.5 | $625.00 | $2,812.50 |
| 2017.03.10 | SolarCity | 190 | DLS | Prepared and file transcript request | 0.5 | $190.00 | $95.00 |
| 2017.03.10 | SolarCity | 190 | DLS | Made edits and finalized and served declaration | 0.5 | $190.00 | $95.00 |
| 2017.03.10 | SolarCity | 190 | JDA | Travel back to New York | 9.0 | $625.00 | $5,625.00 |
| 2017.03.10 | SolarCity | 190 | LTF | Email exchange with Joel Smith and Josh Arisohn regarding class cert hearing. | 0.1 | $700.00 | $70.00 |
| 2017.03.11 | SolarCity | 190 | JDA | Draft opposition to motion to strike reply | 4.0 | $625.00 | $2,500.00 |
| 2017.03.13 | SolarCity | 190 | DLS | Finalized and filed opposition to motion to strike | 0.5 | $190.00 | $95.00 |
| 2017.03.13 | SolarCity | 190 | JDA | Finalize opposition to motion to strike reply | 1.5 | $625.00 | $937.50 |
| 2017.03.13 | SolarCity | 190 | JDS | Edit opposition to motion to strike; email JDA re same | 0.6 | $625.00 | $375.00 |
| 2017.03.13 | SolarCity | 190 | JLH | Prepare chambers copies for J. Seeborg | 2.0 | $190.00 | $380.00 |
| 2017.03.14 | SolarCity | 190 | JLH | Review documents | 1.0 | $190.00 | $190.00 |
| 2017.03.17 | SolarCity | 190 | JDA | Review TCPA settlements after class cert | 3.0 | $625.00 | $1,875.00 |
| 2017.03.20 | SolarCity | 190 | JDA | Review opposition to exclude Horak | 0.8 | $625.00 | $500.00 |
| 2017.03.20 | SolarCity | 190 | JDA | Draft reply ISO motion to exclude Horak | 6.5 | $625.00 | $4,062.50 |
| 2017.03.20 | SolarCity | 190 | JDA | Review proposed protocol for Lucero inspection | 0.3 | $625.00 | $187.50 |
| 2017.03.21 | SolarCity | 190 | DLS | Prepared tables and made edits to reply | 1.0 | $190.00 | $190.00 |
| 2017.03.21 | SolarCity | 190 | JDA | Review defendant's reply ISO motion to strike class cert reply | 0.5 | $625.00 | $312.50 |
| 2017.03.21 | SolarCity | 190 | JDA | Draft reply ISO motion to exclude Horak | 4.5 | $625.00 | $2,812.50 |
| 2017.03.22 | SolarCity | 190 | DLS | Finalize and filed reply | 0.4 | $190.00 | $76.00 |
| 2017.03.22 | SolarCity | 190 | JDA | Discuss potential mediation with opposing counsela and co-counsel | 0.8 | $625.00 | $500.00 |
| 2017.03.22 | SolarCity | 190 | JLH | Prepare chambers copies for J. Seeborg | 0.7 | $190.00 | $133.00 |
| 2017.03.22 | SolarCity | 190 | SAB | Conf. w/ J. Arisohn re settlement negotiations and setting up mediation with Judge Holwell (.4); conf. call w/ T. Cheung, J. Arisohn re same (.4) | 0.8 | $875.00 | $700.00 |
| 2017.03.30 | SolarCity | 190 | JDA | Research TCPA settlements | 3.0 | $625.00 | $1,875.00 |
| 2017.04.04 | SolarCity | 190 | JDA | Review Deal Report and supporting documents | 1.8 | $625.00 | $1,125.00 |
| 2017.04.04 | SolarCity | 190 | SAB | Conf. w/ J. Arisohn re settlement negotiations and litigation strategy | 0.4 | $875.00 | $350.00 |
| 2017.04.06 | SolarCity | 190 | SAB | Settlement conf. w/ T. Cheung (2.0); debriefed J. Arisohn on status of negotiations and next steps (.2) | 2.2 | $875.00 | $1,925.00 |
| 2017.04.07 | SolarCity | 190 | JLH | Updated and filed notice of withdrawal with debbie | 0.7 | $190.00 | $133.00 |
| 2017.04.25 | SolarCity | 190 | SNW | Email exchange with JDA re: electronic devices discovery dispute; reviewed correspondence re: same | 0.5 | $450.00 | $225.00 |
| 2017.04.26 | SolarCity | 190 | SAB | Teleconf. w/ Tiffany Cheung re settlement negotiations.  (.4); conf. w/ J. Arisohn re same (.3) | 0.7 | $875.00 | $612.50 |
| 2017.04.27 | SolarCity | 190 | JDA | Review joint letter and send notes to S. Westcot | 1.0 | $625.00 | $625.00 |
| 2017.04.27 | SolarCity | 190 | SAB | Teleconf. w/ T. Cheung | 0.3 | $875.00 | $262.50 |
| 2017.04.27 | SolarCity | 190 | SNW | Reviewed request for inspection of electronic devices; reviewed defendants' portion of discovery dispute letter; research for response to same | 1.5 | $450.00 | $675.00 |
| 2017.04.27 | SolarCity | 190 | SNW | Drafted response to discovery dispute letter | 3.5 | $450.00 | $1,575.00 |
| 2017.04.27 | SolarCity | 190 | SNW | Email exchange with JDA re: discovery dispute letter | 0.2 | $450.00 | $90.00 |
| 2017.04.28 | SolarCity | 190 | JDA | Revise joint letter re Lucero inspection | 1.5 | $625.00 | $937.50 |
| 2017.05.03 | SolarCity | 190 | JDA | Review revised joint letter and make edits | 4.0 | $625.00 | $2,500.00 |
| 2017.05.08 | SolarCity | 190 | JDA | Review revised joint letter | 0.7 | $625.00 | $437.50 |
| 2017.05.08 | SolarCity | 190 | SAB | Teleconf. w/ T. Cheung (.2); email to J. Arisohn re same (.1); conf. w/ J. Arisohn re same (.1) | 0.4 | $875.00 | $350.00 |
| 2017.05.10 | SolarCity | 190 | SAB | Conf. w/ J. Arisohn re settlement negotiations (.2) | 0.2 | $875.00 | $175.00 |
| 2017.05.15 | SolarCity | 190 | SAB | Teleconf. w/ T. Cheung | 0.2 | $875.00 | $175.00 |
| 2017.05.17 | SolarCity | 190 | SAB | Teleconf. w/ T. Cheung (.3); conf. w/ J. Arisohn re settlement strategy (.2); email to T. Cheung re settlement negotiations (.2) | 0.7 | $875.00 | $612.50 |
| 2017.05.18 | SolarCity | 190 | SAB | Teleconf. w/ T. Cheung re settlement negotiations (.3); multiple teleconfs w/ J. Arisohn re same (.5); drafted settlement term sheet (1.2) | 2.0 | $875.00 | $1,750.00 |
| 2017.05.19 | SolarCity | 190 | JDA | Finalize term sheet | 1.5 | $625.00 | $937.50 |
| 2017.05.19 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding settlement and discussed same with Joel Smith. | 0.2 | $700.00 | $140.00 |
| 2017.05.19 | SolarCity | 190 | SAB | Teleconf. w/ T. Cheung re settlement negotiations (.4); multiple teleconfs. w/ J. Arisohn re same & re execution of term sheet (.8) | 1.2 | $875.00 | $1,050.00 |

Bursor Fisher, P.A. - SolarCity Time Records

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2017.05.22 | SolarCity | 190 | SAB | Reviewed executed term sheet and email to T. Cheung re same | 0.5 | $875.00 | $437.50 |
| 2017.06.01 | SolarCity | 190 | JDA | Review draft settlement agreement | 1.5 | $625.00 | $937.50 |
| 2017.06.01 | SolarCity | 190 | SAB | Conf. w/ J. Arisohn re settlement negotiations | 0.3 | $875.00 | $262.50 |
| 2017.06.05 | SolarCity | 190 | JDA | Revise draft settlement agreement | 0.5 | $625.00 | $312.50 |
| 2017.06.05 | SolarCity | 190 | SAB | Revised draft settlement agreement | 6.0 | $875.00 | $5,250.00 |
| 2017.06.06 | SolarCity | 190 | DLS | Filed discovery letter | 0.4 | $190.00 | $76.00 |
| 2017.06.06 | SolarCity | 190 | SAB | Revised draft settlement agreement | 4.7 | $875.00 | $4,112.50 |
| 2017.06.09 | SolarCity | 190 | JDA | Call with co-counsel | 0.2 | $625.00 | $125.00 |
| 2017.06.14 | SolarCity | 190 | JDA | Review settlement agreement | 1.5 | $625.00 | $937.50 |
| 2017.06.14 | SolarCity | 190 | JDA | Conference call re settlement agreement | 0.8 | $625.00 | $500.00 |
| 2017.06.15 | SolarCity | 190 | JDA | Draft motion to enforce term sheet | 3.8 | $625.00 | $2,375.00 |
| 2017.06.15 | SolarCity | 190 | SAB | Teleconf. w/ J. Arisohn & T. Cheung re settlement negotiations | 1.0 | $875.00 | $875.00 |
| 2017.06.16 | SolarCity | 190 | JDA | Draft motion to enforce term sheet | 2.4 | $625.00 | $1,500.00 |
| 2017.06.16 | SolarCity | 190 | JDA | Negotiate and revise settlement agreement | 3.3 | $625.00 | $2,062.50 |
| 2017.06.16 | SolarCity | 190 | JDA | Draft motion for preliminary approval | 3.4 | $625.00 | $2,125.00 |
| 2017.06.19 | SolarCity | 190 | JDA | Revise settlement agreement | 0.9 | $625.00 | $562.50 |
| 2017.06.19 | SolarCity | 190 | JDA | Call with T. Cheung | 1.9 | $625.00 | $1,187.50 |
| 2017.06.19 | SolarCity | 190 | RSR | prepared TOC for Motion to Enforce Settlement (.2) | 0.2 | $190.00 | $38.00 |
| 2017.06.19 | SolarCity | 190 | JDA | Revised draft settlement agreement (2.3); draft email to T. Cheung re settlement negations (.5); revised draft motion to enforce term sheet (.6); teleconf. w/ T. Cheung & J. Arisohn re settlement negotiations (1.3); revised draft settlement agreement (.4) | 5.1 | $875.00 | $4,462.50 |
| 2017.06.21 | SolarCity | 190 | SAB | Settlement negotiations w/ T.Cheung (1.3); teleconf. w/. J. Arisohn re same (.3) | 1.6 | $875.00 | $1,400.00 |
| 2017.06.22 | SolarCity | 190 | DLS | Fixed formatting and filed motion to enforce settlement; emailed proposed order to Judge | 0.9 | $190.00 | $171.00 |
| 2017.06.22 | SolarCity | 190 | JDA | Draft motion to enforce term sheet | 4.6 | $625.00 | $2,875.00 |
| 2017.06.22 | SolarCity | 190 | JDA | Review motion to enforce term sheet | 0.2 | $625.00 | $125.00 |
| 2017.06.22 | SolarCity | 190 | LTF | Reviewed motion to enforce settlement term sheet and discussed same with Debbie Schroeder and Joel Smith. | 0.2 | $700.00 | $140.00 |
| 2017.06.22 | SolarCity | 190 | SAB | Conf. w/ J. Arisohn re filing motion to enforce term sheet (.2); Teleconf. w/ T. Cheung re settlement negotiations (.2); teleconf. w/. J. Arisohn re same (.2) | 0.6 | $875.00 | $525.00 |
| 2017.06.23 | SolarCity | 190 | SAB | Settlement negotiations | 0.4 | $875.00 | $350.00 |
| 2017.06.25 | SolarCity | 190 | LTF | Email exchange with Brendan Anser at Epiq. | 0.1 | $700.00 | $70.00 |
| 2017.07.05 | SolarCity | 190 | JDA | Finalize settlement agreement | 3.8 | $625.00 | $2,375.00 |
| 2017.07.05 | SolarCity | 190 | SAB | Teleconf. w/ T. Cheung re settlement negotiations (.4); multiple confs. w/ J. Arisohn re settlement negotiations and drafting settlement agreement (.5) | 0.9 | $875.00 | $787.50 |
| 2017.07.06 | SolarCity | 190 | JDA | Revise and negotiate settlement agreement and exhibits | 2.4 | $625.00 | $1,500.00 |
| 2017.07.07 | SolarCity | 190 | JDA | Review SC's opposition to motion to enforce term sheet | 0.4 | $625.00 | $250.00 |
| 2017.07.07 | SolarCity | 190 | JDA | Finalize settlement agreement | 4.4 | $625.00 | $2,750.00 |
| 2017.07.07 | SolarCity | 190 | SAB | Read D's brief in response to motion to enforce term sheet | 0.2 | $875.00 | $175.00 |
| 2017.07.10 | SolarCity | 190 | JDA | Finalize settlement agreement | 0.5 | $625.00 | $312.50 |
| 2017.07.10 | SolarCity | 190 | JDA | Draft preliminary approval motion | 4.8 | $625.00 | $3,000.00 |
| 2017.07.10 | SolarCity | 190 | JIM | Confer with J. Arisohn about settlement administrator options for the class settlement | 0.2 | $700.00 | $140.00 |
| 2017.07.11 | SolarCity | 190 | JDA | Finalize settlement agreement | 1.8 | $625.00 | $1,125.00 |
| 2017.07.11 | SolarCity | 190 | JDA | Draft preliminary approval motion | 4.9 | $625.00 | $3,062.50 |
| 2017.07.11 | SolarCity | 190 | RSR | Prepared tables for Prelim Approval motion (1) | 1.0 | $190.00 | $190.00 |
| 2017.07.12 | SolarCity | 190 | JDA | Finalize settlement agreement | 0.7 | $625.00 | $437.50 |
| 2017.07.12 | SolarCity | 190 | JDA | Draft reply ISO motion to enforce term sheet | 0.4 | $625.00 | $250.00 |
| 2017.07.13 | SolarCity | 190 | DLS | Filed notice of withdrawal of motion | 0.4 | $190.00 | $76.00 |
| 2017.07.14 | SolarCity | 190 | DLS | Finalized and filed preliminary approval motion;emailed proposed order to Judge | 0.9 | $190.00 | $171.00 |
| 2017.07.14 | SolarCity | 190 | JDA | Draft preliminary approval motion | 3.9 | $625.00 | $2,437.50 |
| 2017.08.22 | SolarCity | 190 | LTF | Email exchange with Rafey Balibanian and Josh Arisohn regarding settlement. | 0.1 | $700.00 | $70.00 |
| 2017.08.25 | SolarCity | 190 | LTF | Email exchange with Josh Arisohn regarding potential objector. | 0.2 | $700.00 | $140.00 |
| 2017.08.28 | SolarCity | 190 | LTF | Reviewed settlement agreement and preliminary approval motion, formulated schedule for notice, objections, opt-outs and final approval and discussed same with Josh Arisohn via email and on the phone (2.2); discussed hearing books with Jared Hazlett (.2). | 2.4 | $700.00 | $1,680.00 |
| 2017.08.29 | SolarCity | 190 | LTF | Continued preparing for preliminary approval hearing. | 0.6 | $700.00 | $420.00 |
| 2017.08.30 | SolarCity | 190 | LTF | Continued preparing for preliminary approval hearing. | 2.8 | $700.00 | $1,960.00 |
| 2017.08.31 | SolarCity | 190 | DLS | Prepared and filed transcript request | 0.5 | $190.00 | $95.00 |

| DATE | MATTER | M. No. | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|--------|------|-------------|-------|------|--------|
| 2017.08.31 | SolarCity | 190 | LTF | Continued preparing for preliminary approval hearing and traveled to SF for hearing, attended hearing and returned to Walnut Creek following hearing (4.2); revised preliminary approval order and sent it to defendant's counsel (.4).. | 4.6 | $700.00 | $3,220.00 |
| 2017.09.01 | SolarCity | 190 | LTF | Telephone call with defendant's counsel regarding settlement addendum and exchanged emails with Scott Bursor and Josh Arisohn regarding addendum and preliminary approval hearing. | 0.5 | $700.00 | $350.00 |
| 2017.09.05 | SolarCity | 190 | LTF | Discussed settlement addendum with Scott Bursor and Josh Arisohn. | 0.1 | $700.00 | $70.00 |
| 2017.09.05 | SolarCity | 190 | SAB | Conf. w/ J. Arisohn & T. Fisher re adding more class notice to the proposed order | 0.3 | $875.00 | $262.50 |
| 2017.09.06 | SolarCity | 190 | JDA | Discuss notice plan with T. Cheung | 0.3 | $625.00 | $187.50 |
| 2017.09.07 | SolarCity | 190 | DLS | Finalized and filed addendum to class action settlement w proposed order | 0.6 | $190.00 | $114.00 |
| 2017.09.07 | SolarCity | 190 | JDA | Discuss notice plan with T. Cheung | 0.3 | $625.00 | $187.50 |
| 2017.09.07 | SolarCity | 190 | JDA | Draft notice re settlement addendum | 0.5 | $625.00 | $312.50 |
| 2017.09.25 | SolarCity | 190 | JDA | Review updated forms of notice | 0.8 | $625.00 | $500.00 |
| 2017.09.26 | SolarCity | 190 | LTF | Discussed notice issues with Josh Arisohn. | 0.3 | $700.00 | $210.00 |
| 2017.09.28 | SolarCity | 190 | NJD | Input on registering notice website | 0.3 | $425.00 | $127.50 |
| 2017.10.03 | SolarCity | 190 | LTF | Reviewed Epiq contract and discussed it with Josh Arisohn. | 0.2 | $700.00 | $140.00 |
| 2017.10.04 | SolarCity | 190 | JDA | Review notice forms | 0.8 | $625.00 | $500.00 |
| 2017.10.19 | SolarCity | 190 | JDA | Help class members with claims process | 1.4 | $625.00 | $875.00 |
| 2017.10.19 | SolarCity | 190 | RSR | answered claimant calls (.2) | 0.2 | $190.00 | $38.00 |

**EXHIBIT C**

| | | | Bursor & Fisher, P.A. - SolarCity Itemized Expenses |
|---|---|---|---|
| **Overview** | | | |
| | | $28,882.98 | Filing & Court Reporter Fees |
| | | $69,953.85 | Expert & Legal Professional Fees |
| | | $23,025.48 | Third Party Litigation Support Fees |
| | | $1,451.99 | Catering & Meal Expenses |
| | | $676.28 | Duplication, Postage, & Supplies |
| | | $12,477.35 | Transportation & Lodging Expenses |
| | | **$136,467.93** | **Total Expenses** |
| | | | |
| | | | |
| **Filing, Court Reporter, & Witness Fees** | | | |
| | | | |
| **DATE** | **MATTER** | **AMOUNT** | **DESCRIPTION** |
| 2015.11.05 | SolarCity | $400.00 | US District Court - Complaint filing |
| 2016.03.01 | SolarCity | $305.00 | US District Court - J. Arisohn PHV Application |
| 2016.04.27 | SolarCity | $126.50 | Joan Marie Colombini CSR - 4/21 Hearing Transcript |
| 2016.11.30 | SolarCity | $1,744.90 | Veritext - Jonathan Raymond Depo Transcript |
| 2016.11.30 | SolarCity | $2,101.45 | Veritext - Ryan Van Tricht Depo Transcript |
| 2016.11.30 | SolarCity | $1,502.60 | Veritext - Sean Peterson Depo Transcript |
| 2016.12.12 | SolarCity | $217.80 | Marianne Kusa-Ryll, RDR, CRR - Hearing Transcript |
| 2016.12.28 | SolarCity | $57.28 | Ryan Van Tricht - Witness fee |
| 2016.12.28 | SolarCity | $963.75 | Veritext - Ryan Van Tricht Video |
| 2017.01.04 | SolarCity | $647.50 | Veritext - Sebenius Depo Video |
| 2017.01.05 | SolarCity | $862.35 | Aptus Court Reporting - Lucero Depo Transcript |
| 2017.01.17 | SolarCity | $400.93 | Veritext - Sebenius Veritext Virtual Fee |
| 2017.01.17 | SolarCity | $351.04 | Veritext - Sebenius Depo Transcript |
| 2017.01.17 | SolarCity | $1,510.83 | Veritext - Jonathan Raymond Depo Video |
| 2017.01.17 | SolarCity | $1,377.86 | Veritext - Sean Peterson Depo Video |
| 2017.02.09 | SolarCity | $1,904.00 | Aptus Court Reporting - Verkhovskaya Depo Transcript |
| 2017.02.10 | SolarCity | $4,025.00 | Ray Horak - Expert Deposition Witness Fee |
| 2017.02.27 | SolarCity | $1,725.00 | Thomson Reuters Expert Witness Services - Horak Depo |
| 2017.03.09 | SolarCity | $395.00 | Veritext - Horak Veritext Virtual depo |
| 2017.03.13 | SolarCity | $299.00 | Pamela A. Botalo, CSR - Hearing Transcript |
| 2017.03.17 | SolarCity | $3,774.25 | Veritext - Horak Depo Transcript |
| 2017.03.27 | SolarCity | $838.50 | Veritext - Horak Depo Video |
| 2017.03.27 | SolarCity | $1,477.23 | Aptus Court Reporting - Morris Depo Transcript |
| 2017.04.11 | SolarCity | $1,846.46 | Aptus Court Reporting - Snyder Depo Transcript |
| 2017.04.11 | SolarCity | $28.75 | Pamela A. Batalo, CSR- 3/9 Hearing Transcript |
| | | **$28,882.98** | **Total Filing & Court Reporter Fees** |
| | | | |
| | | | |
| **Expert & Legal Professional Fees** | | | |
| | | | |
| **DATE** | **MATTER** | **AMOUNT** | **DESCRIPTION** |
| 2016.08.16 | SolarCity | $4,000.00 | Wireless Research Services (Retainer) (Randy Snyder) |
| 2016.10.18 | SolarCity | $1,903.75 | A.B. Data, LTD (Anya Verkhovskaya) |
| 2016.11.30 | SolarCity | $2,368.75 | A.B. Data, LTD (Anya Verkhovskaya) |
| 2016.12.15 | SolarCity | $7,875.00 | Wireless Research Services (Randy Snyder) |
| 2017.01.04 | SolarCity | $2,661.25 | DRRT Litigation Support Services (Anya Verkhovskaya) |
| 2017.02.27 | SolarCity | $9,357.50 | Wireless Research Services (Randy Snyder) |
| 2017.02.27 | SolarCity | $6,265.00 | A.B. Data, LTD (Anya Verkhovskaya) |
| 2017.03.17 | SolarCity | $2,447.60 | Law Offices of Lippe & Associates (Local Counsel in N.D. Tex.) |
| 2017.05.09 | SolarCity | $31,067.51 | DRRT Litigation Support Services (Anya Verkhovskaya) |
| 2017.11.14 | SolarCity | $2,007.49 | DRRT Litigation Support Services (Anya Verkhovskaya) |
| | | **$69,953.85** | **Total Expert & Legal Professional Fees** |
| | | | |
| | | | |
| | | | |
| | | | |

**Third Party Litigation Support Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
| --- | --- | --- | --- |
| 2015.12.08 | SolarCity | $152.63 | First Legal Network - Service of Complaint |
| 2016.07.11 | SolarCity | $1,049.54 | vDiscovery - Document production hosting |
| 2016.08.15 | SolarCity | $1,029.08 | vDiscovery - Document production hosting |
| 2016.09.02 | SolarCity | $185.00 | First Legal Network - Service of Complaint (Lead Genesis) |
| 2016.09.19 | SolarCity | $1,153.42 | vDiscovery - Document production hosting |
| 2016.10.18 | SolarCity | $1,329.79 | vDiscovery - Document production hosting |
| 2016.11.15 | SolarCity | $1,011.23 | vDiscovery - Document production hosting |
| 2016.11.30 | SolarCity | $205.00 | First Legal Network - Subpoena Service |
| 2016.12.12 | SolarCity | $205.00 | First Legal Network - Subpoena Service |
| 2016.12.15 | SolarCity | $1,786.75 | vDiscovery - Document production hosting |
| 2017.01.04 | SolarCity | $3,708.00 | JAMS, Inc. - Mediation Fees |
| 2017.01.17 | SolarCity | $1,423.22 | vDiscovery - Document production hosting |
| 2017.01.17 | SolarCity | $590.30 | JAMS, Inc. - Mediation Fees |
| 2017.01.17 | SolarCity | $830.90 | First Legal Network - Chamber Copy |
| 2017.02.09 | SolarCity | $1,259.91 | vDiscovery - Document production hosting |
| 2017.03.09 | SolarCity | $1,424.43 | vDiscovery - Document production hosting |
| 2017.03.09 | SolarCity | $113.24 | First Legal Network - Chamber Copy |
| 2017.03.09 | SolarCity | $212.75 | First Legal Network - Chamber Copy |
| 2017.04.11 | SolarCity | $227.85 | First Legal Network - Chamber Copy |
| 2017.04.11 | SolarCity | $409.96 | First Legal Network - Chamber Copy |
| 2017.04.19 | SolarCity | $1,261.43 | vDiscovery - Document production hosting |
| 2017.06.06 | SolarCity | $1,261.43 | vDiscovery - Document production hosting |
| 2017.06.19 | SolarCity | $1,261.43 | vDiscovery - Document production hosting |
| 2017.08.14 | SolarCity | $933.19 | vDiscovery - Document production hosting |
| | | $23,025.48 | **Total Third Party Litigation Support Fees** |

**Catering & Meal Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
| --- | --- | --- | --- |
| 2016.02.08 | SolarCity | $22.81 | Brooklyn Diner |
| 2016.02.25 | SolarCity | $25.81 | Brooklyn Diner |
| 2016.11.06 | SolarCity | $2.93 | Hudson News |
| 2016.11.06 | SolarCity | $32.85 | JFK Palm Steakhouse |
| 2016.11.07 | SolarCity | $39.60 | Sitoa |
| 2016.11.08 | SolarCity | $39.29 | Trycaviar.com |
| 2016.11.10 | SolarCity | $14.85 | Napa Farms Market |
| 2016.11.27 | SolarCity | $66.88 | Andaluz F&B |
| 2016.11.27 | SolarCity | $20.46 | Dante Tassotti |
| 2016.11.28 | SolarCity | $27.97 | Roma Bakery and Deli |
| 2016.11.29 | SolarCity | $26.86 | Tia Juanitas |
| 2016.12.02 | SolarCity | $24.74 | Seamless |
| 2016.12.03 | SolarCity | $18.44 | Chop't |
| 2016.12.04 | SolarCity | $2.40 | Tisserie |
| 2016.12.04 | SolarCity | $26.81 | Brooklyn Diner |
| 2016.12.05 | SolarCity | $137.50 | Patsy's (team meeting) |
| 2016.12.08 | SolarCity | $25.65 | Café |
| 2017.01.11 | SolarCity | $53.50 | Andreas Restaurant |
| 2017.01.14 | SolarCity | $26.10 | TryCavier |
| 2017.01.20 | SolarCity | $39.05 | TryCavier |
| 2017.01.31 | SolarCity | $10.00 | Ventra Vending |
| 2017.02.06 | SolarCity | $16.59 | Tinas Cuban Cuisine |
| 2017.02.11 | SolarCity | $15.20 | Chopt |
| 2017.02.12 | SolarCity | $20.33 | Pure Thai Cookhouse |
| 2017.02.12 | SolarCity | $62.26 | Fika - Columbus Circle |
| 2017.02.20 | SolarCity | $6.43 | Wholefoods |
| 2017.03.02 | SolarCity | $18.44 | Chopt |
| 2017.03.03 | SolarCity | $26.81 | Brooklyn Diner |
| 2017.03.03 | SolarCity | $66.53 | A Sweet Affair |

| 2017.03.05 | SolarCity | $156.98 | Meddlesome (team meeting) |
| 2017.03.07 | SolarCity | $6.74 | Liquors & Deli |
| 2017.03.08 | SolarCity | $119.78 | Akikos Sushi (team meeting) |
| 2017.03.08 | SolarCity | $7.93 | Fred's Liquors & Deli |
| 2017.03.08 | SolarCity | $37.67 | Kinkhao |
| 2017.03.08 | SolarCity | $3.00 | Emporio Rulli |
| 2017.03.09 | SolarCity | $21.43 | Bancarella |
| 2017.03.09 | SolarCity | $85.60 | R and G Lounge |
| 2017.03.10 | SolarCity | $7.16 | Napa Farms Market |
| 2017.03.10 | SolarCity | $24.58 | Lark Creek Grill |
| 2017.03.30 | SolarCity | $5.02 | TryCaviar.com |
| 2017.04.06 | SolarCity | $59.01 | Café Luxembourg (SAB & T. Cheung Settlement Meeting) |
| | | **$1,451.99** | **Total Catering & Meal Expenses** |
| | | | |
| | | | |

**Duplication, Postage, & Supplies**

| | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 2016.02.05 | SolarCity | $16.45 | Golden State Overnight |
| 2016.02.19 | SolarCity | $16.30 | Golden State Overnight |
| 2016.02.19 | SolarCity | $16.30 | Golden State Overnight |
| 2016.03.08 | SolarCity | $16.30 | Golden State Overnight |
| 2016.03.23 | SolarCity | $32.14 | Golden State Overnight |
| 2016.04.08 | SolarCity | $17.15 | Golden State Overnight |
| 2016.04.08 | SolarCity | $38.75 | Golden State Overnight |
| 2016.04.27 | SolarCity | $94.29 | Golden State Overnight |
| 2016.05.11 | SolarCity | $63.04 | Golden State Overnight |
| 2016.05.11 | SolarCity | $24.59 | Golden State Overnight |
| 2016.08.17 | SolarCity | $16.45 | Golden State Overnight |
| 2016.10.04 | SolarCity | $16.37 | Golden State Overnight |
| 2017.01.09 | SolarCity | $39.54 | Fedex (to Wireless Research Services) |
| 2017.01.17 | SolarCity | $17.47 | Golden State Overnight |
| 2017.01.18 | SolarCity | $71.20 | Fedex (to JAMS) |
| 2017.02.14 | SolarCity | $33.88 | Fedex (to Wireless Research Services) |
| 2017.02.17 | SolarCity | $17.55 | Golden State Overnight |
| 2017.03.02 | SolarCity | $35.53 | Golden State Overnight |
| 2017.03.27 | SolarCity | $27.02 | Golden State Overnight |
| 2017.04.04 | SolarCity | $17.62 | Golden State Overnight |
| 2017.07.18 | SolarCity | $48.34 | Golden State Overnight |
| | | **$676.28** | **Total Duplication, Postage, & Supplies** |
| | | | |
| | | | |

**Transportation & Lodging Expenses**

| | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 2016.04.21 | SolarCity | $11.00 | BART - CMC Travel |
| 2016.10.21 | SolarCity | $496.98 | Southwest - Plaintiff Depo in Albuquerque, NM |
| 2016.10.26 | SolarCity | $717.75 | Hotels.com - Deposition Travel |
| 2016.10.26 | SolarCity | $798.10 | Virgin American - Deposition Travel |
| 2016.10.26 | SolarCity | $322.98 | Southwest - Deposition Travel |
| 2016.10.28 | SolarCity | $438.08 | Getaroom.com - Deposition Travel |
| 2016.11.01 | SolarCity | $580.00 | Yeremey Krivoshey - Flight Expense Reimbursement - Depo Travel |
| 2016.11.02 | SolarCity | $365.27 | API Global Transport - Deposition travel |
| 2016.11.06 | SolarCity | $64.26 | Uber - Depo Travel |
| 2016.11.06 | SolarCity | $45.19 | Taxi - Depo Travel |
| 2016.11.07 | SolarCity | $14.02 | Uber - Depo Travel |
| 2016.11.07 | SolarCity | $18.75 | Desert Cab - Depo Travel |
| 2016.11.07 | SolarCity | $69.75 | Wynn Las Vegas Hotel |
| 2016.11.08 | SolarCity | $9.50 | Taxi - Depo Travel |
| 2016.11.10 | SolarCity | $46.99 | Uber - Depo Travel |
| 2016.11.10 | SolarCity | $51.06 | Car Service - Depo Travel |
| 2016.11.11 | SolarCity | $24.57 | Uber - Depo Travel |

| | | | |
|---|---|---|---|
| 2016.11.11 | SolarCity | $19.98 | Uber - Depo Travel |
| 2016.11.14 | SolarCity | $15.00 | City of SAC Parking |
| 2016.11.27 | SolarCity | $19.36 | Uber - Depo Travel |
| 2016.11.28 | SolarCity | $9.44 | Uber - Depo Travel |
| 2016.11.28 | SolarCity | $13.00 | BART - Depo Travel |
| 2016.11.29 | SolarCity | $164.83 | Doubletree Hotel Albuquerque - Depo Travel |
| 2016.12.05 | SolarCity | $539.00 | Amtrak - Hearing on Motion to Intervene |
| 2016.12.08 | SolarCity | $6.15 | Uber - Hearing Travel |
| 2016.12.08 | SolarCity | $23.33 | Uber - Hearing Travel |
| 2017.01.04 | SolarCity | $176.20 | Delta - Mediation |
| 2017.01.04 | SolarCity | $176.20 | Delta - Mediation |
| 2017.01.04 | SolarCity | $234.20 | Delta - Mediation |
| 2017.01.04 | SolarCity | $234.20 | Delta - Mediation |
| 2017.01.04 | SolarCity | $631.88 | Southwest - Deposition Travel |
| 2017.01.06 | SolarCity | 174.72 | Wynn Las Vegas Hotel - Deposition Travel |
| 2017.01.11 | SolarCity | $29.25 | Taxi - Depo Travel |
| 2017.01.12 | SolarCity | $21.63 | Desert Cab - Depo Travel |
| 2017.01.12 | SolarCity | $40.05 | Car Service - Depo Travel |
| 2017.01.12 | SolarCity | $48.00 | LAZ PKG Oakland - Depo Travel |
| 2017.01.12 | SolarCity | $175.00 | Wynn Las Vegas Hotel - Deposition Travel |
| 2017.01.17 | SolarCity | $503.40 | Delta - Deposition Travel |
| 2017.01.18 | SolarCity | $146.00 | Delta - Deposition Travel |
| 2017.01.30 | SolarCity | $44.00 | Carmel Limo - Deposition Travel |
| 2017.01.30 | SolarCity | $41.74 | NYC Taxi - Depo Travel |
| 2017.01.31 | SolarCity | $44.21 | Car Service - Depo Travel |
| 2017.01.31 | SolarCity | $34.97 | Uber - Depo Travel |
| 2017.01.31 | SolarCity | $39.80 | NYC Taxi - Depo Travel |
| 2017.02.25 | SolarCity | $23.61 | Lyft - Late work |
| 2017.02.28 | SolarCity | $355.20 | Delta - Deposition Travel |
| 2017.02.28 | SolarCity | $548.20 | Virgin American - Class Cert Hearing Travel |
| 2017.02.28 | SolarCity | $666.91 | Expedia - Deposition Travel |
| 2017.02.28 | SolarCity | $2,057.61 | Hotels.com - Class Cert Hearing Travel (three nights) |
| 2017.02.28 | SolarCity | $384.20 | American Airlines - Deposition Travel |
| 2017.03.03 | SolarCity | $47.81 | NYC Taxi - Depo Travel |
| 2017.03.04 | SolarCity | $10.00 | Lyft - Depo Travel |
| 2017.03.05 | SolarCity | $61.10 | Car Service - Depo Travel |
| 2017.03.05 | SolarCity | $85.30 | Lyft - Depo Travel |
| 2017.03.06 | SolarCity | $10.78 | Laguardia - Class Cert Travel |
| 2017.03.06 | SolarCity | $10.93 | Lyft - Class Cert Travel |
| 2017.03.06 | SolarCity | $12.81 | Lyft - Class Cert Travel |
| 2017.03.07 | SolarCity | $11.00 | BART - Class Cert Travel |
| 2017.03.07 | SolarCity | $33.64 | Lyft - Class Cert Travel |
| 2017.03.07 | SolarCity | $36.75 | GoGoAir.com - Class Cert Travel |
| 2017.03.07 | SolarCity | $61.80 | Taxi Service - Class Cert Travel |
| 2017.03.07 | SolarCity | $3.24 | Southwest News - Class Cert Travel |
| 2017.03.07 | SolarCity | $88.70 | Hotel ZaZa - Class Cert Travel |
| 2017.03.08 | SolarCity | $39.64 | Lyft - Class Cert Travel |
| 2017.03.09 | SolarCity | $50.30 | Citywide Taxi - Class Cert Travel |
| 2017.03.09 | SolarCity | $10.00 | BART - Class Cert Travel |
| 2017.03.10 | SolarCity | $60.00 | Car Service - Class Cert Travel |
| 2017.03.10 | SolarCity | $3.17 | Hyatt Hotels - Class Cert Travel |
| 2017.03.10 | SolarCity | $48.50 | Hyatt Hotels - Class Cert Travel |
| 2017.03.10 | SolarCity | $56.00 | NYC Taxi - Class Cert Travel |
| 2017.03.11 | SolarCity | $10.41 | Lyft - Class Cert Travel |
| 2017.03.11 | SolarCity | $9.95 | Boingo Wireless - Class Cert Travel |
| | | **$12,477.35** | **Total Transportation & Lodging Expenses** |

**EXHIBIT D**



see how Knobbe Martens wins again and again.

Knobbe | Martens
INTELLECTUAL PROPERTY LAW



LAW | April 9, 2013, 4:48 p.m. ET

# On Sale: The $1,150-Per-Hour Lawyer

*Lawyer Fees Keep Growing, But Don't Believe Them. Clients Are Demanding, and Getting, Discounts*

| Article | Video | Stock Quotes | Comments (38) |

MORE IN LAW »

Email    Print

By JENNIFER SMITH

Top partners at leading U.S. law firms are charging more than ever before, yet those hourly rates aren't all they appear to be.



Top partners at leading U.S. law firms are charging more than ever – routinely $1,150 or more an hour -- but after discounts and write-offs the nosebleed rates aren't all they appear to be. Jennifer Smith reports. Photo: Getty Images.

Having blown past the once-shocking price tag of $1,000 an hour, some sought-after deal, tax and trial lawyers are commanding hourly fees of $1,150 or more, according to an analysis of billing rates compiled from public filings.

But, as law firms boost their standard rates, many are softening the blow with widespread discounts and write-offs, meaning fewer clients are paying full freight. As a result, law firms on average are actually collecting fewer cents on the dollar, compared with their standard, or "rack," rates, than they have in years.

Think of hourly fees "as the equivalent of a sticker on the car at a dealership," said legal consultant Ward Bower, a principal at Altman Weil Inc. "It's the beginning of a negotiation....Law firms think they are setting the rates, but clients are the ones determining what they're going to pay."



Jaroes Kaozman

Star lawyers still can fetch a premium, and some of them won't budge on price. The number of partners billing $1,150-plus an hour has more than doubled since this time last year, according to Valeo Partners, a consulting firm that maintains a database of legal rates pulled from court filings and other publicly disclosed information. More than 320 lawyers in the firm's database billed at that level in the first quarter of 2013, up from 158 a year earlier.





THE NEW PORTFOLIO TOOL ON WSJ.COM:
THE ULTIMATE INVESTMENT TRACKER
AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS
LEARN MORE
provided by LawAsset

**Don't Miss** [?]



 



Mossberg on Apple's New iPhones    Shark Eats Shark in Wild New Photo    Five False Assumptions About The Rich

**More in Law**

China's Baby-Milk Issues Flare Anew

**Popular Now**    What's This?

1 Where Job Growth Is Coming



That gilded circle includes tax experts such as Christopher Roman of King & Spalding LLP and Todd Maynes of Kirkland & Ellis LLP, intellectual-property partner Nader A. Mousavi of Sullivan & Cromwell LLP, and deal lawyers such as Kenneth M. Schneider of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Those lawyers and their firms either declined to comment or didn't reply to requests for comment.

When corporate legal departments need a trusted hand to fend off a hostile takeover or win a critical court battle, few general counsels will nitpick over whether a key lawyer is charging $900 an hour or $1,150 an hour. But for legal matters where their future isn't on the line, companies are pushing for—and winning—significant price breaks.

"We almost always negotiate rates down from the rack rates," said Randal S. Milch, general counsel for phone giant Verizon Communications Inc. VZ +0.29% The result, he said, is a "not-insignificant discount."

For the bread-and-butter work that many big law firms rely on, haggling has become the norm. Many clients grew accustomed to pushing back on price during the recession and continue to demand discounts.

Some companies insist on budgets for their legal work. If a firm billing by the hour exceeds a set cap, lawyers may have to write off some of that time.

Other clients refuse to work with firms who don't discount, lopping anywhere from 10% to 30% off their standard rates. Some may grant rate increases to individual partners or associates they deem worthy. Another tactic: locking in prices with tailored multiyear agreements with formulas governing whether clients grant or refuse a requested rate increase.

In practical terms, that means the gap between law firms' sticker prices and the amount of money they actually bill and collect from their clients is wider than it has been in years.

According to data collected by Thomson Reuters Peer Monitor, big law firms raised their average standard rate by about 9.3% over the past three years. But they weren't able to keep up on the collection side, where the increase over the same period was just 6%. Firms that used to collect on average about 92 cents for every dollar of standard time their lawyers worked in 2007, before the economic downturn, now are getting less than 85 cents. "That's a historic low," said James Jones, a senior fellow at the Center for the Study of the Legal Profession at Georgetown Law.

To be sure, things have certainly picked up some since the recession, when some clients flat-out refused to pay rate increases.

In the first quarter of 2013, the 50 top-grossing U.S. law firms boosted their partner rates by as much as 5.7%, billing on average between $879 and $882 an hour, according to Valeo Partners. Rates for junior lawyers, whose labors have long been a profit engine for major law firms, jumped even more.

While some clients resisted using associate lawyers during the downturn, refusing to pay hundreds of dollars an hour for inexperienced first- or second-year attorneys, the largest U.S. law firms have managed to send the needle back up again. This year, for the first time, the average rate for associates with one to four years of experience rose to $500 an hour, according to Valeo.

The increases continue the upward trend of 2012, when legal fees in general rose 4.8% and associate billing rates rose by 7.4%, according to a coming report by TyMetrix Legal Analytics, a unit of Wolters Kluwer, WKL.AE +0.95% and CEB, a research and advisory-services company. Those numbers are based on legal-spending data from more than 17,000 law firms.



**2** Steps to Better Foot Health

**3** Opinion: The Power of 218

**4** Shooting Suspect Had Record of Gun Use

**5** Jetpacks Are Coming—From New Zealand

Show 5 More



**Press Release Marketing**
Effective Affordable Distribution. Attract New Clients Now. Learn How!
publicity.24-7pressrelease.com/

**SUPER PC Multiple Monitor**
The Original Multi-Monitor Store! Buy Multi-Screen Computers & Displays
www.Multi-Monitors.com

**world news cnn online**
Improve Network Infrastructure. Expert Advice & Industry Trends.
techtarget.com/Network-Structure

**Content from our Sponsors** [?]





HEBREW NATIONAL
A Southern Spin on Grilled Franks

DIVR.IT
Arroz con Pollo al Estilo Puertorriqueño

HCPLIVE
Kids with Neurological Disorders No More Likely to Get Flu Vaccine

More than a dozen leaders at major law firms declined to discuss rate increases on the record, though some said privately that the increase in associate rates could be caused in part by step increases as junior lawyers gain in seniority.

Joe Sims, an antitrust partner at Jones Day and former member of the firm's partnership committee, said clients don't mind paying for associates, as long as they feel they are getting their money's worth.

Sophisticated clients, he said, tend to focus on the overall price tag for legal work, not on individual rates. "They are more concerned about how many people are working on the project and the total cost of the project," Mr. Sims said. "Clients want value no matter who is on the job."

While a handful of elite lawyers have successfully staked out the high end—the deal teams at Wachtell, Lipton, Rosen & Katz, for example—legal experts say that client pressure to control legal spending means most law firms must be considerably more flexible on price.

"There will always be some 'bet the company' problem where a client will not quibble about rates," said Mr. Jones, the Georgetown fellow. "Unfortunately, from the law firms' standpoint, that represents a small percentage of the work."

**Write to** Jennifer Smith at jennifer.smith@wsj.com

JOIN THE DISCUSSION
**38 Comments, add yours »**

MORE IN
**Law »**

| Email | Print | | Order Reprints |

THE NEW PORTFOLIO TOOL ON WSJ.COM
THE ULTIMATE INVESTMENT TRACKER
AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS

LEARN MORE

**OMVS Stock Pick Win**
Opportunities Abound with This Company—Invest Today, Free Info!
www.OnTheMoveSystems.com

**Mortgage Rates Hit 2.87%**
White House Program Cuts Up to $1k off Monthly Payments! (3.12% APR)
www.SeeRefinanceRates.com

**Warren Buffett Confesses**
Warren Buffetts Shocking Confession Will Change your Investing Strategy
www.MarketTrendSignal.com

**The End Of Obama?**
This looming scandal could ruin the 44th President and disrupt the...
StansberryResearch.com

**Don't Miss**






Model Behavior Storms Social Media

Top Five Cars at the Frankfurt Motor Show

How Gang Rape Is Changing India's Laws

Billionaire Builds High-End Resort Town in Swiss Alps

**You Might Like**

Woman Tries to Sell Daughter's Virginity

Jeep's new Wrangler makes a statement. You might not want to hear it

**Content from our Sponsors**
What's this?

Immigrant Scientists Launch Braintrust - Create 1000 American Jobs *(Entrepreneur.com)*

Living Together Before Marriage Stalls

Companies are increasingly choosing to generate their own power, delivering a jolt to utilities

Redbox's DVD-rental business is weaker than expected

Three Things Every Leader Should Do in a Meeting (The Inkjet Network)

Made in the west doesn't always work in asia (Singapore Sessions)

How Retailers Beat Amazon At Its Own Game: INFOGRAPHIC (Meet The Future of Retail)

The Worst Business Lawyer Habit: "Punchbowling" (Legal Productivity)

## Add a Comment

View All Comments (38)

JOURNAL COMMUNITY

Community rules

To add a comment please

**Log in**

**Create an Account**

Your real name is required for commenting.

☐ Track replies to my comment

CLEAR    POST



**$1 A WEEK** *for* **12 WEEKS**

**WSJ SUBSCRIBER'S CONTENT PROVIDES:**
- **WSJ Portfolio** a revolutionary investment tool that syncs and tracks all your investments
- **Mobile Apps** global news, in-depth analysis and real time quotes anytime anywhere
- **WSJ Weekend Travel**, real estate, personal finance and expanded lifestyle coverage

SUBSCRIBE NOW

## Editors' Picks



Antibiotics Losing Battle Against Bugs: Report



For TV Shows, It's a Seller's Market



Are You Ready for a Jetpack?



The 400 Richest Americans: Who's New on the List?



Steps to Better Foot Health

☐ ☐ ☐ ☐ ☐ ☐ ☐   Subscribe / Login    Back to Top

| Customer Service | Policy | Advertise | Tools & Features | More |
|---|---|---|---|---|
| Customer Center | Privacy Policy | Advertise | Apps | Register for Free |
| New! Live Help | Data Policy | Place a Classified Ad | Newsletters and Alerts | Reprints |
| Contact Us | Copyright Policy | Sell Your Home | Graphics & Photos | Content Partnerships |
| WSJ Weekend | Subscriber Agreement & Terms of Use | Sell Your Business | Columns | Conferences |
| Contact Directory | Your Ad Choices | Commercial Real Estate Ads | Topics | SafeHouse |
| Corrections | | Recruitment & Career Ads | Guides | Mobile Site |
| | | Franchising | Portfolio | News Archive |
| | | Advertise Locally | Old Portfolio | |

Jobs at WSJ

Copyright ©2013 Dow Jones & Company, Inc. All Rights Reserved

**EXHIBIT E**

- Law.com Home
- Newswire
- LawJobs
- CLE Center
- LawCatalog
- Our Sites
- Advertise

An **ALM** Web site



- This Site
- Law.com Network
- Legal Web

Search the Legal Web   Go >>

- HOME
- THE AM LAW DAILY
- LITIGATION DAILY
- RANKINGS
- VIDEOS
- MAGAZINE
- ADVERTISE
- SUBSCRIBE
- FREE ACCESS
- CONTACT US
- 

## THE AM LAW DAILY

- The Firms
- The Work
- The Score
- The Churn
- The Talent
- The Management
- The World
- The Life

## SURVEYS AND RANKINGS

- AM LAW 100
- AM LAW 200
- AM LAW TECH
- A-LIST
- GLOBAL 100
- CORPORATE SCORECARD
- DEALMAKERS OF
  THE YEAR
- MIDLEVEL ASSOCIATES SURVEY
- SUMMER ASSOCIATES SURVEY
- DIVERSITY SCORECARD
- PRO BONO SCORECARD
- LITIGATION DEPARTMENT OF
  THE YEAR
- LATERALS REPORT
- LAW FIRM LEADERS
- Lifetime Achievers
- Legal Intelligence
- WOMEN PARTNER WATCH

## MAGAZINE

- Current Issue
- Previous Issue
- Search Archive

## SPECIAL REPORTS

- Intellectual Property
- Labor & Employment
- LITIGATION
- FOCUS EUROPE
- ASIAN LAWYER
- STUDENT EDITION

## VIDEOS

## Bookstore

## Legal Recruiters
## Digital Edition

## Hall of Fame

## ALM EVENTS

## SUBSCRIBE

## ADVERTISE

## ABOUT US

## FEATURED SPONSORS

## LAW.COM NETWORK

- Sites
- Jobs
- Verdicts
- LawCatalog
- Experts
- Online CLE
- Legal Intelligence
- Events
- Resources
- Law Firm Papers
- Court Reporters
- Legal Dictionary
- Legal Blogs

## The Firms

April 16, 2012 5:20 PM

### When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer

Posted by Sara Randazzo

Hourly rates just keep rising—and the best-paid lawyers are raising their rates faster than everyone else.

Those are two of the key findings contained in the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011. The report, released Monday, is the second such collaboration between TyMetrix, a company that manages and audits

legal bills for corporate legal departments, and the Corporate Executive Board.

Many of the new rate report's findings echo those contained in the 2010 study, including the fact that rates keep going up, almost across the board, and that the cost of a given matter can vary dramatically depending on a law firm's size and location and its relationship with a particular client.

At the same time, this year's study shows that the legal sector is becoming increasingly bifurcated, with top firms raising rates faster than those at the bottom of the market and large firms charging a premium price based purely on their size.

"What it's really showing is that there's an increased premium being paid for experience and expertise," says Julie Peck, vice president of strategy and market development at TyMetrix. "Some parts of the lawyer market are able to raise rates much more quickly, and are more impervious to economic forces then others."

To compile the current rate report, TyMetrix received permission from its clients to examine legal fees billed to 62 companies across 17 industries including energy, finance, retail, technology, insurance, and health care. The bills, which represent the amount actually paid by the companies in question rather than the amount initially charged, came from more than 4,000 firms in 84 metropolitan areas around the country. Every firm on the 2011 Am Law 100 is represented in the data.

The report's key data points include:

**A Widening Gap:** Hourly rates charged by lawyers in the legal sector's upper echelon grew faster between 2009 and 2011 than those charged by lawyers toiling on the lower rungs. Particularly striking was the jump in associate rates billed by those falling in the report's top quartile: 18 percent on average, to just over $600 per hour. Rates billed by top quartile partners, meanwhile, rose 8 percent, to just under $900 per hour. In the bottom quartile, associate rates rose 4 percent and partner rates rose 3 percent during the same period.

**The Recession's (Minor) Toll:** Even amid the economic downturn, the cost of an hour of a lawyer's time continued to rise faster than key measures of inflation. That said, the legal industry wasn't completely immune to the broader economy's slowdown. After rising 8.2 percent between 2007 and 2008, hourly rates rose just 2.3 percent in 2009. Law firms bounced back a bit last year, with rates climbing 5.1 percent, to an average of $530 an hour.

**Location Counts:** Not surprisingly, lawyers working in major metropolitan areas—where, as the rate report notes, rents are typically higher—are the priciest. An address in Boston, Chicago, Los Angeles, San Francisco, or Washington, D.C., alone adds about $161 to the hourly rate charged by an individual lawyer. Those six cities and Baltimore, Houston, Philadelphia, and San Jose are the ten U.S. markets with the highest hourly rates. With an average partner rate topping $700 per hour and average associate rate of more than $450 per hour, New York is the most expensive market in the country. The least expensive? Riverside, California, where the average partner bills at under $250 per hour and associates bill at just over $300 an hour.

**In the Minority:** A small group of lawyers—12 percent—bucked the trend toward higher fees and actually lowered rates between 2009 to 2011—and 3 percent trimmed rates by $50 or more per hour. (Most of those in the rate-cutting camp were based outside the big six markets identified above.) At the other end of the spectrum, 52 percent of lawyers increased rates by between $25 and $200 or more per hour. Another 18 percent increased rates by less than $25 per hour, and the final 18 percent held rates steady.

**First-Year Blues:** Even before the recession hit, clients balked at paying for what they considered on-the-job training for first-year associates. The latest rate report is likely to reinforce that reluctance, given its finding that using entry-level lawyers adds as much as 20 percent to the cost of a legal matter. The report offers evidence that firms may be accommodating clients on this front: The percentage of bills attributed to entry-level associates dropped from 7 percent in 2009 to 2.9 percent last year.

**Ties That Bind:** The more work one firm handles for a client—and the longer the client relationship extends—the higher the average rate the firm charges. For companies that paid one firm $10 million or more in a single year, the average hourly rate paid was $553 in 2011. By comparison, clients that limited their spending on an individual firm to $500,000 paid that firm an average of $319 per hour.

**Four-Digit Frontier:** Data has consistently shown that many lawyers hesitate to charge more than $1,000 an hour, and in 2011 just under 3 percent of the lawyers covered by the rate report had broken that barrier. Of those, the vast majority were working in the six main legal markets identified above and 60 percent of the time, they billed in increments of one hour or less.

**Playing Favorites:** Across all practice areas, 90 percent of lawyers charged different clients different rates for similar types of work. (The figure for mergers and acquisitions lawyers was 100 percent.) The differences from client to client can be extreme, and were even more pronounced in the current report than in the 2010 edition. Rates charged by intellectual property specialists, for instance, had a median variance of 23.1 percent, while lawyers doing commercial and contract work showed a 18.7 percent median difference.

**Who's Doing What?** A closer look at law firm bills for work performed on litigation and intellectual property assignments shows that the kind of timekeeper billing on a matter varies by practice type. On patent matters, the report shows, 47 percent of hours billed on average are attributed to paralegals, and 37 percent by partners. By comparison, paralegals account for just 8 percent of the work done on labor and employment litigation hours, while partners handle 45 percent.

Make a comment

Comments (1)
Save & Share: Facebook | Del.ic.ious | Digg It | Email |

Reprints & Permissions

## Comments

Report offensive comments to The Am Law Daily.

The Big Law law firm is a dinosaur - a dieing species. This kind of self-interested greed will ultimately kill the beast.

Comment By Publicus - April 17, 2012 at 11:50 AM

**Verify your Comment**

**Previewing your Comment**

Posted by: |

This is only a preview. Your comment has not yet been posted.

[Post]   [Edit]

Your comment could not be posted. Error type:

Your comment has been saved. Comments are moderated and will not appear until approved by the author. Post another comment

The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.

[Continue]

**Post a comment**

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:(Not displayed with comment.)

URL:

☐ Remember personal info?

Comments:

[Preview]  [Post]

theamlawdaily@alm.com

Popular Pages Today

1. When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer 28.88%
2. Dewey Losses Accelerate; Nine More New York Partners Head to the Exits 21.67%
3. Latest Dewey Losses Span the Globe, Push 2012 Departure Figure Above 60 16.61%
4. The Am Law Daily 8.49%
5. Nine IP Litigators Jump from Duane Morris to Cozen 6.57%
6. The Am Law Daily 5.54%
7. O'Melveny Adds Top Capital Markets Partner from Shearman in New York 4.50%
8. With St. Louis Firm Fading, Show Me State Rivals Eye Possible Hires 3.88%
9. Which Firms Are Cashing in on Dewey Departures? 2.26%
10. Paul Weiss Takes Lead on Two Private Equity Deals 2.17%

**EXHIBIT F**

Top Billers - The Wall Street Journal Online - Interactive Graphics      http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

More  [ News, Quotes, Companies, Video ]   [ SEARCH ]

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper   Columns   Blogs   Topics   Journal Community

Home   World   U.S.   New York   Business   Markets   Tech   Personal Finance   Life & Culture   Opinion   Careers   Real Estate

Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first   < prev   1 | 2 | 3   next >   last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Radke, Kirk A. | Kirkland & Ellis LLP | Corporate | | | $1,250 | Reader's Digest Association Inc | 2010 |
| Taplin, Ian | Kirkland & Ellis LLP | Tax | | | $1,220 | Visteon Corp. | 2010 |
| Schmidt, Gerhard | Weil Gotshal | Finance | Corporate | Mergers and Acquisition | $1,165 | Aleris International | 2010 |
| Gon, Michele Y.L. | Baker McKenzie | Real Estate | Mergers and Acquisition | Intellectual Property | $1,163 | Metro-Goldwyn Liquidation Company | 2010 |
| Shuster, Andrew | Cleary Gottlieb | Bankruptcy | | | $1,160 | Truvo | 2010 |
| McDonald, Michael | Cleary Gottlieb | Corporate | Mergers and Acquisition | | $1,160 | Truvo | 2010 |
| Vandermeersch, Dirk | Cleary Gottlieb | Environmental Litigation | Litigation | | $1,130 | Truvo | 2010 |
| Reding, Jacques | Cleary Gottlieb | Bankruptcy | Mergers and Acquisition | Equities | $1,130 | Truvo | 2010 |
| McArdle, Wayne P. | Gibson Dunn | Corporate | | | $1,110 | Reader's Digest Holding Inc | 2010 |
| DuBois, Pierre-Andre | Kirkland & Ellis LLP | Intellectual Property | | | $1,105 | Reader's Digest Association Inc | 2010 |
| Scheler, Brad | Fried Frank | Bankruptcy | | | $1,100 | Stations Casinos | 2010 |
| Lewin-Smith, Guy | Debevoise & Plimpton LLP | Corporate | | | $1,080 | MIG Inc | 2010 |
| Brown, Michael | Jones Day | Finance | Litigation | Regulatory | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Coffey, Lea | Jones Day | Litigation | International Law | Energy | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Stueck, Barnaby C. | Jones Day | Bankruptcy | | | $1,075 | Lehman Brothers Holding Inc | 2010 |
| Kerlan, Michael A. | Gibson Dunn | Litigation | | | $1,075 | Amato | 2010 |
| Brockway, David | Bingham McCutchen | Corporate | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Magee, John B. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Nelson, William F. | Bingham McCutchen | Tax | | | $1,065 | Lehman Brothers Holding Inc | 2010 |
| Pisillo, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2010 |
| Meyerson, Lee | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1,050 | Washington Mutual | 2010 |
| Nesgos, Peter | Milbank Tweed | Finance | | | $1,050 | Sea Launch Company | 2010 |
| Clayton, Lewis | Paul Weiss | Intellectual Property | | | $1,050 | SP Wind Down Inc | 2010 |
| Flader, Robert | Paul Weiss | Labor and Employment | | | $1,050 | SP Wind Down Inc | 2010 |
| Rothenberg, Peter | Paul Weiss | Corporate | Tax | | $1,050 | SP Wind Down Inc | 2010 |
| Baronsky, Kenneth J. | Milbank Tweed | Bankruptcy | Mergers and Acquisition | Securities Litigation | $1,050 | Stations Casinos | 2010 |
| Palmer, Deryck A. | Cadwalader | Finance | Bankruptcy | Mergers and Acquisition | $1,050 | Lyondell Chemical Company | 2010 |
| Aronzon, Paul | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |

Top Billers - The Wall Street Journal Online - Interactive Graphics        http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|------|------|-----------------|-----------------|-----------------|-------------|-----------|------|
| Bray, Gregory | Milbank Tweed | Bankruptcy | | | $1,050 | Midway Games Inc | 2010 |
| Dunne, Dennis | Milbank Tweed | Bankruptcy | | | $1,050 | Lehman Brothers Holding Inc | 2010 |
| Schiff, Kenneth E. | Weil Gotshal | Mergers and Acquisitions | | | $1,030 | Extended Stay Inc | 2010 |
| Kar, Partha | Kirkland & Ellis LLP | Bankruptcy | | | $1,000 | Reader's Digest Association Inc | 2010 |
| Budd, Thomas M. | Gibson Dunn | Finance | | | $1,027 | Lehman Brothers Holding Inc | 2010 |
| Moore, Robert Jay | Milbank Tweed | Bankruptcy | | | $1,025 | Calm Jumper | 2010 |
| Dakin-Grimm, Linda | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Davis, Trayton M. | Milbank Tweed | Finance | Bankruptcy | Investment Funds Litigation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Grushkin, Jay D. | Milbank Tweed | International Law | Finance | Transportation | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Heller, David S. | Lehman Watkins | Bankruptcy | | | $1,025 | In re: NEC Holdings Corp. | 2010 |
| Hirschfeld, Michael | Milbank Tweed | Tax | Real Estate | Finance | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Magold, Rainer | Milbank Tweed | Finance | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Tomback, Andrew E. | Milbank Tweed | Litigation | Finance | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Sharp, Richard | Milbank Tweed | Litigation | | | $1,025 | Lehman Brothers Holding Inc | 2010 |
| Clowry, Karl J.K. | Paul Hastings | Corporate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Eagan, Mark J. | Paul Hastings | Real Estate | | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| O'Sullivan, Ronan P. | Paul Hastings | Corporate | Real Estate | | $1,021 | Lehman Brothers Holding Inc | 2010 |
| Lincer, Richard S. | Cleary Gottlieb | Corporate | Finance | Mergers and Acquisition | $1,020 | Truvo | 2010 |
| Duncan, James A. | Cleary Gottlieb | Finance | Tax | | $1,020 | Truvo | 2010 |
| Peassie, James | Cleary Gottlieb | Tax | | | $1,020 | Truvo | 2010 |
| Gorin, William F. | Cleary Gottlieb | Corporate | Government | Capital Markets | $1,020 | Truvo | 2010 |
| Moloney, Thomas J. | Cleary Gottlieb | Bankruptcy | Litigation | Finance | $1,020 | Truvo | 2010 |

<< first  < prev  1 | 2 | 3 | next >  last >>

*Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.*

(See correction.)
Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

**WSJ.com Account:**
My Account
Subscriber Billing Info

**Create an Account:**
Register for Free
Subscribe Now

**Help & Information Center:**
Help
Customer Service
Contact Us
New on WSJ.com
Tour the new Journal

**About:**
News Licensing
Advertising
Advertise Locally
Conferences
About Dow Jones
Privacy Policy - Updated
Subscriber Agreement &
Terms of Use - Updated
Copyright Policy
Jobs at WSJ.com

**WSJ.com:**
Site Map
Home
World
U.S.
New York
Business
Markets
Market Data
Tech
Personal Finance
Life & Style
Opinion
Autos
Careers
Real Estate
Small Business
Student Journal
Corrections

**Tools & Formats:**
Today's Paper
Video Center
Graphics
Columns
Blogs
Topics
Guides
Alerts
Newsletters
Mobile
Tablet Edition
Podcasts
RSS Feeds
Journal Community
WSJ on Twitter
WSJ on Facebook
WSJ on Foursquare
My Journal

**Digital Network**
WSJ.com
Marketwatch.com
Barrons.com
SmartMoney.com
AllThingsD.com
FINS: Finance, IT Jobs, Sales Jobs
BigCharts.com
Virtual Stock Exchange
WSJ Radio
ProfessorJournal.com
WSJ U.S. Edition
WSJ Asia Edition
WSJ Europe Edition
WSJ India Page
Foreign Language Editions:

Top Billers - The Wall Street Journal Online - Interactive Graphics          http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

Friday, February 25, 2011 As of 9:34 AM PST

| | News, Quotes, Companies, Video | SEARCH |

Today's Paper   Columns   Blogs   Topics   Journal Community

Home   World   U.S.   New York   Business   Markets   Tech   Personal Finance   Life & Culture   Opinion   Careers   Real Estate
Small Business

FEBRUARY 23, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first   < prev   1   2   3   next >   last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Aleksander, Nicholas P.B. | Gibson Dunn | Tax | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Rocher, Philip | Gibson Dunn | Litigation | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Thomas, Andrew S.V. | Gibson Dunn | Corporate | | | $1,018 | Lehman Brothers Holding Inc | 2010 |
| Blyth, Mark | Linklaters | Litigation | | | $1,016 | Nortel Networks | 2010 |
| Cox, Tim | Linklaters | Corporate | | | $1,016 | Nortel Networks | 2010 |
| Sachdev, Neel V. | Kirkland & Ellis LLP | Corporate | | | $1,015 | Visteon Corp. | 2010 |
| Mayo, David | Paul Weiss | Tax | | | $1,015 | BP Wind Down Inc | 2010 |
| Cohen, Joel | Gibson Dunn | Bankruptcy | | | $1,014 | Almatis | 2010 |
| Sullivan, Peter | Gibson Dunn | Intellectual Property | Litigation | | $1,014 | Almatis | 2010 |
| Trinklein, Jeffrey | Gibson Dunn | Tax | Employee Benefits | Energy | $1,014 | Almatis | 2010 |
| Vance, Janet L. | Gibson Dunn | Finance | Corporate | | $1,014 | Almatis | 2010 |
| Buffone, Steven P. | Gibson Dunn | Energy | Corporate | Finance | $1,008 | Almatis | 2010 |
| Jowitt, Justin S. | Paul Hastings | Finance | | | $1,004 | Lehman Brothers Holding Inc | 2010 |
| Gander, Fred R. | Dewey LeBoeuf LLP | Finance | Tax | Corporate | $1000 | Ambac | 2010 |
| Vyskocil, Mary Kay | Simpson Thacher | Insurance | Litigation | | $1000 | Washington Mutual | 2010 |
| Brown, Alvin | Simpson Thacher | Employee Benefits | Executive Compensation | | $1000 | American Safety Razor Company | 2010 |
| Etherton, Joanne | Weil Gotshal | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| McCahill, Dominic T. | Weil Gotshal | Bankruptcy | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Tringali, Joseph F. | Simpson Thacher | Litigation | Antitrust | Intellectual Property | $1000 | American Safety Razor Company | 2010 |
| Francfiles, Michael | Weil Gotshal | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Keller, Andy | Gibson Dunn | Corporate | Energy | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Nave, Douglas | Weil Gotshal | Antitrust | Finance | Mergers and Acquisition | $1000 | Motors Liquidation Company | 2010 |
| Norwood, Andrew N. | Weil Gotshal | Finance | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Ostrager, Barry R. | Simpson Thacher | Litigation | | | $1000 | Washington Mutual | 2010 |
| Horspool, Anthony | Weil Gotshal | Bankruptcy | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Kelly, Jacky | Weil Gotshal | Bankruptcy | Finance | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Nicklin, Michael | Weil Gotshal | Bankruptcy | Finance | Equities | $1000 | Lehman Brothers Holding Inc | 2010 |
| Shankland, Matthew | Weil Gotshal | Alternative Dispute Resolution | | | $1000 | Lehman Brothers Holding Inc | 2010 |
| Martin, Sajjan | Allen & Overy LLP | Labor and Employment | | | $1,152 | BearingPoint | 2009 |

1 of 3

Top Billers - The Wall Street Journal Online - Interactive Graphics        http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Huber, John J. | Latham Watkins | Capital Market | | | $1,120 | Aviza Technology | 2009 |
| Reynolds, Michael | Allen & Overy LLP | Mergers and Acquisitions | | | $1,111 | Chemtura Corp. | 2009 |
| Norley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,110 | Chemtura Corp. | 2009 |
| Norley, Lyndon E. | Kirkland & Ellis LLP | Bankruptcy | | | $1,100 | Reader's Digest Association Inc | 2009 |
| Reiss, John M. | White & Case | Mergers and Acquisitions | Equities | | $1,100 | Heartland Automotive Holdings | 2009 |
| Gillespie, Stephen | Kirkland & Ellis LLP | Corporate | | | $1,080 | Chemtura Corp. | 2009 |
| Nakata, Nobuo | Allen & Overy LLP | Corporate | | | $1,077 | BearingPoint | 2009 |
| Brown, Stephen | Latham Watkins | Employee Benefits | | | $1,065 | Aviza Technology | 2009 |
| Chandic, Kenneth D. C. | Latham Watkins | Mergers and Acquisitions | | | $1,065 | Aviza Technology | 2009 |
| Finn, Sean | Latham Watkins | Tax | | | $1,065 | Aviza Technology | 2009 |
| Safran, Lawrence | Latham Watkins | Finance | | | $1,065 | Aviza Technology | 2009 |
| Verburg, Leonard | Allen & Overy LLP | Labor and Employment | | | $1,065 | BearingPoint | 2009 |
| Lee-Lim, Jiyeon | Latham Watkins | International Law | Tax | | $1,065 | Spansion | 2009 |
| Pistilio, Bernie | Shearman & Sterling LLP | Tax | | | $1,065 | Worldspace | 2009 |
| Salder, Michael A. | Latham Watkins | Bankruptcy | | | $1,065 | Spansion | 2009 |
| Eckkemarre, Christiaan | Allen & Overy LLP | Corporate | | | $1,052 | BearingPoint | 2009 |
| Pohl, Timothy | Skadden | Bankruptcy | Litigation | | $1,050 | Verasun Energy Corporation | 2009 |
| Lauria, Thomas | White & Case | Bankruptcy | | | $1,050 | Global Safety Textiles | 2009 |
| Mulaney, Charles W. | Skadden | Mergers and Acquisitions | | | $1,050 | Hartmarx | 2009 |
| Rosen, Mathew A. | Skadden | Tax | | | $1,050 | Hartmarx | 2009 |
| Zirinsky, Bruce | Cadwalader | Bankruptcy | | | $1,050 | TH Agriculture | 2009 |

<<first   < prev   1   2   3   next >   last >>

Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.

(See correction.)

Write to the Online Journal's editors at newseditors@wsj.com
Return To Top



2/25/2011 9:39 AM

**WSJ.com Account:**
My Account
Subscriber Billing Info

**Create an Account:**
Register for Free
Subscribe Now

**Help & Information Center:**
Help
Customer Service
Contact Us
New on WSJ.com
Tour the new Journal

**About:**
News Licensing
Advertising
Advertise Locally
Conferences
About Dow Jones
Privacy Policy - Updated
Subscriber Agreement &
Terms of Use - Updated
Copyright Policy
Jobs at WSJ.com

**WSJ.com:**
Site Map
Home
World
U.S.
New York
Business
Markets
Market Data
Tech
Personal Finance
Life & Style
Opinion
Autos
Careers
Real Estate
Small Business
Student Journal
Corrections

**Tools & Formats:**
Today's Paper
Video Center
Graphics
Columns
Blogs
Topics
Guides
Alerts
Newsletters
Mobile
Tablet Edition
Podcasts
RSS Feeds
Journal Community
   WSJ on Twitter
   WSJ on Facebook
   WSJ on Foursquare
My Journal

**Digital Network**
WSJ.com
MarketWatch.com
Barrons.com
SmartMoney.com
AllThingsD.com
FINS: Finance, IT Jobs, Sales Jobs
BigCharts.com
Virtual Stock Exchange
WSJ Radio
Professorjournal.com
WSJ.U.S. Edition
WSJ.Asia Edition
WSJ.Europe Edition
WSJ India Page

Foreign Language Editions:

Top Billers - The Wall Street Journal Online - Interactive Graphics    http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

Case4:94-cv-02307-CW   Document1850-2   Filed03/04/11   Page36 of 37

More ›     | News, Quotes, Companies, Video |  SEARCH |

Friday, February 25, 2011 As of 9:34 AM PST

Today's Paper   Columns   Blogs   Topics   Journal Community

Home   World   U.S.   New York   Business   Markets   Tech   Personal Finance   Life & Culture   Opinion   Careers   Real Estate   Small Business

FEBRUARY 22, 2011

# Top Billers

Top attorneys in the U.S. are asking for as much as $1,250 an hour, according to recent court filings, significantly more than in previous years, as they take advantage of big clients willing to pay top dollar even amid the downturn. The move is contributing to price inflation across the struggling $100 billion global corporate law firm industry, where lawyers often study rival attorney fee filings in bankruptcy cases. See which attorneys had some of the highest-known hourly rates in 2010 and 2009. Click on column headers to sort.

<< first  < prev  [ 1 ] 2  3  next >  last >>

| Name | Firm | Practice Area 1 | Practice Area 2 | Practice Area 3 | Hourly Rate | Case Name | Date |
|---|---|---|---|---|---|---|---|
| Milmoe, J. Gregory | Skadden | Bankruptcy | | | $1,050 | Interstate Bakeries | 2009 |
| Braun, Ellen | Allen & Overy LLP | Antitrust | | | $1,038 | Chemtura Corp. | 2009 |
| Stroll, Neal | Skadden | Antitrust | | | $1,035 | Verasun Energy Corporation | 2009 |
| Hayman, Linda C. | Skadden | Corporate | Mergers and Acquisition | | $1,035 | Interstate Bakeries | 2009 |
| Neckles, Peter J. | Skadden | Finance | | | $1,032 | Interstate Bakeries | 2009 |
| MacLachlan, James | Baker McKenzie | Tax | | | $1,029 | Milacron | 2009 |
| Keck, Colleen | Allen & Overy LLP | Corporate | Intellectual Property | | $1,029 | BearingPoint | 2009 |
| Keither, Eileen | Allen & Overy LLP | Mergers and Acquisitions | | | $1,029 | BearingPoint | 2009 |
| Feuillat, Francois | Vinson & Elkins | Capital Markets | Energy | International Law | $1,029 | MPF Holding US LLC and Official Committee Of Unsecured Creditors | 2009 |
| Rievman, David | Skadden | Tax | | | $1,026 | Mark IV Industries | 2009 |
| Davenport II, Kirk | Latham Watkins | Capital Markets | | | $1,025 | Dayton Superior | 2009 |
| Clayton, Leslie | Paul Weiss | Intellectual Property | | | $1,025 | Tronox | 2009 |
| Fisch, Peter | Paul Weiss | Real Estate | | | $1,025 | Tronox | 2009 |
| Kornberg, Alan | Paul Weiss | Bankruptcy | | | $1,025 | Tronox | 2009 |
| Schmek, Terry | Paul Weiss | Finance | | | $1,025 | Tronox | 2009 |
| Smith, Mark | Skadden | Corporate | | | $1,013 | Mark IV Industries | 2009 |
| Hyde, Mark | Clifford Chance | Bankruptcy | | | $1,006 | Lyondell Chemical Company | 2009 |
| Butters, James | Clifford Chance | Mergers and Acquisitions | | | $1,006 | Lyondell Chemical Company | 2009 |
| Saferstein, Jeffrey | Paul Weiss | Bankruptcy | | | $1,005 | Samsonite Company | 2009 |
| Meyerson, Lisa | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1000 | Washington Mutual | 2009 |
| Finley, John | Simpson Thacher | Mergers and Acquisitions | | | $1000 | Lehman Brothers Holding Inc | 2009 |
| Gover, Alan | White & Case | Bankruptcy | | | $1000 | Hospital Partners | 2009 |

<< first  < prev  [ 1 ] 2  3  next >  last >>

Source: Valeo partners, Washington, D.C. Notes: Based on recent filings in a range of bankruptcy cases. Some lawyers may have standard hourly rates above what they charged in these cases.
(See correction.)
Write to the Online Journal's editors at newseditors@wsj.com
Return To Top

1 of 2                                                                    2/25/2011 9:40 AM

**EXHIBIT G**

An ALM web site

**DAILY REPORT**

4:19 P.M. EST
Tuesday, February 22, 2011

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Home | News Sections | Court Opinions | Court Calendars | Public Notices | Bench Guide | How to Advertise | Contact Us

**Going Rate Home Page >>**  All records for firms in San Francisco CA United States

* Click on any firm, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related rates

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adelson, Eliot A. | Partner | Litigation | Kirkland and Ellis | San Francisco | CA | United States |  |  |  |  |  |  |
| Agarwal, Aaron L. | Associate |  | Jones Day | San Francisco | CA | United States |  |  |  |  |  |  |
| Allioff, Hans J. | Associate |  | Kirkland and Ellis | San Francisco | CA | United States |  |  |  |  |  |  |
| Baker, James P. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | 1980 | 1980 |  |  | 520 | 750 |
| Bass, Eric | Associate | Business Restructuring and Reorganization | Farella Braun and Martel | San Francisco | CA | United States |  |  |  | 400 | 745 | 775 |
| Bonventi, Peter J. | Partner | Business and Finance Commercial Litigation | Jones Day | San Francisco | CA | United States | 1974 | 1974 |  |  |  |  |
| Berning, Scott M. | Associate |  | Morgan Lewis and Bockius | San Francisco | CA | United States |  |  |  |  | 595 |  |
| Berkelbat, David M. | Partner | Litigation (Bankruptcy) and Realstic | Pachulski Stang Ziehl and Jones | San Francisco | CA | United States | 2007 | 2008 |  |  |  | 345 |
| Boesch, Martha | Partner | Corporate, Criminal Investigations | Jones Day | San Francisco | CA | United States |  | 1986 |  |  |  | 725 |
| Borowski, Jeffrey | Partner | White Collar Crime, Commercial Litigation | K and L Gates | San Francisco | CA | United States |  |  |  | 525 | 590 |  |
| Brown, David W. | Partner | Business and Finance Tort and Environmental Litigation | Covington and Burling | San Francisco | CA | United States | 1996 | 1996 | 640 |  |  |  |
| Browning, J. Taylor | Associate | Environmental | Morgan Lewis and Bockius | San Francisco | CA | United States |  | 1994 |  |  |  | 550 |
| Buonaiuto, Brenda N. | Partner | Corporate Finance and Healthcare | King and Spalding | San Francisco | CA | United States |  |  |  |  | 590 |  |
| Castro, Rich Ann | Associate | Business Restructuring and Reorganization | Farella Braun and Martel | San Francisco | CA | United States |  |  |  | 380 | 675 |  |
| Christenson, C. Brophy | Associate | Business Restructuring and Reorganization | O'Melveny and Myers | San Francisco | CA | United States |  |  |  |  |  |  |
| Christian, Ryan M. | Associate |  | Kirkland and Ellis | San Francisco | CA | United States | 2001 | 2001 | 315 |  |  | 525 |
| Cotral, Micbaeline | Associate |  | Jones Day | San Francisco | CA | United States |  |  |  |  |  |  |
| Crosby, Peter J. | Counsel |  | Jones Day | San Francisco | CA | United States | 1984 | 1984 |  | 565 | 565 | 505 |
| Danby, Doug | Partner | Employment | Farella Braun and Martel | San Francisco | CA | United States |  |  |  | 510 |  |  |
| Dibble, Sara | Partner | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States |  |  |  | 460 |  |  |
| Dippe, Benjamin |  | Complex Commercial | Heller Ehrman | San Francisco | CA | United States |  |  |  | 285 |  |  |
| Disch, Megan |  | Securities Litigation | Heller Ehrman | San Francisco | CA | United States |  |  |  | 575 |  |  |
| Dobrzynski, Daniel T. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2007 | 2007 |  | 525 |  | 350 |
| Douglas, Scott | Partner | Construction | Farella Braun and Martel | San Francisco | CA | United States |  |  |  |  |  |  |
| Dure, Heather | Associate |  | DLA Piper | San Francisco | CA | United States |  |  | 425 |  |  |  |

1 2 3 4

Currently showing 1-25 of 98 results

ALM

An ALM web site

**DAILY REPORT**

| Home | News Sections | Court Opinions | Court Calendar | Court Documents | Public Notices | How to Advertise | Contact Us |

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Going Rate Home Page >>  All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, Country, Graduation or Practice Year for related cited

| Name | Title | Practice Area | Firm | Bench Guide City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Egan, Chantelle C. | Associate | Trial | Jones Day | San Francisco | CA | United States | 2006 | | | | | 325 |
| Eikenberg, Robert L. | Partner | Bankruptcy | Cooley Godward Kronish | San Francisco | CA | United States | | | | | 665 | |
| Engel, G. Larry | Partner | Bankruptcy and Restructuring | Morrison and Foerster | San Francisco | CA | United States | | 2000 | | | 775 | 535 |
| Espinoza, Christy | Associate | Labor and Employment | Farella Braun and Martel | San Francisco | CA | United States | | | | 330 | | |
| Ford, Rupert | Partner | | Jones Day | San Francisco | CA | United States | 1975 | 1975 | 540 | | | |
| Frank, Michael T. | Partner | | DLA Piper | San Francisco | CA | United States | | | | | | |
| Fried, Joshua M. | Partner | Bankruptcy and Restructuring | Pachulski, Stang, Ziehl and Jones | San Francisco | CA | United States | | | | | 515 | |
| Friederich, John E. | Partner | Corporate | Farella Braun and Martel | San Francisco | CA | United States | | | | | 535 | |
| Garrett, Nathaniel P. | Associate | Issues and Appeals | Jones Day | San Francisco | CA | United States | 2006 | | 355 | 355 | | 375 |
| Gehling, Tyler | Associate | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | 2008 | 2008 | 355 | | | |
| Glaster, Dean | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 675 | 605 | | |
| Goldstein, Neil | Partner | Bankruptcy and Creditors Rights | Farella Braun and Martel | San Francisco | CA | United States | | | 745 | 745 | | |
| Green, John | Partner | Insurance Coverage | Farella Braun and Martel | San Francisco | CA | United States | | | | 610 | | |
| Hanaoka, Jon | Partner | Commercial Trial | Farella Braun and Martel | San Francisco | CA | United States | | | | 695 | | |
| Hiatt, Daniel | Associate | Employment | Frick, Herrington and Sutcliffe and Walker | San Francisco | CA | United States | | | | 300 | | |
| Holden, Frederick D. | Partner | Litigation | Frick, Herrington and Sutcliffe | San Francisco | CA | United States | | | 605 | | | |
| Humphreys, Lynn M. | Of Counsel | Global Capital Markets | Morrison and Foerster | San Francisco | CA | United States | | | | | 560 | |
| Jun, Nancy | Associate | Business Litigation | Howrey | San Francisco | CA | United States | | | | 355 | | |
| Joseph, Alex | Partner | Business and Finance | Farella Braun and Martel | San Francisco | CA | United States | | | 465 | 490 | | |
| Karabinchel, Scott D. | Partner | | Farella Braun and Martel | San Francisco | CA | United States | 1994 | 1994 | | | | |
| Keegan, Christopher W. | Associate | | Morgan Lewis and Bockius | San Francisco | CA | United States | | | | | 500 | 550 |
| Kehls, Tobias S. | Partner | | Kirkland and Ellis | San Francisco | CA | United States | 1990 | 1990 | 415 | | | |
| Kim, Jenny | Associate | Business Restructuring and Reorganization | Jones Day | San Francisco | CA | United States | | | 280 | 490 | 800 | 750 |
| Korschner, Carl | Partner | Hospitality | DLA Piper | San Francisco | CA | United States | | | | | | |
| Koulaksian, Shaf | Partner | | O'Melveny and Myers / Farella Braun and Martel | San Francisco | CA | United States | | | | | | |

1 2 3 4
Currently showing 26-50 of 98 results

**ALM**

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

An ALM web site

# DAILY REPORT

4:36 P.M. EST
Tuesday, February 22, 2011

**Going Rate Home Page >>**  All records for firms in San Francisco CA United States

Get premium access 30-day trial!
Subscribe now for under $1 a day.
Receive free daily headlines.

* Click on any Title, Practice Area, Firm, City, State, Country, Graduated or Practicing year for detailed info.

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2005 Rates | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Laubach, Justin | Counsel | Corporate Finance | O'Melveny and Myers | San Francisco | CA | United States | | | | | | 940 | |
| Marshall, Robert G. | Partner | Employee Benefits and Exec Comp | Jones Day | San Francisco | CA | United States | 1997 | 1997 | | | | | 625 |
| Moore, Gary | Associate | Restructuring and | Farella Braun and Martel | San Francisco | CA | United States | | | | | 245 | 540 | |
| McDaniels, Kevin | Partner | Insolvency | Winston and Strawn | San Francisco | CA | United States | | | | | | | |
| | | Trial Practice | | | | | | | | | | | |
| McDonald, Brian D. | Associate | Business and Finance | Jones Day | San Francisco | CA | United States | 2002 | 2002 | | | | | 500 |
| McKone, Mark E. | Partner | Insurance Liability and | Kirkland and Ellis | San Francisco | CA | United States | | | | | 980 | | |
| Myers, William A. | Partner | Recovery | Morgan, Lewis and Bockius | San Francisco | CA | United States | 1992 | 1993 | | | | | 595 |
| Myers, Martin H. | Partner | | Jones Day | San Francisco | CA | United States | 1987 | 1987 | | | | | 700 |
| Nagai, Ashii | Associate | Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | | | | |
| Noske, Casey M. | Associate | | Kirkland and Ellis | San Francisco | CA | United States | | | | | | | |
| Olson, James C. | Partner | Banking and Finance | Jones Day | San Francisco | CA | United States | | | | | 245 | | 395 |
| Okd, Andrea M. | Associate | Labor and Employment | Jones Day | San Francisco | CA | United States | | | | | | | |
| Osgood, Michael C.E. | Associate | Litigation | Kirkland and Ellis | San Francisco | CA | United States | 1979 | 1979 | | | 300 | | 775 |
| Patton, Keisk | Associate | Labor and Employment | O'Melveny and Myers | San Francisco | CA | United States | | | | | 285 | | |
| Petrovic, Karen H. | Of Counsel | California Employment Counseling | Morgan, Lewis and Bockius | San Francisco | CA | United States | | | | | 395 570 | | |
| Pollick, Thomas R. | Partner | | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 750 | | | | |
| Potarby, Alex | Associate | Corporate | Farella Braun and Martel | San Francisco | CA | United States | | | | | | | |
| Rajagopal, Raman | Associate | | Paul Hastings Janofsky and Walker | San Francisco | CA | United States | 2008 | 2008 | | | 465 | | 360 |
| Ritchey, Katherine S. | Partner | Trial Practice | Jones Day | San Francisco | CA | United States | | | | | | | 625 |
| Ritter, Reski | Partner | Business Tax and Investment Funds | O'Melveny and Myers | San Francisco | CA | United States | 1995 | 1995 | | | 675 | | |
| Roche, Laura | Associate | Business Litigation | Farella Braun and Martel | San Francisco | CA | United States | | | | | | | |
| Rodriguez, Noel | Associate | Trial Practice | Jones Day | San Francisco | CA | United States | 2003 | 2003 | 475 | | 485 | | 500 |
| Sakich, Cheryl | Counsel | Tort and Environmental | King and Spalding | San Francisco | CA | United States | 1999 | 1999 | | | 485 | | 455 |
| Schlabert, William | Partner | Private Clients | Farella Braun and Martel | San Francisco | CA | United States | | | 695 | | 725 | | 500 |
| Selling, Jocelyn | Of Counsel | Family Wealth Group | Farella Braun and Martel | San Francisco | CA | United States | | | | | 450 | | 455 |

1 2 3 4

Currently showing 51-75 of 96 results.

ALM

An ALM web site

# DAILY REPORT

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

Home | News Sections | Court Opinions | Court Calendars | Public Notices | How to Advertise | Contact Us

4:58 P.M. EST
Tuesday, February 22, 2011

**Going Rate Home Page >>**  All records for firms in San Francisco CA United States

*Click on any Title, Practice Area, Firm, City, State, County, Graduation Year or Practice Year for related items

| Name | Title | Practice Area | Firm | City | State | Country | Graduated Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|------|-------|---------------|------|------|-------|---------|----------------------|------------------|------------|------------|------------|------------|
| Shepard, Michael | Associate | Securities Litigation | Heller Ehrman | San Francisco | CA | United States | 2008 | 2008 | | 750 | | |
| Shih, Susan | Associate | Labor and Employment | Hunton and Williams | San Francisco | CA | United States | | | | 280 | 325 | |
| Slough, Leah | Associate | Commercial Litigation | K and L Gates | San Francisco | CA | United States | | 2003 | | | 390 | |
| Spooner, Luci | Associate | Commercial Disputes | Kingsmill Spalding | San Francisco | CA | United States | | | | 430 | 410 | |
| Stephens, Eric | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | | 395 | |
| Stewart, Rhonda L. | Associate | Litigation | Arnold and Porter | San Francisco | CA | United States | | | | | 440 | |
| Thistle, Alexandra (Selena) | Associate | | McKelvey and Myers | San Francisco | CA | United States | | | | | | |
| Thomason, Grant | Associate | Labor and Employment | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Tognoli, Christine D. | Associate | Tax | Paul, Hastings, Janofsky and Walker | San Francisco | CA | United States | | | 325 | | | |
| Triplett, Holden | Associate | | | | | | | | | | | |
| Trobello, Robert A. | Partner | Business Restructuring and Reorganization | Farella Braun and Martel-Jones Day | San Francisco | CA | United States | | 1999 | | 295 | | 500 |
| Ulland, Suzanne | Partner | Finance, Corporate and Bankruptcy | McKelvey and Myers | San Francisco | CA | United States | | | | 725 | 820 | |
| Vogt, Gary M. | Senior Legal Assistant | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | 295 | 285 | |
| Wagerson, Kristine | Associate | Business Transactions | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Wald, Gregory A. | Senior Attorney | Labor/Employment | Squire Sanders and Dempsey | San Francisco | CA | United States | | | | | 480 | |
| Wessels, Kelly | Associate | Litigation | Kirkland and Ellis | San Francisco | CA | United States | | | | 520 | 395 | |
| Whalen, Joe | Partner | Insurance and Risk Management | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Wilde, Jack L. | Associate | Restructuring | Kirkland and Ellis | San Francisco | CA | United States | | | | | | |
| Wilson, Elizabeth | Counsel | Bankruptcy and Creditors Rights | McKelvey and Myers | San Francisco | CA | United States | | | 385 | 485 | 565 | |
| Woodruff, Kelly | Partner | | Farella Braun and Martel | San Francisco | CA | United States | | | | | | |
| Zerkelman, Michael | Associate | New Century Financial Corp | Heller Ehrman | San Francisco | CA | United States | | | | 515 | | |

1 2 3 4
Currently showing 76-96 of 96 results

About ALM | About Law.com | Customer Support | Hotjobs | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Properties, LLC. All rights reserved.

ALM

**EXHIBIT H**

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 1

May 2009

## BY BILLING RATE

# California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE $ | HOURS | TOTAL $ |
|---|---|---|---|---|---|---|---|---|
| P | Kelly, Jr., Daniel | Davis Polk & Wardwell (CA) | 1986 | 1990 | CA | 960.00 | 17.00 | 16,320.00 |
| P | Cowles, Julia | Davis Polk & Wardwell (CA) | 1990 | 1990 | CA | 955.00 | 17.00 | 16,235.00 |
| P | Duncan, Scott | O'Melveny & Myers LLP (CA) | 1975 | 1975 | CA | 860.00 | 1.10 | 946.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 0.50 | 425.00 |
| P | Ballack, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 799.00 | 0.80 | 639.20 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1978 | CA | 790.00 | 4.50 | 3,555.00 |
| OC | Morris, Michael | Hennigan Bennett & Dorman LLP | 1986 | 1986 | CA | 780.00 | 65.20 | 50,856.00 |
| P | Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 780.00 | 126.10 | 98,358.00 |
| P | Kharasch, Ira D. | | 1982 | 1982 | CA | 780.00 | 217.40 | 169,572.00 |
| P | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | 1982 | 1982 | CA | 780.00 | 0.80 | 624.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1982 | CA | 725.00 | 2.70 | 1,957.50 |
| P | Lamb, Peter | White & Case LLP (CA) | 2005 | 2005 | CA | 725.00 | 0.80 | 580.00 |
| P | Jones, Jeanne E. | Jones Day (CA) | 1976 | 1976 | CA | 680.00 | 101.40 | 69,952.00 |
| P | Irving, Jeanne | Hennigan Bennett & Dorman LLP | 1985 | 1986 | CA | 680.00 | 10.10 | 6,868.00 |
| A | Kwan, Henry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1985 | 1986 | CA | 675.00 | 19.10 | 12,892.50 |
| A | Gordich, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 665.00 | 176.20 | 117,173.00 |
| P | Brown, Kenneth H. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1977 | 1981 | CA | 650.00 | 27.30 | 17,745.00 |
| P | Fidler, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1997 | 1998 | CA | 650.00 | 23.10 | 15,015.00 |
| P | Weissmann, Henry | Munger Tolles & Olson LLC | 1987 | 1987 | CA | 650.00 | 0.50 | 325.00 |
| P | Bertenthal, David M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1989 | 1993 | CA | 645.00 | 35.60 | 22,962.00 |
| P | Montgomery, Cromwell | | 1997 | 1997 | CA | 635.00 | 0.80 | 508.00 |
| P | Brown, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1970 | 1970 | CA | 625.00 | 17.80 | 11,125.00 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 13.50 | 8,235.00 |
| A | White & Case LLP (CA) | | 2003 | 2003 | CA | 600.00 | 193.70 | 116,220.00 |
| A | Darshan, Shiva | | 2003 | 2003 | CA | 600.00 | 183.70 | 110,220.00 |
| P | Vinson, Garth | Munger Tolles & Olson LLC | 1989 | 1988 | CA | 600.00 | 124.60 | 74,760.00 |
| P | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 20.90 | 12,540.00 |
| P | Buchanan, Laura | Klee, Tuchin, Bogdanoff & Stern, LLP | 1991 | 1991 | CA | 590.00 | 0.20 | 118.00 |
| P | Ger Kwang-chen, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 28.50 | 16,530.00 |
| A | Eddy, David | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 570.00 | 2.90 | 1,653.00 |
| A | Heinz, Jeffrey | Munger Tolles & Olson LLC | 1884 | 1984 | CA | 550.00 | 35.10 | 19,305.00 |
| P | Feinstein, Joshua | Munger Tolles & Olson LLC | 1995 | 1995 | CA | 535.00 | 21.40 | 11,449.00 |
| P | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | 1995 | 1995 | CA | 535.00 | 21.40 | 11,449.00 |
| P | Ruman, James | Munger Tolles & Olson LLC | 1997 | 1997 | CA | 525.00 | 25.80 | 13,545.00 |
| A | Morse, Joshua | Hennigan Bennett & Dorman LLP | 2000 | 2000 | CA | 505.00 | 13.10 | 6,615.50 |
| A | Malviki, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 36.50 | 18,250.00 |
| A | Barstrop, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 14.00 | 6,580.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 43.30 | 20,134.50 |
| A | Helrich, Derek | Munger Tolles & Olson LLC | 2005 | 2005 | CA | 455.00 | 508.30 | 228,775.00 |
| A | Nathan, Joseph | Munger Tolles & Olson LLC | 2006 | 2002 | CA | 435.00 | 0.30 | 130.50 |
| A | Wall, Gotshal & Manges LLP (CA) | | 2007 | 2007 | CA | 415.00 | 25.20 | 10,458.00 |
| A | Jasper, M. Lance | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 96.20 | 38,480.00 |
| A | Eskandari, Barney | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 8.80 | 3,520.00 |
| A | Rubio, Eiradira E. | O'Melveny & Myers LLP (CA) | 2006 | 2006 | CA | 395.00 | 8.40 | 3,318.00 |

## California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| A Schneider, Bradley | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $ 395.00 | 1.30 | $ 513.50 |
| A Reardon, Matthew | Weil, Gotshal & Manges LLP (CA) | 2008 | 2008 | CA | 355.00 | 13.50 | 4,792.50 |
| A Guzman, Tanya | O'Melveny & Myers LLP (CA) | | | CA | 330.00 | 2.50 | 825.00 |
| PP Neale, Ross | O'Melveny & Myers LLP (CA) | 2007 | 2007 | | 260.00 | 6.20 | 1,612.00 |
| PP Frankson, Kartha | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 27.60 | 6,210.00 |
| Jeffries, Patricia J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP Pearson, Sande | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | CA | | 215.00 | 1.90 | 408.50 |
| PP Floyd, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 210.00 | 0.30 | 63.00 |
| PP Kootis, Cheryl | Hanrahan Bennett & Dorman LLP | | | | 205.00 | 2.20 | 451.00 |
| CNA Puman, Sharyle | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 125.00 | 2.60 | 325.00 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 2

August 2009

## BY BILLING RATE

## California rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Tobias, Stephen L. | Gibson Dunn & Crutcher, LLP (CA) | 1982 | 1982 | CA | $ 860.00 | 0.10 | $ 86.00 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | CA | 850.00 | 225.00 | 191,250.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 74.40 | 63,240.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 32.90 | 27,965.00 |
| P | Issler, Paul S. | Gibson Dunn & Crutcher, LLP (CA) | 1988 | 1986 | CA | 840.00 | 6.35 | 5,334.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 4.10 | 3,444.00 |
| P | Timmons, Brian | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 72.80 | 59,696.00 |
| P | Blalack, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 810.00 | 40.40 | 32,724.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 20.30 | 16,138.50 |
| P | Qureshi, Danielle | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1993 | 1994 | CA | 775.00 | 9.60 | 7,336.50 |
| P | Averch, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 775.00 | 183.20 | 141,900.00 |
| P | Keller, Tobias | Jones Day (CA) | 1990 | 1990 | CA | 750.00 | 1.90 | 1,425.00 |
| P | Baker, James | Jones Day (CA) | 1980 | 1980 | CA | 750.00 | 0.20 | 150.00 |
| P | Winston, Eric D. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1999 | 1999 | CA | 740.00 | 7.10 | 5,254.00 |
| P | Ong, Johanna Y. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 740.00 | 6.30 | 4,662.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 10.10 | 7,322.50 |
| A | Block, Jeffrey E | Sidley Austin Brown & Wood LLP (CA) | 1997 | 1998 | CA | 700.00 | 10.90 | 7,630.00 |
| A | Mayer, Martin | Jones Day (CA) | 1987 | 1987 | CA | 700.00 | 26.50 | 18,550.00 |
| A | Grasgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 695.00 | 4.50 | 3,127.50 |
| A | Glassman, Mark E. | White & Case LLP (CA) | 1991 | 1992 | CA | 685.00 | 117.70 | 80,624.50 |
| P | Arabi, Dora | Gibson Dunn & Crutcher, LLP (CA) | 1995 | 1995 | CA | 675.00 | 39.40 | 26,595.00 |
| A | Gorski, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 635.00 | 221.50 | 147,287.50 |
| P | Montgomery, Cromwell | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1997 | CA | 635.00 | 2.50 | 1,587.50 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 11.50 | 7,015.00 |
| A | Darrahim, Shiva | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 217.50 | 130,500.00 |
| A | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 600.00 | 74.90 | 44,940.00 |
| A | Trodella, Robert | Jones Day (CA) | 1996 | 1996 | CA | 600.00 | 35.30 | 21,180.00 |
| A | Ger Kwang-chen, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 54.20 | 31,436.00 |
| OC | Metcalf, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 12.40 | 7,130.00 |
| A | Eidel, David | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 575.00 | 0.50 | 287.50 |
| C | Crosby IV, Peter | Jones Day (CA) | 1984 | 1984 | CA | 565.00 | 13.30 | 7,514.50 |
| A | Martin, Jill | White & Case LLP (CA) | 2006 | 2006 | CA | 550.00 | 45.80 | 25,190.00 |
| A | Correa, Micheline | Jones Day (CA) | 2001 | 2001 | CA | 525.00 | 1.70 | 892.50 |
| QC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| A | Makills, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 175.30 | 87,650.00 |
| A | Rodriguez, Noel | Jones Day (CA) | 2003 | 2003 | CA | 500.00 | 41.80 | 20,900.00 |
| A | Heyn, Matthew | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 495.00 | 111.80 | 55,341.00 |
| A | Barafouz, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 4.10 | 1,927.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 302.70 | 140,755.50 |
| A | Chun, Sibyl | White & Case LLP (CA) | 2008 | 2008 | CA | 460.00 | 162.10 | 74,566.00 |

# California rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A | Morrison, Kelley M | White & Case LLP (CA) | 2008 | 2008 | CA | $ 460.00 | 105.50 | $ 48,530.00 |
| A | Hawk, Jonathan | White & Case LLP (CA) | 2007 | 2007 | CA | 460.00 | 20.30 | 9,338.00 |
| P | Phillip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 15.00 | 6,750.00 |
| P | Larsen, J David | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 10.00 | 4,500.00 |
| A | Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 366.70 | 157,681.00 |
| A | Fizmaridel, Courtney | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 23.20 | 9,976.00 |
| A | Dickerson, Matthew | Sidley Austin Brown & Wood LLP (CA) | 2007 | 2007 | CA | 426.60 | 25.30 | 10,752.90 |
| A | Tran, William | Sidley Austin Brown & Wood LLP (CA) | 2006 | 2006 | CA | 425.00 | 5.40 | 2,295.00 |
| A | Nathan, Joseph | Weil, Gotshal & Manches LLP (CA) | 2007 | 2007 | CA | 415.00 | 61.50 | 25,522.50 |
| A | Wilson, Lorna S. | Gibson Dunn & Crutcher LLP (CA) | 2008 | 2008 | CA | 400.00 | 4.00 | 1,600.00 |
| A | Smonds, Ariella | Sidley Austin Brown & Wood LLP (CA) | 2008 | 2008 | CA | 375.00 | 49.30 | 18,487.50 |
| A | Deerihan, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 4.70 | 1,410.00 |
| A | Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 2.10 | 630.00 |
| A | Elliot, Kerin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 250.00 | 4.90 | 1,225.00 |
| LIB | Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP | Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 220.00 | 40.60 | 8,729.00 |
| PP | Krycler, Michelle | McKenna Long & Aldridge LLP (CA) | | | CA | 215.00 | 36.00 | 7,740.00 |
| PP | Pearson, Sandra | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 218.00 | 36.00 | 7,740.00 |
| PP | Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| LIB | Jones, Carla H. | Gibson Dunn & Crutcher LLP (CA) | | | | 165.00 | 0.50 | 82.50 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 3

December 2009

## BY BILLING RATE

# California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL $ |
|---|---|---|---|---|---|---|---|---|
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | CA | $865.00 | 287.62 | $ 248,791.30 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | | 850.00 | 392.60 | 333,710.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | | 850.00 | 201.40 | 171,190.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | | 850.00 | 68.80 | 58,480.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | | 850.00 | 68.00 | 57,800.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | CA | 840.00 | 1.00 | 840.00 |
| A | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1976 | 1976 | CA | 825.00 | 256.25 | 211,406.25 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 825.00 | 240.60 | 197,282.00 |
| P | Timmons, Brian | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 80.20 | 65,764.01 |
| P | Lyons, Duane | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1986 | 1986 | CA | 820.00 | 279.30 | 228,603.50 |
| P | Orgel, Robert B. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1981 | CA | 795.00 | 188.50 | 149,892.50 |
| P | Richards, Jeremy | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1980 | 1981 | CA | 795.00 | 94.00 | 74,730.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 785.00 | 20.30 | 16,135.50 |
| P | Parker, Daryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1999 | 1899 | CA | 785.00 | 54.00 | 39,860.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 740.00 | 11.20 | 6,288.00 |
| P | Weston, Eric D. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 740.00 | 10.10 | 7,322.50 |
| P | Winston, Eric D. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1987 | 1987 | CA | 740.00 | 5.50 | 3,872.50 |
| A | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1982 | CA | 695.00 | 3.40 | 2,363.00 |
| P | Grassgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1983 | 1983 | CA | 695.00 | 60.80 | 41,040.00 |
| C | Cline, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1969 | 1970 | CA | 675.00 | 16.60 | 11,205.00 |
| C | Cho, Shirley | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1988 | 1987 | CA | 675.00 | 16.60 | 11,205.00 |
| C | Hochman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1966 | 1987 | CA | 675.00 | 14.80 | 9,990.00 |
| A | Parker, Daryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1995 | 1985 | CA | 650.00 | 1.40 | 910.00 |
| A | Mahoney, James | Gibson Dunn & Crutcher, LLP (CA) | 1985 | 1985 | CA | 650.00 | 1.40 | 910.00 |
| A | Adash, Dara | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | 610.00 | 3.70 | 2,257.00 |
| A | Davids, Norm | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | 610.00 | 3.70 | 2,257.00 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 1987 | 1987 | CA | 585.00 | 100.80 | 59,976.00 |
| A | Newman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1998 | 1997 | CA | 585.00 | 32.50 | 19,337.50 |
| A | Newman, Victoria | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1997 | CA | 585.00 | 19.40 | 11,543.00 |
| C | Hochman, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 575.00 | 57.60 | 33,120.00 |
| A | Dinkelman, Jennifer | Klee, Tuchin, Bogdanoff & Stern, LLP | 1998 | 1998 | CA | 575.00 | 1.40 | 805.00 |
| OC | Metcalf, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 575.00 | 0.70 | 402.50 |
| OC | Brandt, Gina F. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| A | Thein, Matthew | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 525.00 | 109.70 | 54,301.50 |
| A | Brown, Ellen | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 495.00 | 0.50 | 247.50 |
| A | Bashton, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 2.10 | 987.00 |
| A | Liu, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 9.80 | 4,557.00 |
| P | Phillip, Laurence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 2.70 | 1,215.00 |
| A | Guess, Joseph | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 402.90 | 173,247.00 |
| PP | Santos, Joseph C. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | | | CA | 330.00 | 16.60 | 17,748.00 |
| A | Elliot, Klein | Klee, Tuchin, Bogdanoff & Stern, LLP | | | CA | 300.00 | 16.60 | 4,980.00 |
| A | Elliot, Klein | Quinn Emanuel Urquhart Oliver & Hedges, LLP | | | CA | 250.00 | 20.30 | 5,075.00 |
| PP | Lacroix, Katrina | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 2008 | 2008 | CA | 250.00 | 20.30 | 5,075.00 |
| LIB | Forestall, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 250.00 | 4.90 | 1,225.00 |

# California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| LIG Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | $ 250.00 | 1.80 | $ 450.00 |
| PP Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 47.90 | 10,777.50 |
| PP Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP Harmon, Felice | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP Gryckiewicz, Michelle | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 60.40 | 12,986.00 |
| PP Pearson, Sandi | Klee, Tuchin, Bogdanoff & Stern, LLP | | | | 215.00 | 52.40 | 11,266.00 |
| PP Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 59.75 | 11,651.25 |
| PP Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 6.00 | 1,170.00 |
| PP Matteo, Mike | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| PP Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 180.00 | 3.00 | 540.00 |
| LS Eisenhart, Christine | McKenna Long & Aldridge LLP (CA) | | | | 180.00 | 3.00 | 540.00 |
| PP Sann, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 16.90 | 2,535.00 |
| PP Bass, John | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 0.80 | 120.00 |

**EXHIBIT I**



## 2010 NLJ Billing Survey

Copyright © 2010, ALM Media Properties, LLC, All Rights Reserved

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Adams and Reese | New Orleans | $265 | $550 | $250 | $344 | $290 | $195 | $229 |
| 2010 | Akerman Senterfitt | Miami | | | | | | | |
| 2010 | Akin Gump Strauss Hauer & Feld | Washington | | | | | | | |
| 2010 | Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles | | | | | | | $405 |
| 2010 | Alston & Bird | Atlanta | $515 | $865 | $450 | $527 | $590 | $270 | |
| 2010 | Andrews Kurth | Houston | | | | | | | |
| 2010 | Archer & Greiner | Haddonfield, NJ | | $560 | $305 | | $340 | $175 | |
| 2010 | Arent Fox | Washington | | $765 | $400 | | $475 | $240 | |
| 2010 | Armstrong Teasdale | St. Louis | | $475 | $300 | | $325 | $200 | |
| 2010 | Arnold & Porter | Washington | | | | | | | |
| 2010 | Baker & Daniels | Indianapolis | | | | | | | |
| 2010 | Baker & Hostetler | Cleveland | | | | | | | |
| 2010 | Baker Botts L.L.P | Houston | | | | | | | |
| 2010 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, TN | $312 | $595 | $255 | $357 | $320 | $165 | $231 |
| 2010 | Ballard Spahr | Philadelphia | | | | | | | |
| 2010 | Barnes & Thornburg | Indianapolis | $367 | $613 | $298 | $416 | $355 | $225 | $261 |
| 2010 | Bass, Berry & Sims | Nashville, TN | | | | | | | |
| 2010 | Benesch, Friedlander, Coplan & Aronoff | Cleveland | $315 | $675 | $350 | $335 | $360 | $195 | $245 |
| 2010 | Best Best & Krieger | Riverside, Calif. | | $550 | $310 | | $395 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Bingham McCutchen | Boston | | | | | | | |
| 2010 | Blank Rome | Philadelphia | $510 | $855 | $440 | $615 | $550 | $250 | $361 |
| 2010 | Bond, Schoeneck & King | Syracuse, NY | $280 | $475 | $220 | $309 | $280 | $160 | $208 |
| 2010 | Briggs and Morgan | Minneapolis | $373 | $600 | $290 | $437 | $315 | $210 | $240 |
| 2010 | Brinks Hofer Gilson & Lione | Chicago | $435 | $725 | $345 | $541 | $420 | $195 | $308 |
| 2010 | Broad and Cassel | Orlando, FL | $307 | $475 | $260 | $372 | $350 | $175 | $242 |
| 2010 | Brown Rudnick | Boston | | | | | | | |
| 2010 | Brownstein Hyatt Farber Schreck | Denver | $391 | $810 | $295 | $463 | $360 | $200 | $256 |
| 2010 | Bryan Cave | St. Louis | $464 | $790 | $370 | $553 | $550 | $185 | $344 |
| 2010 | Buchalter Nemer | Los Angeles | $415 | $625 | $270 | $490 | $450 | $195 | $328 |
| 2010 | Buchanan Ingersoll & Rooney | Pittsburgh | | $900 | $310 | | $465 | $210 | |
| 2010 | Burr & Forman | Birmingham, AL | $328 | $500 | $210 | $361 | $335 | $200 | $250 |
| 2010 | Butzel Long | Detroit | | $750 | $300 | | $375 | $200 | |
| 2010 | Cadwalader, Wickersham & Taft LLP | New York | | | | | | | |
| 2010 | Cahill Gordon Reindel LLP | New York | | | | | | | |
| 2010 | Carlton Fields | Tampa, FL | $388 | $775 | $325 | $465 | $375 | $195 | $268 |
| 2010 | Chadbourne & Parke | New York | $456 | $995 | $390 | $769 | $625 | $110 | $442 |
| 2010 | Chapman and Cutler | Chicago | | | | | | | |
| 2010 | Clark Hill | Detroit | | | | | | | |
| 2010 | Cooley | Palo Alto, CA | | | | | | | |
| 2010 | Covington & Burling | Washington | | | | | | | |
| 2010 | Cozen O'Connor | Philadelphia | $422 | $880 | $310 | $497 | $585 | $225 | $326 |
| 2010 | Crowell & Moring | Washington | | | | | | | |
| 2010 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $489 | $785 | $675 | $668 | $675 | $290 | $365 |
| 2010 | Davis Wright Tremaine | Seattle | $355 | $795 | $320 | $486 | $435 | $210 | $304 |
| 2010 | Day Pitney | Florham Park, NJ | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Dewey & Leboeuf LLP | New York | | | | | | | |
| 2010 | Dickinson Wright | Detroit | | | | | | | |
| 2010 | Dickstein Shapiro | Washington | $546 | $575 | $355 | | $275 | $195 | |
| 2010 | Dinsmore & Shohl | Cincinnati | $302 | $950 | $525 | $666 | $530 | $265 | $426 |
| 2010 | DLA Piper | Chicago | | $590 | $220 | $360 | $300 | $175 | $222 |
| 2010 | Dorsey & Whitney | Minneapolis | $410 | $795 | $290 | $515 | $440 | $180 | $285 |
| 2010 | Duane Morris | Philadelphia | $483 | $850 | $240 | $550 | $480 | $135 | $349 |
| 2010 | Dykema Gossett | Detroit | $445 | $635 | $360 | $495 | $450 | $225 | $325 |
| 2010 | Eckert Seamans Cherin & Mellott | Pittsburgh | | $625 | $250 | | $320 | $150 | |
| 2010 | Edwards Angell Palmer & Dodge | Boston | $451 | $780 | $345 | $571 | $610 | $200 | $323 |
| 2010 | Epstein Becker & Green | New York | | | | | | | |
| 2010 | Faegre & Benson LLP | Minneapolis | $429 | $850 | $350 | $620 | $450 | $180 | $325 |
| 2010 | Finnegan, Henderson, Farabow, Garrett & Dunner | Washington | | | | | | | |
| 2010 | Fish & Richardson | Boston | | $605 | | | | | |
| 2010 | Fisher & Phillips | Atlanta | | | $340 | | $360 | $220 | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | New York | | $730 | $460 | | $440 | $275 | |
| 2010 | Foley & Lardner | Milwaukee | $554 | $1,035 | | $654 | | $255 | $426 |
| 2010 | Foley Hoag | Boston | | | | | | | |
| 2010 | Ford & Harrison | Atlanta | | $620 | $375 | | | | |
| 2010 | Fowler White Boggs | Tampa, FL | $350 | $675 | $325 | $400 | $390 | $250 | $250 |
| 2010 | Fox Rothschild | Philadelphia | $407 | $690 | $315 | $473 | $315 | $205 | $298 |
| 2010 | Frost Brown Todd | Cincinnati | $279 | $515 | $200 | $326 | $475 | $235 | $189 |
| 2010 | Fulbright & Jaworski | Houston | | | | | $250 | $150 | |
| 2010 | Gardere Wynne Sewell | Dallas | $445 | $815 | $380 | $331 | $445 | $195 | $311 |
| 2010 | Gibbons | Newark, NJ | $404 | $790 | $390 | $479 | $450 | $250 | $289 |
| 2010 | Gibson, Dunn & Crutcher LLP | Los Angeles | | | | | | | |
| 2010 | Godfrey & Kahn | Milwaukee | | $495 | $325 | | $340 | $180 | |
| 2010 | Goodwin Procter | Boston | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Gordon & Rees | San Francisco, CA | | | | | | | |
| 2010 | GrayRobinson | Orlando, FL | | $750 | $225 | | $315 | $150 | |
| 2010 | Greenberg Traurig | New York | $453 | $875 | $355 | $550 | $610 | $200 | $332 |
| 2010 | Harris Beach | Rochester, NY | | $500 | $275 | | $250 | $140 | |
| 2010 | Haynes and Boone | Dallas | | | | | | | |
| 2010 | Hinshaw & Culbertson | Chicago | | | | | | | |
| 2010 | Hiscock & Barclay | Syracuse, NY | $311 | $650 | $195 | $348 | $440 | $150 | $234 |
| 2010 | Hodgson Russ | Buffalo, NY | $328 | $665 | $230 | $374 | $410 | $175 | $238 |
| 2010 | Hogan Lovells | Washington | | | | | | | |
| 2010 | Holland & Hart LLP | Washington | | | | | | | |
| 2010 | Holland & Knight | Washington | $418 | $850 | $300 | $499 | $480 | $185 | $288 |
| 2010 | Holme Roberts & Owen | Denver | $355 | $635 | $285 | $415 | $530 | $170 | $295 |
| 2010 | Honigman Miller Schwartz and Cohn | Detroit | | | | | | | |
| 2010 | Hughes Hubbard & Reed LLP | New York | | | | | | | |
| 2010 | Hunton & Williams | Richmond, VA | | | | | | | |
| 2010 | Husch Blackwell | St. Louis | $329 | $804 | $230 | $357 | $415 | $171 | $220 |
| 2010 | Ice Miller LLP | Indianapolis | | | | | | | |
| 2010 | Irell & Manella | Los Angeles | | | | | | | |
| 2010 | Jackson Kelly | Charleston, WV | $364 | $496 | $245 | | $275 | $155 | |
| 2010 | Jackson Lewis | White Plains, NY | | $715 | $260 | $428 | $440 | $150 | $282 |
| 2010 | Jones Day | Washington | | | | | | | |
| 2010 | Jones, Walker, Waechter, Poitevent, Carrare & Denegre | New Orleans | | $620 | $195 | | $275 | $140 | |
| 2010 | K&L Gates | Pittsburgh | | | | | | | |
| 2010 | Kelley Drye & Warren | New York | | $900 | $465 | | $565 | $275 | |
| 2010 | Kenyon & Kenyon LLP | New York | | | | | | | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Kilpatrick Stockton | Atlanta | $425 | $730 | $375 | $527 | $465 | $225 | $320 |
| 2010 | Kirkland & Ellis | Chicago | | | | | | | |
| 2010 | Knobbe, Martens, Olson & Bear | Irvine, CA | $432 | $710 | $395 | $511 | $450 | $285 | $332 |
| 2010 | Kramer Levin Naftalis & Frankel | New York | | | | | | | |
| 2010 | Lane Powell | Seattle | $349 | $600 | $310 | $431 | $350 | $230 | $278 |
| 2010 | Lathrop & Gage | Kansas City | | $490 | $255 | | $265 | $160 | |
| 2010 | LeClairRyan, Professional Corporation | Richmond, VA | | | | | | | |
| 2010 | Leonard, Street and Deinard | Minneapolis | | | | | | | |
| 2010 | Lewis and Roca | Phoenix, AZ | | | | | | | |
| 2010 | Lewis Brisbois Bisgaard & Smith | Los Angeles | | | | | | | |
| 2010 | Lewis, Rice & Fingersh | St. Louis | $330 | $460 | $260 | $415 | $315 | $190 | $235 |
| 2010 | Lindquist & Vennum | Minneapolis | $372 | $650 | $290 | $445 | $480 | $210 | $296 |
| 2010 | Littler Mendelson | San Francisco | | | | | | | |
| 2010 | Locke Lord Bissell & Liddell | Dallas | $486 | $1,120 | $400 | $599 | $525 | $215 | $320 |
| 2010 | Loeb & Loeb | New York | | $975 | $475 | | $575 | $275 | |
| 2010 | Lowenstein Sandler | Roseland, NJ | | $825 | $440 | | $575 | $235 | |
| 2010 | Luce, Forward, Hamilton & Scripps | San Diego | | $670 | $350 | | $445 | $245 | |
| 2010 | Manatt, Phelps & Phillips | Los Angeles | $568 | $850 | $525 | $651 | $525 | $200 | $405 |
| 2010 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | | $410 | $145 | | $320 | $130 | |
| 2010 | Maynard, Cooper & Gale | Birmingham, AL | | $600 | $325 | | $295 | $235 | |
| 2010 | McAndrews, Held & Malloy | Chicago | | $675 | $260 | | $350 | $225 | |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | McCarter & English | Newark, NJ | $355 | $825 | $360 | $498 | $405 | $215 | $313 |
| 2010 | McElroy, Deutsch, Mulvaney & Carpenter | Morristown, N.J. | $210 | $550 | $295 | $280 | $275 | $160 | $190 |
| 2010 | McGuireWoods | Richmond, Va. | $455 | $830 | $325 | $543 | $600 | $220 | $355 |
| 2010 | McKenna Long & Aldridge | Atlanta | $455 | $775 | $375 | $540 | $490 | $220 | $366 |
| 2010 | Michael Best & Friedrich | Milwaukee | $346 | $650 | $235 | $400 | $320 | $190 | $239 |
| 2010 | Miles & Stockbridge | Baltimore | | $695 | $325 | | $370 | $220 | |
| 2010 | Miller & Martin | Chattanooga, TN | $328 | $610 | $235 | $361 | $275 | $180 | $218 |
| 2010 | Miller, Canfield, Paddock and Stone | Detroit | | | | | | | |
| 2010 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | $364 | $625 | $380 | $461 | $395 | $205 | $284 |
| 2010 | Moore & Van Allen | Charlotte N.C. | | $785 | $265 | $441 | $350 | $180 | $257 |
| 2010 | Morgan, Lewis & Bockius | Philadelphia | | | | | | | |
| 2010 | Morris, Manning & Martin | Atlanta | $424 | $760 | $425 | $492 | $545 | $225 | $353 |
| 2010 | Morrison & Foerster | San Francisco, CA | | | | | | | |
| 2010 | Munger, Tolles & Olson | Los Angeles | | | | | | | |
| 2010 | Neal, Gerber & Eisenberg | Chicago | | | | | | | |
| 2010 | Nelson Mullins Riley & Scarborough | Columbia, SC | $347 | $850 | $245 | $399 | $335 | $185 | $248 |
| 2010 | Nexsen Pruet | Columbia, SC | | $625 | $230 | | $250 | $160 | |
| 2010 | Nixon Peabody | New York | $429 | $905 | $375 | $613 | $580 | $195 | $388 |
| 2010 | O'Melveny & Myers | Los Angeles | | | | | | | |
| 2010 | Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, S.C. | $351 | $575 | $300 | $389 | $390 | $195 | $285 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Orrick, Herrington & Sutcliffe | San Francisco, CA | | | | | | | |
| 2010 | Parker Poe Adams & Bernstein LLP | Charlotte N.C. | | | | | | | |
| 2010 | Patton Boggs | Washington | $482 | $990 | $355 | $645 | $550 | $215 | $399 |
| 2010 | Paul, Hastings, Janofsky & Walker | New York | | | | | | | |
| 2010 | Paul, Weiss, Rifkind Wharton & Garrison LLP | New York | | | | | | | |
| 2010 | Pepper Hamilton | Philadelphia | $326 | $825 | $420 | $547 | $465 | $230 | $329 |
| 2010 | Perkins Coie | Seattle | $447 | $825 | $275 | $534 | $370 | $200 | $354 |
| 2010 | Phelps Dunbar | New Orleans | $226 | $385 | $180 | $272 | $240 | $145 | $183 |
| 2010 | Phillips Lytle | Buffalo, NY | $255 | $535 | $260 | $352 | $450 | $150 | $283 |
| 2010 | Pillsbury Winthrop Shaw Pittman | New York | | | | | | | |
| 2010 | Polsinelli Shughart | Kansas City, MO | | $600 | $250 | | $325 | $185 | |
| 2010 | Quarles & Brady | Milwaukee | $364 | $660 | $290 | $438 | $400 | $210 | $260 |
| 2010 | Reed Smith | Pittsburgh | | | | | | | |
| 2010 | Reinhart Boerner Van Deuren | Milwaukee | | | | | | | |
| 2010 | Roetzel & Andress | Akron, OH | $317 | $525 | $225 | $357 | $325 | $166 | $243 |
| 2010 | Rutan & Tucker | Costa Mesa, CA | | $650 | $355 | | $450 | $225 | |
| 2010 | Saul Ewing | Philadelphia | $412 | $800 | $320 | $491 | $475 | $225 | $310 |
| 2010 | Schiff Hardin LLP | Chicago | | | | | | | |
| 2010 | Schnader Harrison Segal & Lewis | Philadelphia | | | | | | | |
| 2010 | Schulte Roth & Zabel | New York | | $895 | $735 | | $690 | $275 | |
| 2010 | Schwabe, Williamson & Wyatt | Portland, OR | $360 | $440 | $310 | $415 | $450 | $200 | $260 |
| 2010 | Sedgwick, Detert, Moran & Arnold | San Francisco | | | | | | | |
| 2010 | Seyfarth Shaw | Chicago | $377 | $770 | $335 | $505 | $535 | $185 | $325 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Sheppard Mullin | Los Angeles | | $820 | $495 | | $620 | $270 | |
| 2010 | Sherman & Howard | New York | | | | | | | |
| 2010 | Shook, Hardy & Bacon | Kansas City, MO | | | | | | | |
| 2010 | Shumaker, Loop & Kendrick | Toledo, OH | $331 | $540 | $250 | $366 | $315 | $185 | $246 |
| 2010 | Skadden, Arps, Slate, Meagher & Flom | New York | | | | | | | |
| 2010 | Smith, Gambrell & Russell | Atlanta | | $740 | $325 | | $440 | $195 | |
| 2010 | Snell & Wilmer | Phoenix | $338 | $795 | $315 | $486 | $550 | $175 | $282 |
| 2010 | Squire, Sanders & Dempsey | Cleveland | | | | | | | |
| 2010 | Steptoe & Johnson LLP | Washington | | | | | | | |
| 2010 | Stevens & Lee | Reading, PA | | | | | | | |
| 2010 | Stinson Morrison Hecker | Kansas City, MO | | | | | | | |
| 2010 | Stites & Harbison | Louisville, KY | | | | | | | |
| 2010 | Stoel Rives | Portland, OR | $381 | $600 | $315 | $441 | $390 | $190 | $270 |
| 2010 | Strasburger & Price | Dallas | $336 | $617 | $250 | $372 | $306 | $194 | $243 |
| 2010 | Sullivan & Worcester | Boston | $537 | $830 | $475 | $647 | $535 | $290 | $383 |
| 2010 | Sutherland Asbill & Brennan | Atlanta | | | | | | | |
| 2010 | Taft, Stettinius & Hollister | Cincinnati | $315 | $500 | $220 | $358 | $365 | $165 | $227 |
| 2010 | Thompson & Knight | Dallas | | $825 | $410 | | $440 | $265 | |
| 2010 | Thompson Coburn | St. Louis | | $610 | $300 | | $395 | $190 | |
| 2010 | Townsend and Townsend and Crew | San Francisco, CA | $320 | $750 | $470 | $563 | $460 | $260 | $345 |
| 2010 | Troutman Sanders | Atlanta | | | | | | | |
| 2010 | Ulmer & Berne | Cleveland | | $665 | $260 | $483 | $375 | $185 | $326 |
| 2010 | Vedder Price | Chicago | $425 | $720 | $370 | | $365 | $255 | |
| 2010 | Venable | Washington | $484 | $950 | $445 | $590 | $500 | $280 | $353 |

| Fiscal Year | Firm Name | Location | Firmwide Average | Partner High | Partner Low | Partner Average | Associate High | Associate Low | Associate Average |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | Vorys, Sater, Seymour and Pease | Columbus, OH | | | | | | | |
| 2010 | Wachtell, Lipton, Rosen & Katz | New York | | | | | | | |
| 2010 | Weil, Gotshal & Manges LLP | New York | | | | | | | |
| 2010 | White and Williams | Philadelphia | | | | | | | |
| 2010 | Wildman, Harrold, Allen & Dixon LLP | Chicago | | | | | | | |
| 2010 | Wiley Rein | Washington | | | | | | | |
| 2010 | Williams Mullen | Richmond, Va. | $368 | $645 | $315 | $428 | $370 | $230 | $279 |
| 2010 | Wilkie Farr & Gallagher LLP | New York | | | | | | | |
| 2010 | Wilmer Cutler Pickering Hale and Dorr | Washington | | | | | | | |
| 2010 | Winstead | Dallas | $395 | $655 | $340 | $462 | $390 | $215 | $291 |
| 2010 | Winston & Strawn | Chicago | $486 | $1,075 | $475 | $670 | $610 | $250 | $393 |
| 2010 | Womble Carlyle Sandridge & Rice | Winston Salem, NC | $372 | $625 | $300 | $461 | $445 | $210 | $291 |
| 2010 | Wyatt, Tarrant & Combs | Louisville, KY | | $500 | $245 | | $285 | $180 | |

# 2010 NLJ Associate Class Billing Survey

Copyright © 2009, ALM Media Properties, LLC. All Rights Reserved

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Alston & Bird | $270 - $345 | $330 - $396 | $365 - $440 | $395 - $470 | $420 - $515 | $445 - $550 | $470 - $570 | |
| 2010 | Benesch, Friedlander, Coplan | $195 | $200 | $215 | $230 | $240 | $250 | $275 | |
| 2010 | Blank Rome | $250 - $275 | $260 - $290 | $280 - $305 | $325 - $360 | $345 - $400 | $370 - $435 | $390 - $460 | $410 - $480 |
| 2010 | Brinks Hofer Gilson & Lione | $240 | $265 | $285 | $310 | $340 | $365 | $390 | $410 |
| 2010 | Brownstein Hyatt Farber Schreck | $200 | | | | | | | |
| 2010 | Bryan Cave | $185 - $300 | $215 - $350 | $250 - $385 | $275 - $395 | $300 - $420 | $275 - $460 | $330 - $480 | $340 - $510 |
| 2010 | Curtis, Mallet-Prevost, Cott & | $290 | $335 | $375 | $415 | $455 | $495 | $535 | $575 |
| 2010 | Davis Wright Tremaine | $190 - $285 | $205 - $295 | $225 - $325 | $235 - $345 | $245 - $365 | $265 - $380 | $285 - $405 | $295 - $415 |
| 2010 | Dickinson Wright | $190 | $195 | $205 | $220 | $230 | $240 | $250 | |
| 2010 | Dickstein Shapiro | $265 - $290 | $325 - $375 | $375 - $425 | $376 - $425 | $425 - $475 | $425 - $475 | $475 - $530 | $475 - $530 |
| 2010 | Dinsmore & Shohl | $180 | $190 | $205 | $220 | $230 | $240 | $260 | 260 |
| 2010 | Edwards Angell Palmer & Dodge | 255 | 275 | | | | | | |
| 2010 | Fitzpatrick, Cella, Harper & Scinto | $275 | $300 | $325 | $350 | $370 | $385 | $405 | $420 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165 - $360 | $165 - $360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | $225 | $235 | $245 | $260 | $265 | $290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 381 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $335 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Frost Brown Todd | $150 | | | | | | | |
| 2010 | Gardere Wynne Sewell | 195 | 210 | 260 | 280 | 300 | 315 | 355 | 385 |
| 2010 | Harris Beach | $155 | $170 | $200 | $230 | $230 | $230 | $250 | $250 |
| 2010 | Hiscock & Barclay | $150 - $340 | $150-340 | $165 - $360 | $165 - $360 | $165 - $360 | $175 - $380 | $175 - $380 | $185 - $440 |
| 2010 | Kelley Drye & Warren | $305 | $340 | $370 | $410 | $435 | $455 | $485 | 510 |
| 2010 | Kilpatrick Stockton | 250 | 275 | 310 | 325 | 335 | 360 | 375 | 385 |
| 2010 | Knobbe Martens Olson & Bear | $285 | $310 | $335 | $360 | $385 | | | |
| 2010 | Lindquist & Vennum | $200 | $210 | 225 | 235 | 245 | 260 | 265 | 290 |
| 2010 | Locke Lord Bissell & Liddell | $215 | $230 | $253 | $270 | $300 | $321 | $349 | $386 |
| 2010 | Loeb & Loeb | $350 - $375 | | | | | | | |
| 2010 | Maynard, Cooper & Gale | $235 | $235 | $245 | $255 | $270 | $280 | $295 | |
| 2010 | McElroy, Deutsch, Mulvaney & | $150 | $175 | $185 | $195 | $200 | $205 | $210 | $220 |
| 2010 | McKenna Long & Aldridge | 279 | 312 | 325 | 346 | 363 | 381 | 382 | 415 |
| 2010 | Montgomery, McCracken, Walker | $205 | $215 | $235 | $255 | $275 | $295 | $315 | $335 |
| 2010 | Morris, Manning & Martin | $200 | $265 | $310 | $340 | $365 | $390 | $415 | $425 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Patton Boggs | $290 | $315 | $340 | $370 | $400 | $425 | $450 | $480 |
| 2010 | Pepper Hamilton | $230 | $275 | $300 | $330 | $355 | $370 | $385 | $395 |
| 2010 | Perkins Coie | 272 | 290 | 306 | 337 | 345 | 372 | 391 | 436 |
| 2010 | Phillips Lytle | $160 | $170 | $190 | $195 | $210 | $225 | $220 | 235 |
| 2010 | Quarles & Brady | $210 - $235 | $220 - $240 | | | | | | |
| 2010 | Saul Ewing | $225 - $235 | $230 - $260 | $255 - $275 | $240 - $315 | $260 - $285 | $285 - $300 | $295 - $425 | $275 - $320 |
| 2010 | Schulte Roth & Zabel | $375 | $445 | $495 | $540 | $560 | $580 | $605 | $625 |
| 2010 | Schwabe, Williamson & Wyatt | $200 | | | | | | | |
| 2010 | Sheppard, Mullin, Richter & Hampton | $270 - $335 | $330 - $430 | $365 - $475 | $395 - $510 | $420 - $540 | $445 - $565 | $470 - $595 | $490 - $620 |
| 2010 | Snell & Wilmer | $185 | $200 | $225 | $260 | $285 | $315 | $350 | $365 |
| 2010 | Strasburger & Price | $200 | $220 | $240 | $260 | $280 | $300 | $320 | $340 |
| 2010 | Sullivan & Worcester | $290 | $305 | $330 | $350 | $370 | $390 | $425 | |
| 2010 | Thompson & Knight | $285 | $300 | $330 | $365 | $385 | $405 | $425 | $440 |
| 2010 | Townsend and Townsend and Crew | 260 | 290 | 325 | 370 | 390 | 420 | 450 | 460 |
| 2010 | Vedder Price | 225 | 270 | 290 | 310 | 325 | 345 | 360 | 380 |

| Fiscal Year | Firm Name | Associate Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st year | 2nd year | 3rd year | 4th year | 5th year | 6th year | 7th year | 8th year |
| 2010 | Williams Mullen | $230 | $250 | $265 | $295 | $295 | $310 | $345 | $345 |
| 2010 | Winstead | $215 | 215 | 227 | 260 | 280 | 300 | 325 | 350 |
| 2010 | Winston & Strawn | $295 - $320 | $305 - $335 | $325 - $365 | $350 - $400 | $380 - $440 | $420 - $480 | $455 - $520 | $490 - $555 |

**EXHIBIT J**

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09          http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

Font Size: 

# Bankruptcy Rates Top $1,000 Mark in 2008-09

Amy Kolz
The American Lawyer
December 16, 2009

Print     Share     Email     Reprints & Permissions     Post a Comment

A review of bankruptcy rates in Delaware and the Southern District of New York shows that a handful of U.S.-based partners at Am Law 200 firms have inched above the $1,000 rate barrier, making bankruptcy work as lucrative as it was plentiful in 2008 and 2009. Over a 12-month period ending August 2009, there were more than 13,000 billing rate entries submitted by law firms in the nation's two busiest bankruptcy courts, according to a new database compiled by ALM Media.

Among U.S.-based lawyers at Am Law 200 firms, Shearman & Sterling tax partner Bernie Pistillo topped the rate chart with an hourly fee of $1,085 for his work on the bankruptcy of Stock Building Supply Holdings LLC, a building products supplier, in Delaware. (One solo practitioner in Pleasantville, N.Y., Alan Harris, surpassed Pistillo's rate, charging $1,200 an hour for his work as special real estate litigation counsel on the bankruptcy of Digital Printing Systems in the Southern District of New York.) Eleven other U.S.-based Am Law 200 partners were in the $1,000-plus club, according to the database. Cadwalader, Wickersham & Taft financial restructuring co-chair Deryck Palmer, a former Weil, Gotshal & Manges partner, billed Lyondell Chemical Co. at a rate of $1,050 for work on its 2009 bankruptcy. Greenberg Traurig bankruptcy co-chair Bruce Zirinsky, who left Cadwalader last January, billed $1,050 an hour as debtor's counsel for TH Agriculture and Nutrition LLC, as did White & Case global restructuring head Thomas Lauria for WCI Communities Inc., and Robert Pincus, the head of the corporate practice in Skadden, Arps, Slate, Meagher & Flom's Wilmington office, for Harry & David Operations Corp. and Lennar International Inc., an automotive wheel supplier.

Neal Stoll, a Skadden antitrust partner, and Sally Thurston, a Skadden tax partner, billed $1,035 for work on the bankruptcies of VeraSun Energy Corp. and Hayes Lemmerz, respectively, while Latham & Watkins corporate finance chair Kirk Davenport billed at $1,025 an hour for Dayton Superior Corp.'s filing. Paul, Weiss, Rifkind, Wharton & Garrison partners Carl Reisner and Richard Bronstein billed at $1,025 for the Buffets Inc., bankruptcy. (Reisner is co-head of the firm's M&A practice and Bronstein is co-chair of its tax practice.) Simpson Thacher & Bartlett partners Lee Meyerson and litigator Michael Chepiga charged Lehman Brothers $1,000 an hour on the sale of its brokerage to Barclays Bank PLC.

Absent from the $1,000 club are Weil, Gotshal & Manges restructuring gurus Harvey Miller and Marcia Goldstein. Both clocked rates of $950 an hour for their work on the Lehman Brothers and BearingPoint Inc. bankruptcies, respectively. Also, Kirkland & Ellis' James Sprayregen billed $965 an hour for work on the bankruptcies of Lear Corp. and The Reader's Digest Association. And Jones Day partner Corinne Ball charged $900 an hour for her work on Chrysler's filing.

Comparing the median partner rates among Am Law 200 firms in the database demonstrated that there are few bargains when it comes to Chapter 11 work. Among those charging median partner rates of more than $900 an hour were: Cadwalader; Cleary Gottlieb Steen & Hamilton; Davis Polk & Wardwell; Milbank, Tweed, Hadley & McCloy; Paul Weiss; Shearman & Sterling; Simpson Thacher; and Skadden. Firms with median partner billing rates between $800 and $900 were Gibson Dunn, Fried Frank, Latham, Paul Hastings, Weil Gotshal, and White & Case. Firms billing $700 or below were Akin Gump Strauss Hauer & Feld, Kirkland, Sidley Austin, and Sonnenschein Nath & Rosenthal. (Medians can be deceiving, since some firms, such as Kirkland, had a difference of more than $500 between its highest- and lowest-rate partners.)

The bankruptcy case with one of the highest median partner rates was Nortel Networks. The phone equipment maker paid firms such as Cleary and Kirkland a median partner rate of $940. Firms working on the Lehman filing billed a median partner rate of $810 during the same time period, while firms working on the filing of Tribune Co. billed a median of $690, according to the database.

Associate rates occasionally topped $700 an hour on bankruptcies including Lehman and Nortel Networks, as well as that of the lesser-known Sportsman's Warehouse. Discovery attorneys, research specialists and benefits consultants sometimes billed between $500 and $800 on cases such as Nortel, Charter Communications and Graphics Properties Holdings Inc.

| FIRM | MEDIAN PARTNER RATE* | # PARTNERS FILING |
|---|---|---|
| Simpson Thacher | $980 | 30 |
| Cleary Gottlieb | $960 | 47 |
| Shearman & Sterling | $950 | 17 |
| Davis Polk | $948 | 14 |
| Skadden | $945 | 38 |
| Paul Weiss | $925 | 24 |
| Cadwalader | $900 | 29 |
| Milbank | $900 | 55 |
| Weil Gotshal | $843 | 142 |
| Gibson Dunn | $840 | 29 |
| Fried Frank | $83 | $18 |
| Latham & Watkins | $830 | 57 |
| White & Case | $825 | 21 |
| Paul Hastings | $810 | 46 |
| Sidley Austin | $700 | 99 |
| Akin Gump | $690 | 79 |



it's nice to know there are 100 global law firms but you only need one.

---

Top Stories From Law.com

Legal Technology
  Public Performance in the Digital Age
Corporate Counsel
  'In the Crosshairs': GCs Can Ignore Financial
  Fraud Risks at Their Peril
Small Firm Business
  San Francisco Associate Wins $1 Million in ESPN
  Game

---



ALM REPRINTS

GET STARTED

---

lawjobs.com

TOP JOBS
MATRIMONIAL LITIGATOR
CONFIDENTIAL SEARCH
Great Neck, NY

Associate General Counsel
Salesforce
Reston, VA

MORE JOBS >>
POST A JOB >>

ADVERTISEMENT

Law.com - Bankruptcy Rates Top $1,000 Mark in 2008-09                http://www.law.com/jsp/article.jsp?id=1202436371636&src=EMC...

| | | |
|---|---|---|
| Kirkland | $875 | 149 |
| Sonnenschein | $825 | 47 |

*U.S.-based partners only.

*The American Lawyer* will publish a detailed analysis of the bankruptcy billing rates in its February 2010 issue.

**Click here to order the Excel® version of the 2009 Bankruptcy Billing Rates Report.**

*This article first appeared on The Am Law Daily blog on AmericanLawyer.com.*

Print      Share      Email      Reprints & Permissions      Post a Comment

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2009. ALM Media Properties, LLC. All rights reserved.



12/16/2009 9:36 AM

**EXHIBIT K**

*$1,000 Per Hour Isn't Rare Anymore; Nominal billing levels rise, but discounts ease blow. The National Law Journal January 13, 2014 Monday*

Copyright 2014 ALM Media Properties, LLC
All Rights Reserved
Further duplication without permission is prohibited

# THE NATIONAL LAW JOURNAL

The National Law Journal

January 13, 2014 Monday

**SECTION:** NLJ'S BILLING SURVEY; Pg. 1 Vol. 36 No. 20

**LENGTH:** 1860 words

**HEADLINE:** $1,000 Per Hour **Isn't Rare Anymore**;
Nominal billing levels rise, but discounts ease blow.

**BYLINE:** KAREN SLOAN

**BODY:**

As recently as five years ago, law partners charging $1,000 an hour were outliers. Today, four-figure hourly rates for indemand partners at the most prestigious firms don't raise eyebrows-and a few top earners are closing in on $2,000 an hour.

These rate increases come despite hand-wringing over price pressures from clients amid a tough economy. But everrising standard billing rates also obscure the growing practice of discounts, falling collection rates, and slow march toward alternative fee arrangements.

Nearly 20 percent of the firms included in The National Law Journal's annual survey of large law firm billing rates this year had at least one partner charging more than $1,000 an hour. Gibson, Dunn & Crutcher partner Theodore Olson had the highest rate recorded in our survey, billing $1,800 per hour while representing mobile satellite service provider LightSquared Inc. in Chapter 11 proceedings.

Of course, few law firm partners claim Olson's star power. His rate in that case is nearly the twice the $980 per hour average charged by Gibson Dunn partners and three times the average $604 hourly rate among partners at NLJ 350 firms. Gibson Dunn chairman and managing partner Ken Doran said Olson's rate is "substantially" above that of other partners at the firm, and that the firm's standard rates are in line with its peers.

"While the majority of Ted Olson's work is done under alternative billing arrangements, his hourly rate reflects his stature in the legal community, the high demand for his services and the unique value that he offers to clients given his extraordinary experience as a former solicitor general of the United States who has argued more than 60 cases before the U.S. Supreme Court and has counseled several presidents," Doran said.

In reviewing billing data this year, we took a new approach, asking each firm on the NLJ 350-our survey of the nation's 350 largest firms by attorney headcount-to provide their highest, lowest and average billing rates for associates and partners. We supplemented those data through public records. All together, this year's survey includes information for 159 of the country's largest law firms and reflects billing rates as of October.

The figures show that, even in a down economy, hiring a large law firm remains a pricey prospect. The median among the highest partner billing rates reported at each firm is $775 an hour, while the median low partner rate is $405. For associates, the median high stands at $510 and the low at $235. The average associate rate is $370.

Multiple industry studies show that law firm billing rates continued to climb during 2013 despite efforts by corporate counsel to rein them in. TyMetrix's 2013 Real Rate Report Snapshot found that the average law firm billing rate increased by 4.8 percent compared with 2012. Similarly, the Center for the Study of the Legal Profession at the Georgetown University Law Center and Thomson Reuters Peer Monitor found that law firms increased their rates by an average 3.5 percent during 2013.

Of course, rates charged by firms on paper don't necessarily reflect what clients actually pay. Billing realization rates-which reflect the percentage of work billed at firms' standard rates- have fallen from 89 percent in 2010 to nearly 87 percent in 2013 on average, according to the Georgetown study. When accounting for billed hours actually collected by firms, the realization rate falls to 83.5 percent.

"What this means, of course, is that- on average-law firms are collecting only 83.5 cents for every $1.00 of standard time they record," the Georgetown report reads. "To understand the full impact, one need only consider that at the end of 2007, the collected realization rate was at the 92 percent level."

In other words, law firms set rates with the understanding that they aren't likely to collect the full amount, said Mark Medice, who oversees the Peer Monitor Index. That index gauges the strength of the legal market according to economic indicators including demand for legal services, productivity, rates and expenses. "Firms start out with the idea of, 'I want to achieve a certain rate, but it's likely that my client will ask for discounts whether or not I increase my rate,'" Medice said.

Indeed, firms bill nearly all hourly work at discounts ranging from 5 percent to 20 percent off standard rates, said Peter Zeughauser, a consultant with the Zeughauser Group. Discounts can run as high as 50 percent for matters billed under a hybrid system, wherein a law firm can earn a premium for keeping costs under a set level or for obtaining a certain outcome, he added. "Most firms have gone to a two-tier system, with what is essentially an aspirational rate that they occasionally get and a lower rate that they actually budget for," he said.

Most of the discounting happens at the front end, when firms and clients negotiate rates, Medice said. But additional discounting happens at the billing and collections stages. Handling alternative fee arrangements and discounts has become so complex that more than half of the law firms on the Am Law 100-NLJ affiliate The American Lawyer's ranking of firms by gross revenue-have created new positions for pricing directors, Zeughauser said.

THE ROLE OF GEOGRAPHY

Unsurprisingly, rates vary by location. Firms with their largest office in New York had the highest average partner and associate billing rates, at $882 and $520, respectively. Similarly, TyMetrix has reported that more than 25 percent of partners at large New York firms charge $1,000 per

hour or more for contracts and commercial work.

Washington was the next priciest city on our survey, with partners charging an average $748 and associates $429. Partners charge an average $691 in Chicago and associates $427. In Los Angeles, partners charge an average $665 while the average associate rate is $401.

Pricing also depends heavily on practice area, Zeughauser and Medice said. Bet-the-company patent litigation and white-collar litigation largely remain at premium prices, while practices including labor and employment have come under huge pressure to reduce prices.

"If there was a way for law firms to hold rates, they would do it. They recognize how sensitive clients are to price increases," Zeughauser said. But declining profit margins-due in part to higher technology costs and the expensive lateral hiring market-mean that firms simply lack the option to keep rates flat, he said.

BILLING SURVEY METHODOLOGY

The National Law Journal's survey of billing rates of the largest U.S. law firms provides the high, low and average rates for partners and associates.

The NLJ asked respondents to its annual survey of the nation's largest law firms (the NLJ 350) to provide a range of hourly billing rates for partners and associates as of October 2013.

For firms that did not supply data to us, in many cases we were able to supplement billing-rate data derived from public records.

In total, we have rates for 159 of the nation's 350 largest firms.

Rates data include averages, highs and low rates for partners and associates. Information also includes the average full-time equivalent (FTE) attorneys at the firm and the city of the firm's principal or largest office.

We used these data to calculate averages for the nation as a whole and for selected cities.

Billing Rates at the Country's Priciest Law Firms

Here are the 50 firms that charge the highest average hourly rates for partners.

**Billing Rates at the Country's Priciest Law Firms**

| FIRM NAME | LARGEST U.S. OFFICE* | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS* | PARTNER HOURLY RATES | | ASSOCIATE HOURLY RATES | | | |
|---|---|---|---|---|---|---|---|---|
| | | | AVERAGE | HIGH | LOW | AVERAGE | HIGH | LOW |
| Debevoise & Plimpton | New York | 615 | $1,055 | $1,075 | $955 | $490 | $760 | $120 |
| Paul, Weiss, | New York | 803 | $1,040 | $1,120 | $760 | $600 | $760 | $250 |

\* Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. For complete numbers, please see NLJ.com.

\*\* Firm did not exist in this form for the entire year.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rifkind, Wharton & Garrison | | | | | | | | |
| Skadden, Arps, Slate, Meagher & Flom | New York | 1,735 | $1,035 | $1,150 | $845 | $620 | $845 | $340 |
| Fried, Frank, Harris, Shriver & Jacobson | New York | 476 | $1,000 | $1,100 | $930 | $595 | $760 | $375 |
| Latham & Watkins | New York | 2,033 | $990 | $1,110 | $895 | $605 | $725 | $465 |
| Gibson, Dunn & Crutcher | New York | 1,086 | $980 | $1,800 | $765 | $590 | $930 | $175 |
| Davis Polk & Wardwell | New York | 787 | $975 | $985 | $850 | $615 | $975 | $130 |
| Willkie Farr & Gallagher | New York | 540 | $950 | $1,090 | $790 | $580 | $790 | $350 |
| Cadwalader, Wickersham & Taft | New York | 435 | $930 | $1,050 | $800 | $605 | $750 | $395 |
| Weil, Gotshal & Manges | New York | 1,201 | $930 | $1,075 | $625 | $600 | $790 | $300 |
| Quinn Emanuel Urquhart & Sullivan | New York | 697 | $915 | $1,075 | $810 | $410 | $675 | $320 |
| Wilmer Cutler Pickering Hale and Dorr | Washington | 961 | $905 | $1,250 | $735 | $290 | $695 | $75 |
| Dechert | New York | 803 | $900 | $1,095 | $670 | $530 | $735 | $395 |
| Andrews Kurth | Houston | 348 | $890 | $1,090 | $745 | $528 | $785 | $265 |
| Hughes Hubbard & Reed | New York | 344 | $890 | $995 | $725 | $555 | $675 | $365 |
| Irell & Manella | Los Angeles | 164 | $890 | $975 | $800 | $535 | $750 | $395 |
| Proskauer Rose | New York | 746 | $880 | $950 | $725 | $465 | $675 | $295 |
| White & Case | New York | 1,900 | $875 | $1,050 | $700 | $525 | $1,050 | $220 |
| Morrison & Foerster | San Francisco | 1,010 | $865 | $1,195 | $595 | $525 | $725 | $230 |
| Pillsbury Winthrop Shaw Pittman | Washington | 609 | $865 | $1,070 | $615 | $520 | $860 | $375 |
| Kaye Scholer | New York | 414 | $860 | $1,080 | $715 | $510 | $680 | $320 |
| Kramer Levin Naftalis & Frankel | New York | 320 | $845 | $1,025 | $740 | $590 | $750 | $400 |
| Hogan Lovells | Washington | 2,280 | $835 | $1,000 | $705 | - | - | - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kasowitz, Benson, Torres & Friedman | New York | 365 | $835 | $1,195 | $600 | $340 | $625 | $200 |
| Kirkland & Ellis | Chicago | 1,517 | $825 | $995 | $590 | $540 | $715 | $235 |
| Cooley | Palo Alto | 632 | $820 | $990 | $660 | $525 | $630 | $160 |
| Arnold & Porter | Washington | 748 | $815 | $950 | $670 | $500 | $610 | $345 |
| Paul Hastings | New York | 899 | $815 | $900 | $750 | $540 | $755 | $335 |
| Curtis, Mallet-Prevost, Colt & Mosle | New York | 322 | $800 | $860 | $730 | $480 | $785 | $345 |
| Winston & Strawn | Chicago | 842 | $800 | $995 | $650 | $520 | $590 | $425 |
| Bingham McCutchen | Boston | 900 | $795 | $1,080 | $220 | $450 | $605 | $185 |
| Akin Gump Strauss Hauer & Feld | Washington | 806 | $785 | $1,220 | $615 | $525 | $660 | $365 |
| Covington & Burling | Washington | 738 | $780 | $890 | $605 | $415 | $565 | $320 |
| King & Spalding | Atlanta | 838 | $775 | $995 | $545 | $460 | $735 | $125 |
| Norton Rose Fulbright | N/A** | N/A** | $775 | $900 | $525 | $400 | $515 | $300 |
| DLA Piper | New York | 4,036 | $765 | $1,025 | $450 | $510 | $750 | $250 |
| Bracewell & Giuliani | Houston | 432 | $760 | $1,125 | $575 | $440 | $700 | $275 |
| Baker & McKenzie | Chicago | 4,004 | $755 | $1,130 | $260 | $395 | $925 | $100 |
| Dickstein Shapiro | Washington | 308 | $750 | $1,250 | $590 | $475 | $585 | $310 |
| Jenner & Block | Chicago | 432 | $745 | $925 | $565 | $465 | $550 | $380 |
| Jones Day | New York | 2,363 | $745 | $975 | $445 | $435 | $775 | $205 |
| Manatt, Phelps & Phillips | Los Angeles | 325 | $740 | $795 | $640 | - | - | - |
| Seward & Kissel | New York | 152 | $735 | $850 | $625 | $400 | $600 | $290 |
| O'Melveny & Myers | Los Angeles | 738 | $715 | $950 | $615 | - | - | - |
| McDermott Will & Emery | Chicago | 1,024 | $710 | $835 | $525 | - | - | - |
| Reed Smith | Pittsburgh | 1,468 | $710 | $945 | $545 | $420 | $530 | $295 |
| Dentons | N/A** | N/A** | $700 | $1,050 | $345 | $425 | $685 | $210 |
| Jeffer Mangels Butler & Mitchell | Los Angeles | 126 | $690 | $875 | $560 | - | - | - |
| Sheppard, | Los | 521 | $685 | $875 | $490 | $415 | $535 | $275 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mullin, Richter & Hampton | Angeles | | | | | | |
| Alston & Bird | Atlanta | 805 | $675 | $875 | $495 $425 | $575 | $280 |

THE FOUR-FIGURE CLUB

These 10 firms posted the highest partner billing rates.

**THE FOUR-FIGURE CLUB**

| | |
|---|---|
| Gibson, Dunn & Crutcher | $1,800 |
| Dickstein Shapiro | $1,250 |
| Wilmer Cutler Pickering Hale and Dorr | $1,250 |
| Akin Gump Strauss Hauer & Feld | $1,220 |
| Kasowitz, Benson, Torres & Friedman | $1,195 |
| Morrison & Foerster | $1,195 |
| Skadden, Arps, Slate, Meagher & Flom | $1,150 |
| Baker & McKenzie | $1,130 |
| Bracewell & Giuliani | $1,125 |
| Paul, Weiss, Rifkind, Wharton & Garrison | $1,120 |

Contact Karen Sloan at ksloan@alm.com

**LOAD-DATE:** January 13, 2014

Source: **Legal** > / · · · / > **The National Law Journal** 🛈
Terms: **"isn't rare anymore"** (Suggest Terms for My Search)
View: Full
Date/Time: Friday, August 15, 2014 - 6:12 PM EDT


LexisNexis® About LexisNexis | Privacy Policy | Terms & Conditions | Contact Us
Copyright © 2014 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.